KOH
BWL/TPW:  USAO 2021R00455

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR 21 Cr 298 |
| | * | |
| OSMAN MALIK SESAY, | * | **(Possession with Intent to Distribute a** |
| | * | **Controlled Substance, 21 U.S.C.** |
| Defendant | * | **§ 841(a)(1); Forfeiture, 21 U.S.C. § 853)** |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland charges that:

On or about July 17, 2021, in the District of Maryland, the defendant,

## OSMAN MALIK SESAY,

knowingly possessed with the intent to distribute a mixture and substance containing a detectable

amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1) & (b)(1)(D)



## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853(p) in the event of the defendant's conviction of the offense alleged in Count One of this Indictment.

### Narcotics Forfeiture

2.    Upon conviction of the offense set forth in Count One, the defendant,

### OSMAN MALIK SESAY,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting or derived from any proceeds the person obtained, directly or indirectly, as a result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

3.    The property to be forfeited includes, but is not limited to, the following property recovered during execution of a state search and seizure warrant at the defendant's residence in Gambrills, Maryland, on or about July 17, 2021.:

   (1)    approximately $42,851 in U.S. currency;

   (2)    a 2021 black Audi A7 bearing vehicle identification number ("VIN") WAUU2AF28MN060639;

   (3)    a 2019 white Range Rover bearing VIN SALYL2RVXJA704957;

   (4)    a 2018 black Chevrolet Corvette bearing VIN 1G1YB2D70J5102539;

   (5)    a Polymer80 model PF940C .40 caliber pistol with no serial number and approximately ten rounds of .40 caliber ammunition contained therein;

   (6)    an HS Product model XD .45 caliber pistol, bearing serial number XD724299;

2

(7) an FM Product Inc., model FMP-9 9mm caliber pistol, bearing serial number 9-05871;

(8) a Freedom Ordnance Manufacturing model FX-9 9mm caliber pistol, bearing serial number 034152;

(9) a Zastava model PAP M92 PV 7.62 x 39mm caliber pistol, serial number M92PV068248; and

(10) a Glock 23 .40 caliber pistol, bearing serial number YFB580 recovered from the 2018 Chevrolet Corvette on or about July19, 2021.

**Substitute Assets**

4. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

21 U.S.C. § 853(p)

_____
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: August 4, 2021

3