PDK/BYO: USAO 2021R00455

USDC- GREENBELT
'25 FEB 6 PM 2:19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. MJM-21-298 |
| | * | |
| OSMAN MALIK SESAY, | * | (Conspiracy to Distribute and Possess |
| | * | with Intent to Distribute a Controlled |
| Defendant | * | Substance; 21 U.S.C. § 846; |
| | * | Maintaining a Drug Involved Premise, |
| | * | 21 U.S.C. § 856(a)(1); Possession with |
| | * | Intent to Distribute a Controlled |
| | * | Substance, 21 U.S.C. § 841(a)(1); |
| | * | Possession of Firearms in Furtherance |
| | * | of a Drug Trafficking Crime, 18 U.S.C. |
| | * | § 924(c); Felon in Possession of |
| | * | Firearms and Ammunition, 18 U.S.C. |
| | * | § 922(g)(1); Aiding and Abetting, 18 |
| | * | U.S.C. § 2; Forfeiture, 18 U.S.C. |
| | * | § 924(d), 21 U.S.C. § 853, 28 U.S.C. |
| | * | § 2461(c)) |

*******

## THIRD SUPERSEDING INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland charges that:

Beginning no later than November 13, 2020, and continuing at least until July 16, 2021, in the District of Maryland and elsewhere, the defendant,

**OSMAN MALIK SESAY,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

## Manner and Means of the Conspiracy

It was part of the conspiracy that:

    a.    The defendant possessed and distributed marijuana;

    b.    The defendant communicated with co-conspirators to arrange the purchase and sale of marijuana;

    c.    The defendant used false identifications to rent at least two apartments that he used in whole or part to store marijuana;

    d.    The defendant used false identifications to rent the apartments to conceal his true identity;

    e.    The defendant used and possessed vehicles that were stolen and/or had fraudulent vehicle identification numbers and registration plates in furtherance of his drug trafficking, including to travel to and from the apartments where the defendant stored marijuana and to travel to and from drug transactions;

    f.    The defendant used and possessed vehicles that were stolen and/or had fraudulent vehicle identification numbers and registration plates to conceal his true identity;

    g.    The defendant possessed loaded firearms and ammunition, including firearms with machinegun conversion devices, in his vehicles and apartments in furtherance of his drug trafficking, including to protect his person, drugs, and drug proceeds.

21 U.S.C. § 846

## COUNT TWO
### (Maintaining a Drug Involved Premise)

The Grand Jury for the District of Maryland further charges that:

Between at least on or about November 13, 2020, and on or about July 16, 2021, in the District of Maryland, the defendant,

### OSMAN MALIK SESAY,

did knowingly open, lease, rent, use, and maintain a place, located at 7730 Harkins Rd, Unit 548, Lanham, Maryland 20706, permanently and temporarily, for the purpose of unlawfully manufacturing, distributing, and using a controlled substance, to wit, marijuana, a Schedule I controlled substance.


21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT THREE
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about April 29, 2021, in the District of Maryland, the defendant,

### OSMAN MALIK SESAY,

did knowingly possess a firearm—that is, a Glock 26, 9mm semiautomatic pistol and approximately 18 rounds of 9mm ammunition—in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Count One of this Third Superseding Indictment and incorporated here, and maintaining a drug involved premise, in violation of 21 U.S.C. § 856(a)(1) as charged in Count Two of this Third Superseding Indictment and incorporated here.

18 U.S.C. § 924(c)(1)(A)(i)

## COUNT FOUR
### (Felon in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about April 29, 2021, in the District of Maryland, the defendant,

### OSMAN MALIK SESAY,

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition—that is, a Glock 26, 9mm semiautomatic pistol and approximately 18 rounds of 9mm ammunition loaded therein—and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT FIVE
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland further charges that:

On or about July 16, 2021, in the District of Maryland, the defendant,

**OSMAN MALIK SESAY,**

knowingly possessed with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1) & (b)(1)(D)

## COUNT SIX
### (Possession of Firearms in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about July 16, 2021, in the District of Maryland, the defendant,

### OSMAN MALIK SESAY,

did knowingly possess firearms—that is, an HS Product Model XD .45 caliber pistol; an FM Product Inc., Model FMP-9 9mm caliber pistol; a Freedom Ordnance Manufacturing Model FX-9 9mm caliber pistol; a Zastava Model PAP M92 PV 7.62 x 39mm caliber pistol; a Polymer80 model PF940C .40 caliber pistol; and a Glock, model 23, .40 S&W caliber firearm with a machinegun conversion device installed—in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Count One of this Third Superseding Indictment and incorporated here, and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841, as charged in Count Four of this Third Superseding Indictment and incorporated here.

