

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Patrick D. Kibbe*  *Mailing Address:*  *Office Location:*  DIRECT: 301-344-0872
*Assistant United States Attorney*  *6500 Cherrywood Lane, Suite 200*  *6406 Ivy Lane, 8th Floor*  MAIN: 301-344-4433
*Patrick.Kibbe@usdoj.gov*  *Greenbelt, MD 20770-1249*  *Greenbelt, MD 20770-1249*  FAX: 301-344-4516

February 14, 2025

<u>**VIA USAfx**</u>

Andrew R. Szekely
Dara Jackson-Garrett
Assistant Federal Public Defender
Office of the Federal Public Defender for the District of Maryland
100 S. Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
andrew_szekely@fd.org
dara_jackson-garrett@fd.org

    Re: <u>United States v. Osman Sesay</u>
      Case No. MJM-21-298
      Discovery 12

Dear Counsel:

 Pursuant to Rules 16 and 16.1 of the Federal Rules of Criminal Procedure and Local Standing Order 2020-01 (the "Standing Order"), the United States is providing you with a downloadable production via USAFx, that contains the twelfth discovery production, **Bates numbered OS_0818 through OS_0875**. This production includes body worn camera from the Prince George's County Police Department related to the search of the Defendant's Remy Apartment, a report related to evidence collection, and documents related to expert testimony. For your convenience, an itemized index, titled "Discovery 12 Index," is designed to enable you to navigate through the documents. To use the hyperlinks in the index, please move the entire discovery folder onto your local drive. To ensure the hyperlinks stay active, refrain from renaming the files within the discovery folders. The Government will continue to provide additional discovery on a rolling basis.

 The discovery is organized based on the categories set forth in Federal Rule of Criminal Procedure 16(a)(1). An electronic index has been provided to help you navigate this production.

Please note that the electronic index contains hyperlinks to some materials. In order to utilize the hyperlinks the discovery has to remain in the exact format as you receive it. For example, if you change a file name that will render the hyperlink to the item unusable.

Please note that the discovery materials we are providing are of a private nature and contain personal information that the Government and the Defendants have a responsibility to protect from unneeded disclosure. Consequently, the foregoing materials are provided on the conditions set forth in Standing Order 2020-01

If you wish to provide any of the produced documents or information to your client, in accordance with the Standing Order, Para. 2bi, please provide written notice identifying with particularity the documents or information intended to be produced. Please also provide proposed redactions for any personal information or other relevant bases for the documents or information.

## REQUEST FOR DISCLOSURE OF EVIDENCE BY THE DEFENDANT

The United States hereby requests disclosure, pursuant to Federal Rule 16(b) of the Federal Rules of Criminal Procedure and Standing Order 2020-001 ¶ 3, of the following:

Pursuant to Rule 16(b)(1)(A), we request disclosure of any and all books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the Defendant and which the Defendant intends to introduce as evidence in his case-in-chief.

Pursuant to Rule 16(b)(1)(B), we request disclosure of any and all reports or results of physical or mental examinations and of scientific tests or experiments made in connection with the above-captioned case, or copies thereof, which are within the possession, custody, or control of the Defendant and either the Defendant intends to introduce as evidence or which were prepared by a witness whom the Defendant intends to call when the results of the reports relate to the witness' testimony. We did not discuss a timeline for this request, but I anticipate that the Defendant may provide this once the Government has provided all of the expert discovery and relevant notices. Consequently, for such defense expert notices, pursuant to Rule 16(b)(1)(C), and in light of your request for disclosures pursuant to Rule 16(a)(1)(G), the United States requests a summary of any testimony that the defense intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence.

## GOVERNMENT EXPERT DISCLOSURES

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705, please be advised that the Government may seek to qualify the following witness to provide expert testimony at trial:

**Forensic Chemical Analysis: Brady Lusk**

Forensic Chemist Brady Lusk, Anne Arundel County Police Department Forensic Services, will testify as an expert in forensic chemical analysis. Pursuant to Fed. R. Crim. P.

