

# STATEMENT OF QUALIFICATION

**Eve E. Eisenbise – Firearms Enforcement Officer - Field Response Branch-East**
Bureau of Alcohol, Tobacco, Firearms and Explosives, Tampa, FL

I, Eve E. Eisenbise, hereby declare and state:

I have been employed as a Firearms Enforcement Officer (FEO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF,) Firearms & Ammunition Technology Division (FATD) from April 2014 to present. I served as the Chief of the Field Response Branch-Central within the FATD from November 2022 to March 2024.

As a Firearms Enforcement Officer one of my main responsibilities was conducting technical examinations and evaluations of firearms, ammunition, and silencers in response to alleged violations of the Federal firearms laws, as well as inquiries from the firearms industry and the public.

I am knowledgeable and experienced as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports, official correspondence, and Congressional responses relating to the identification, origin, and technical classification of firearms and ammunition under the provisions of the Federal firearms laws.

During the course of my duties, I have examined hundreds of firearms, silencers, and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, serial number, place of manufacture, function, design, and status as related to the National Firearms Act and Federal firearms laws.

I have assisted federal, state and local law enforcement agencies with technical classifications, firearm traces, and making nexus determinations.

I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding technical classifications of firearms and ammunition, licensing, firearms transfer, acquisition, disposition, compliance, and criminal enforcement matters. I continue to do so as part of my duties as an ATF Firearms Enforcement Officer.

I have received formal training for military and law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture.  This training includes, but is not limited to the following:

- Silencer 101, Silencer Manufacturing/Machining, Montgomery College, NC – 11/2018
- SIG Sauer P320 Armorer's Course – 08/2018
- Silencer Principles Training, Phoenix Defense Technologies, by Dr. Phil Dater – 06/2018
- Foreign Weapons Course, Phoenix Defense, by Dan Shea – 08/2022
- ATF Advanced Instructor Development (AID) 1801, Huntsville, AL - 11/2017
- Agency Instructor Training Program (AITP 1901), Huntsville, AL – 07/2019
- ATF Firearms Interstate Nexus Training Course - 06/2014
- ATF Advanced Interstate Nexus Training, New England Factory Tours - 07/2014
- ATF Advanced Interstate Nexus Training, Florida Factory Tours – 09/2014
- Institute of Military Technology Museum Tour, Titusville, FL – 09/2014

- History of the AR Rifle System Presentation, by Mr. C. Reed Knight – 09/2014
- Springfield Armory Museum Tour – 07/2014
- SIG Sauer Armorer Instructor Seminar – 03/2006
- Range Master Course (SIG Sauer Academy) - 10/2003
- Revolver Instructor Course - 12/2003
- Law Enforcement Shotgun Instructor - 08/2003
- Law Enforcement Firearms Instructor Course - 06/1999
- Law Enforcement Rifle Instructor Course - 09/1998
- Springfield Armory 1911 and XD series Armorer's Course – 08/2018
- Fabrique Nationale (FN) PS90 & SCAR Armorer Course - 8/2017
- GLOCK Firearms Armorer's Course, 07/2014
- LWRC M6 series Armorer Course - 05/2014
- Remington Armorer Course - 07/2014
- Heckler & Koch Armorer Course - 08/2014
- Colt M16/AR15 Armorer Course - 11/1997
- Departmental Firearms Transition (Manchester Police Department) – 2003/2004
- Small Arms Repair School, Aberdeen Proving Ground, MD - 1993

For a major firearms manufacturer, SIG Sauer, Inc., I have conducted live fire demonstrations, attended numerous trade shows, using my expertise for troubleshooting, repair, and training to address complex technical and mechanical issues. In addition to examining the manufacturing of hundreds of firearms, endurance testing numerous makes and models, and conducting factory tours.

During the training at the Firearms Interstate Nexus Training Course in Martinsburg, West Virginia, I personally examined the ATF, Firearms and Ammunition Technology Division Reference Collection, which includes more than 17,000 firearms.

I have personally toured the following firearms and ammunition manufacturing plants, and museums, where I examined numerous types of firearms and ammunition being produced or displayed:

- SIG Sauer, Inc., Exeter, NH
- LWRC International, Cambridge, MD
- Remington Arms Company, Ilion, NY
- Heckler & Koch, Sterling, VA
- Sturm Ruger & Company, Inc., Newport, NH
- Colt Defense, LLC, Hartford, CT
- O. F. Mossberg & Sons, Inc., New Haven, CT
- Smith & Wesson, Springfield, MA
- Kahr Arms, Worcester, MA
- Taurus International Manufacturing, Miami, FL
- Heritage Manufacturing/Rossi USA/Braztech/Taurus Imports, Miami, FL
- KelTec CNC Industries, Inc., Cocoa, FL
- Diamond Back Firearms, Cocoa, FL
- Keystone Arms, PA tour (2015)
- ExOne - Digital Part Materialization, North Huntingdon, PA
- Kent Ammunition - Martinsburg, WV
- Winchester Ammunition - Oxford, MS
- Remington Ammunition - Lonoke, AK

As an instructor I have provided formal training to law enforcement and other government personnel in various disciplines of firearms training. My expertise, relative to the various disciplines of firearms, ammunition or interstate nexus has been requested and recognized by the following agencies:

- Salvadoran National Civil Police, El Salvador
- Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
- IRS, Criminal Investigation Division (Seattle Field Office)
- Manchester Police Department (Manchester, NH)
- United States Marine Corps

As a full-time police officer in the state of New Hampshire, for over 11 years, I routinely testified in State and District courts during criminal cases, and civil hearings.

I have previously testified in the following courts as an expert witness regarding the identification, operation, or design of firearms:

| | | | |
|---|---|---|---|
| - Reno, NV | - Dothan, AL | - Los Angeles, CA | - Alexandria, VA (2x) |
| - Miami, FL | - Sioux Falls, SD | - Tulsa, OK | - Tyler, TX |
| - Panama City, FL | - Toledo, OH | - London, KY | |
| - San Juan, PR (x3) | - Elkins, WV | - Albuquerque, NM | |
| - Seattle, WA | - Raleigh, NC | - Las Vegas, NV | |

I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numerous foreign countries. In addition, I provided assistance in maintaining the ATF, Firearms and Ammunition Technology Division Reference Library.

For over 35 years I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Guns and Ammo,* and *The Rifleman Magazine* in order to remain familiar with firearms and firearm trends.

I have been interviewed, by the writer Mr. Walter Rousch, for a published article in Combat Handgun Magazine regarding "Real World Impressions" and my researched opinion on new firearm developments for law enforcement.

I am regularly tasked with teaching firearms safety, nomenclature, The Gun Control Act, The National Firearms Act, Assault Weapons, Ammunition, Firearms Importation, and armorer's courses to special agents, inspectors, task force agents, and other law enforcement officers.

**ATF** - AWARDS AND COMMENDATIONS:

| | |
|---|---|
| Aug 2016 – Special Acts Award | July 2022 – Special Acts Award |
| June 2017 – Special Acts Award | Dec 2022 – Performance Award |
| June 2017 – Certificate of Apprec./Oper. World Class | Mar 2023 - Special Acts Award |
| June 2018 – Special Acts Award | Nov 2023 – Performance Award |
| June 2019 – Special Acts Award | Dec 2024 – Performance Award |



_____

Eve E. Eisenbise, Chief-Field Response Branch-Central