**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA                                                                          ANDREW SZEKELY
FEDERAL PUBLIC DEFENDER                          SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER

March 4, 2025

Mr. Patrick Kibbe
Ms. Brooke Oki
Assistant United States Attorney
United States Attorney' Office
 for the District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
Via email only

    **Re:**    *United States v. Osman Sesay,* MJM-21-298

Dear Mr. Kibbe and Ms. Oki:

We write pursuant to Rule 16(b)(1)(C) to provide the attached materials for Brian Luettke. Enclosed are Mr. Luettke's report, his curriculum vitae, and list of cases in which he has testified in the past four years.

                              Sincerely,

                              /s/

                              Andrew Szekely
                              Dara Jackson-Garrett
                              Assistant Federal Public Defenders