The Glock, model 23, .40 S&W caliber firearm with a machinegun conversion device installed is a machinegun, within the meaning of 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b).

18 U.S.C. § 924(c)(1)(A)(i) & (c)(1)(B)(ii)

7

## COUNT SEVEN
### (Felon in Possession of Firearms and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about July 16, 2021, in the District of Maryland, the defendant,

### OSMAN MALIK SESAY,

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms—that is, an HS Product model XD .45 caliber pistol and approximately twenty-two rounds of .45 caliber ammunition; an FM Product Inc., model FMP-9 9mm caliber pistol and approximately twenty-two rounds of 9mm ammunition; a Freedom Ordnance Manufacturing model FX-9 9mm caliber pistol and approximately twenty-six rounds of .45 caliber ammunition; a Zastava model PAP M92 PV 7.62 x 39mm caliber pistol; a Glock 23 .40 caliber pistol with a machinegun conversion device installed and approximately 12 rounds of .40 caliber ammunition; approximately ten rounds of .40 caliber ammunition; approximately 12 additional rounds of .40 caliber ammunition; and approximately 33 additional rounds of .45 caliber ammunition—and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) in the event of the defendant's conviction of the offenses alleged in Counts One through Seven of this Third Superseding Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offenses set forth in Counts Three, Four, Six, and Seven, the defendant,

**OSMAN MALIK SESAY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

### Narcotics Forfeiture

3. Upon conviction of the offenses set forth in Counts One, Two, and Five, the defendant,

**OSMAN MALIK SESAY,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting or derived from any proceeds the person obtained, directly or indirectly, as a result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to:

   a. approximately $14,321 in U.S currency seized on April 29, 2021;

   b. a Glock 26, 9mm semiautomatic pistol bearing serial number AESS782,

    equipped with a machinegun conversion device seized on April 29, 2021;

c.  approximately 18 rounds of 9mm ammunition loaded therein;

d.  approximately $42,851 in U.S. currency seized from the Monarch Apartment on July 16, 2021;

e.  a Polymer80 model PF940C .40 caliber pistol with no serial number seized from the Monarch Apartment on July 16, 2021;

f.  approximately ten rounds of .40 caliber ammunition contained therein;

g.  an HS Product model XD .45 caliber pistol, bearing serial number XD724299 seized from the Monarch Apartment on July 16, 2021;

h.  approximately twenty-two rounds of .45 caliber ammunition contained therein;

i.  an FM Product Inc., model FMP-9 9mm caliber pistol, bearing serial number 9-05871 seized from the Monarch Apartment on July 16, 2021;

j.  approximately twenty-two rounds of 9mm ammunition contained therein;

k.  a Freedom Ordnance Manufacturing model FX-9 9mm caliber pistol, bearing serial number 034152 seized from the Monarch Apartment on July 16, 2021;

l.  approximately twenty-six rounds of .45 caliber ammunition contained therein;

m.  a Zastava model PAP M92 PV 7.62 x 39mm caliber pistol, serial number M92PV068246 seized from the Monarch Apartment on July 16, 2021;

n.  an additional SGM Tactical brand, SHK extended magazine seized from the Monarch Apartment on July 16, 2021;

o.  approximately 12 additional rounds of .40 caliber ammunition seized from the Monarch Apartment on July 16, 2021;

p.  approximately 33 additional rounds of .45 caliber ammunition seized from the Monarch Apartment on July 16, 2021;

q.  a jewelry box containing various watches, chains, pendants, rings, and teeth fronts seized from the Monarch Apartment on July 16, 2021;

r.  a Glock 23 .40 caliber pistol, bearing serial number YFB580 equipped with a machinegun conversion device seized from the 2018 Chevrolet Corvette on or about July 19, 2021; and

  s.  approximately 12 rounds of .40 caliber ammunition contained therein.

### Substitute Assets

5. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third person;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

                 *Erek L. Barron /PDK*
                 Erek L. Barron
                 United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**       Date: February 6, 2025

Foreperson

11