16(G)(v), Mr. Alderman's signed expert reports containing his opinions and conclusions were produced at Bates numbers OS_0704 – OS_707 and OS_727–OS_790. Mr. Lusk's statement of qualifications and previous testimony were previously produced at Bates numbers OS_717–OS_0725. Mr. Lusk is an author, along with other members of his laboratory, on the following publication: Daniel J. Angelini, Tracey D. Biggs, Amber M. Prugh, Jessica A. Smith, Jennifer A. Hanburger, Bob Llano, Raquel Avelar, Angela Ellis, Brady Lusk, Abdallah Malik Naanaa, Edward Sisco, Jennifer W. Sekowski, The use of lateral flow immunoassays for the detection of fentanyl in seized drug samples and postmortem urine, Published in the Journal of Forensic Sciences, June 2021.

The Government expects that Mr. Lusk will testify, consistent with his signed reports referenced above, that the substances that Mr. Lusk analyzed were marijuana, a Schedule I controlled substance. The basis and reasons for Mr. Lusk's testimony include his training and experience, and his review and testing of the evidence in this case as described in his reports.

**Firearm Experts: Special Agents Eve Eisenbise and Katherine Benedict**

Special Agent Eve Eisenbise, Bureau of Alcohol, Tobacco, Firearms and Explosives, will be providing testimony relating to her review of firearms, machinegun conversion devices, and interstate nexus determinations in this case. Pursuant to Fed. R. Crim. P. 16(G)(v), SA Eisenbise's signed expert report containing her opinions and conclusions was produced in the Discovery 2 production. The Government expects that SA Eisenbise will testify consistent with that report. Special Agent Eisenbise's statement of qualifications was previously produced at Bates numbers OS_408–OS_410 and OS_0714–OS_0716. SA Eisenbise has not authored any publications. A list of cases in which Special Agent Eisenbise has previously testified in the last four years was produced as part of Discovery 4. Since then, Special Agent Eisenbise testified on the January 17, 2023 in the Eastern District of Virginia in the case *US v. Hatchet Speed* (involving silencers); on April 10, 2023 in the Eastern District of Texas in the case *US v. Wesley Ryan* (involving short-barreled shotgun and weapon made from rifle); and on May 9, 2023 in the District of Puerto Rico in the case *US v. Derkes* (regarding a glock with a machinegun conversion device).

Special Agent Katherine Benedict, Bureau of Alcohol, Tobacco, Firearms and Explosives, will be providing testimony relating to her interstate nexus determinations of firearms and ammunition in this case. Pursuant to Fed. R. Crim. P. 16(G)(v), SA Benedict's signed expert report containing her opinions and conclusions regarding firearms she examined was produced at Bates number OS_0812. Special Agent Benedict's signed expert report containing her opinions and conclusions regarding the ammunition she examined is included as part of this production. The Government expects that Special Agent Benedict will testify consistent with these reports. Special Agent Benedict's statement of qualifications is produced at Bates numbers OS_803–OS_816. Special Agent Benedict has not authored any publications. Within the last four years, Special Agent Benedict has testified in court twice:

- *United States v. John Robert Williams*, U.S. District Court for the District of Maryland TDC-22-453

- *United States v. Timothy Proctor*, U.S. District Court for the District of Maryland, PX-22-77

**DNA Forensic Analysis Expert: Rebecca Schlisserman**

Forensic Chemist Rebecca Schlisserman of the Anne Arundel County Police Department, Forensic Services, will be providing testimony relating to her DNA analysis in this case. Pursuant to Fed. R. Crim. P. 16(G)(v), Ms. Schlisserman's signed expert report containing her opinions and conclusions was first produced at Bates numbers OS_132–OS_135 and produced as amended at Bates number OS_570_OS_573. The Government expects that Ms. Schlisserman will testify consistent with her amended report. Ms. Schlisserman's statement of qualifications is produced at Bates numbers OS_126–OS_131 and OS_0708 – OS_0713. Ms. Schlisserman has not authored any publications. In the last four years, Ms. Schlisserman has testified as an expert in the following cases:

- *State of Maryland vs. Richard Brooks*, Circuit Court for Anne Arundel County, C-02-CR-16-000664
- *United States v. Alexander*, U.S. District Court for the District of Maryland, RDB-19-0020
- *State of Maryland vs. James Robert, IV*, Circuit Court for Anne Arundel County, C-02-CR-19-000992
- *State of Maryland vs. Moises D. Bonifacio*, Circuit Court for Anne Arundel County, C-02-CR-20-000905
- *State of Maryland vs. Edwin Javier Hurtdao-Valdez*, Circuit Court for Anne Arundel County, C-02-CR-19-001118
- *State of Maryland vs. Brandon Christopher Rose*, Circuit Court for Anne Arundel County, C-02-CR-21-000700
- *State of Maryland vs. Jacovi Devaughn Johnson*, Circuit Court for Anne Arundel County, C-02-CR-19-001769
- *State of Maryland vs. Paul D Harell*, Circuit Court for Anne Arundel County, C-02-CR-21-001504
- *State of Maryland vs. Kylin Michael Willingham*, Circuit Court for Anne Arundel County, C-02-CR-22-000317
- *State of Maryland vs. Davon Lamont Ferguson*, Circuit Court For Anne Arundel County, C-02-CR-23-000272

**Fingerprint Expert: Logan Alderman**

The Government intends to call Senior Latent Print Examiner Logan Alderman, Anne Arundel County Police Department, to provide testimony relating to latent fingerprint examination. Pursuant to Fed. R. Crim. P. 16(G)(v), Mr. Alderman's signed expert report containing his opinions and conclusions was produced at Bates numbers OS_389 OS_396. The Government expects Mr. Alderman will testify consistent with his signed report. As included in his signed report, Mr. Alderman will testify as to a latent fingerprint examination in this case. Mr. Alderman's testimony will include a description of the standard procedures for latent fingerprint

examinations conducted by the Anne Arundel County Police Department laboratory and the accreditation of the laboratory by the ANSI National Accreditation Board. Mr. Alderman will testify as to his examination in this case, including the manual comparison of photographs of latent prints with known fingerprint cards bearing the name Osman Sesay. Mr. Alderman will testify as to his conclusion that images of a latent fingerprint from item LI-001.01 were identified to known fingerprint card bearing the name Osman Sesay.[1]

Mr. Alderman's statement of qualifications was previously produced in the Discovery 4 production at Bates numbers and again at OS_0805–OS_0811. Mr. Alderman has not authored any publications. In the past four years, Mr. Alderman has previously testified as an expert in the following cases:

- *State of Maryland vs. Moises D. Bonifacio*, Circuit Court for Anne Arundel County, C-02-CR-20-000905
- *State of Maryland vs. Tyler Ray Marini Sater*, Circuit Court for Anne Arundel County, C-02-CR-21-000201
- *State of Maryland vs. Andrew Weylin Beavers*, Circuit Court for Anne Arundel County, C-02-CR-21-001509
- *State of Florida v. Robert Perez-Rivera* (deposition hearing only) (AAPD Case #19-741517)
- *State of Maryland vs. Reginald DeJohn Thomas*, Circuit Court for Anne Arundel County, C-02-CR-23-001360

**Drug Trafficking Expert: Fernando Jaramillo**

The Government intends to call Detective Fernando Jaramillo, Montgomery County Police Department, and Task Force Officer with the Drug Enforcement Administration, to provide testimony relating to drug trafficking. Pursuant to Fed. R. Crim. P. 16(G)(v), an expert disclosure signed by TFO Jaramillo will be provided separately. TFO Jaramillo's statement of qualifications was previously produced at Bates numbers OS_0791– OS_0793. A signed statement regarding TFO Jaramillo's opinions and conclusions are included within this production.

\*   \*   \*

If the Government identifies any additional or alternative anticipated experts or subject matters for such testimony, the experts' qualifications and any additional relevant reports will be forwarded to you if and when they are received.

Pursuant to Federal Rule of Criminal Procedure 16(b), the Government requests disclosure of any discovery of documents or other items the Defendant intends to use in his case-in-chief at trial. The Government also specifically requests, pursuant to Federal Rule of Criminal Procedure

---

[1] Item LI-001.01 are images taken from the aperture sight of on top of SW1-001, a Freedom Ordnance FX-9 9mm pistol bearing serial number 034152.

16(b)(1)(C), disclosure of any experts the Defendants intend to call, the substance of their expected testimony, their *curriculum vitae*, and any reports or examinations for such experts.

        Very truly yours,

        Erek Barron
        United States Attorney

By: \_\_\_\_\_/s/_____
        Patrick D. Kibbe
        Brooke Y. Okie
        Assistant United States Attorneys