

Brian Luettke
Luettke Firearms Consulting
5557 28th Street SE Ste 205
Grand Rapids, MI 49512

# Curriculum Vitae

## Consulting Experience:

Since 2021, I have consulted for clients involved in criminal or civil cases in Michigan, Texas, California, Florida, New York, Puerto Rico, and New Mexico. In March 2023, I was retained by the law firm Quinn Emanuel Urquhart & Sullivan LLP located in New York to perform expert firearms consulting in the criminal case(s) involving actor Alec Baldwin and the shooting incident during the filming of the movie titled Rust.

In July 2024, a client's Motion for Summary Judgement was granted by a Federal Judge in the Northern District of Texas involving ATF overstepping their authority and attempting to redefine what a machinegun is.

## Expert Witness Testimony:

I have testified as an expert witness 33 times in the following areas: firearms and ammunition identification, firearms and ammunition Interstate Nexus, firearms classification (GCA & NFA), firearms operability, machineguns, the use of various types of firearms, firearm values, firearms identification technology, training and tactics. I have testified in the United States District Court for the Western District of Michigan (Grand Rapids, Kalamazoo, and Lansing), the United States District Court for the Eastern District of Michigan, United States District Court for the Middle District of Florida - Orlando Division, United States District Court for the Central District of California, and the United States District Court for the Eastern District of New York.

## Education:

**The George Washington University** – Washington D.C. Master's Degree, August 2016
Professional Studies - Security and Safety Leadership

**The University of Michigan** – Flint, MI Bachelor of Arts, May 1991
Major: Criminal Justice

# Professional Experience:

**Firearm Consultant & Trainer** (November 2020 – Current)
*Luettke Firearms Consulting, Inc.  Grand Rapids, Michigan*
*(Formally known as Firearms Training and Interstate Nexus Consulting, LLC)*

- I provide consulting service to clients who have questions about firearms and ammunition identification and the classification for firearms defined in the Federal Gun Control Act (GCA), the National Firearms Act (NFA), and the State of Michigan's firearm definitions.
- I teach GCA and NFA firearm identification classes to law enforcement officers and to defense attorneys.  This training includes pistols, revolvers, rifles, shotguns, machineguns, silencers, short barreled shotguns and rifles, destructive devices, and any other weapons.
- I provide firearm expert consulting and/or expert witness testimony to clients involved in Federal and State criminal and civil cases.
- I am a certified firearms instructor.

**Chief – Advanced Firearms & Interstate Nexus Branch (AFINB) Supervisory Special Agent**
**Firearms and Ammunition Technology Division,** August 2017 – October 2020
*Bureau of Alcohol, Tobacco, Firearms & Explosives, Martinsburg, West Virginia*

- I was the training branch supervisor and instructor for ATF's Firearms and Ammunition Interstate Nexus Training Program.
- I taught ATF Special Agents and Firearm Enforcement Officers how to correctly identify firearms and ammunition and prepared them to testify as expert witnesses in Federal court involving the Interstate Commerce Nexus requirement in Title 18 U.S.C. 922(g) cases.
- As Chief of the AFINB, I was responsible for ATF's National Firearms Reference Collection which contains well over 10,000 firearms.
- I served as an ATF firearms (shooting) instructor for 19 years.

**Special Agent Program Manager - Interstate Nexus Training Program Supervisory Special Agent**
**Firearms and Ammunition Technology Division**, June 2016 - August 2017
*Bureau of Alcohol, Tobacco, Firearms & Explosives, Martinsburg, West Virginia*

- I was the first Special Agent selected as the Program Manager of ATF's Interstate Nexus Training Program.
- Reorganized the Interstate Nexus training course and added relevant course material.
- Taught Interstate Nexus training classes to Special Agents and Firearm Enforcement Officers.

**ATF Resident Agent in Charge – Detroit Field Division, Grand Rapids Field Office Supervisory Special Agent**
*Bureau of Alcohol, Tobacco, Firearms & Explosives, Grand Rapids, MI*, June 2014 – June 2016

- Supervised ATF Special Agents and Task Force Officers assigned to the Grand Rapids Field Office and directed investigations involving illegal firearms, explosive violations, and arson.

- Trained all of the Detroit Field Division's Special Agents and Industry Operations Investigators on Unfinished Receivers for AR-15 & AK-47 style firearms.

**Special Agent,** September 1998 – June 2014
*Bureau of Alcohol, Tobacco, Firearms & Explosives, Grand Rapids, Michigan*
- Testified as an expert witness numerous times in U.S. District Court (Eastern and Western Districts of Michigan) involving the identification, classification, operability, use of various types of firearms, and Interstate Nexus of firearms and/or ammunition.
- Case Agent for one of the largest illegal machinegun manufacturing and trafficking cases in the United States involving (SU-PRESS-ON) Drop-in Auto Sears.
- Recognized as a Firearms Identification Subject Matter Expert and conducted training and provided investigative assistance to law enforcement agencies throughout Michigan.
- Initiated and revised ATF's Firearms Trafficking Investigation Guidebook (ATF Publication 3317.1) while on a temporary detail to ATF headquarters in Washington, D.C.

**Police Officer**, August 1994 – September 1998
*City of Novi Police Department, Novi, Michigan*
- Served as a firearms instructor and helped develop the Patrol Rifle program.
- Trained and mentored new police officers as a Field Training Officer.

**U.S. Customs Inspector**, September 1991 – August 1994
*U.S. Customs Service, Detroit, Michigan*
- Inspected firearms and other cargo entering the United States for import compliance.
- Interviewed international travelers and seized contraband.

## Military Experience:

**U.S. Army**, August 1984 – June 1987
*82nd Airborne Division - Charlie Company, 1st Battalion, 504 Parachute Infantry Regiment.*
*Fort Bragg, North Carolina*
- Promoted to the rank of Sergeant (E-5) and served as a Squad Leader.
- Awarded U.S. Army Parachutist Badge ("Airborne Wings")
- Awarded Expert Infantryman's Badge
- Honorably Discharged

## Firearm Instructor & Armorer Courses:

- ATF (FLETC) Firearms Instructor Training Course
- Pistol Instructor – Oakland Police Academy (MLEOTC/MCOLES)
- Shotgun Instructor – Oakland Police Academy (MLEOTC/MCOLES)
- Glock Firearm's Instructor Workshop Course

- M4/AR15 & MP5 Instructor Course – Singleton International
- Law Enforcement Rifle Instructor (Patrol Rifle) – Smith & Wesson Academy
- Simunition Supervisor Training Course
- NRA Certified Pistol Instructor
- NRA Certified Personal Protection Inside the Home Instructor
- Michigan Coalition for Responsible Gun Owners (MCRGO) CPL Instructor Course
- Rayburn Instinctive Point Shooting Instructor Course
- U.S. Army's XVIII Airborne Corp Unit Armorer Course.
- Glock Armorer Course
- Smith & Wesson M&P Pistol Armorer Course
- Smith & Wesson & Walther P99 Armorer Course
- Smith & Wesson Revolver Armorer Course
- Sig Sauer (SIG Arms) Law Enforcement Armorer Course
- Remington Arms Police Armorer Course
- Colt Manufacturing Co., M16/AR-15 Law Enforcement Armorer Course
- Heckler & Koch MP5 Machinegun Armorer Course

## Training Courses & Certifications:

- FLETC Certified - Law Enforcement Instructor Training Program (LEITP)
- CIA's National Collaboration Course
- ATF Unfinished Receivers – Train the Trainer Course
- ATF Advanced Interstate Nexus Training
- ATF Advanced Ammunition Interstate Nexus Training
- ATF Advanced Agent Training (Complex Investigations)
- ATF Firearms Interstate Nexus Training Course
- ATF Special Response Team (SRT) Training Course
- ATF Tactical Close Quarter Countermeasures (PPCT) Instructor Course
- ATF Firearms Trafficking Techniques Course
- ATF & Provincial Weapons International Firearms Trafficking Course
- Macomb Community College's Advanced Combat Shooting
- Lethal Force Institute Stressfire Training Course
- Lethal Force Institute LFI-1
- Massad Ayoob Group MAG-30 Advanced Handgun Course
- Rob Pincus Combat Focus Shooting & Advanced Pistol Handling
- Glock's Operator Training Course

## Received Training at the Following Firearm Manufacturing Facilities:

- O.F. Mossberg & Sons, Inc - North Haven, Connecticut
- Colt's Manufacturing Company, Inc. - Hartford, Connecticut

- Special Weapons - Grand Haven, Michigan
- Stinger Arms Corporation - Saulte Ste Marie, Michigan
- FEG (Fegarmy Army Factory) - Budapest, Hungary.
- Sturm, Ruger & Co. - Newport, New Hampshire
- H&R 1871 LLC - Gardner, Massachusetts
- Smith & Wesson - Springfield, Massachusetts
- Savage Arms - Westfield, Massachusetts
- Marlin Firearms - North Haven, Connecticut
- U.S. Firearms Mfg. Co - Hartford, Connecticut
- Excalibur Arms - Johannesburg, South Africa
- Beemiller (Hi Point) - Mansfield, Ohio
- CZ (Ceska Zbrojovka) - Uhersky Brod, Czech Republic
- Glock - Deutsch-Wagram, Austria
- Colt – Canada.  Kitchener, Ontario
- Para Ordnance - Toronto, Ontario
- Hughes Precision - Indian River, Michigan
- Cohaire Arms - Spring Lake, Michigan
- Glock - Smyrna, Georgia
- Next Level Armament - Jenison, Michigan
- Sig Sauer - Newington, New Hampshire
- Remington - Huntsville, Alabama
- Sturm, Ruger & Co. – Mayodan, North Carolina.
- Kahr Arms – Worchester, Massachusetts
- Saeilo – Worchester, Massachusetts
- Sig Sauer – Exeter, New Hampshire
- Daniel Defense – Black Creek, Georgia
- Deep River Plastics – Deep River, Connecticut
- Heckler & Koch – Oberndorf, Germany
- Walther – Ulm, Germany
- Taurus – Miami, Florida
- Heritage Arms – Miami, Florida
- Knights Armament – Titusville, Florida
- Kel Tec – Cocoa Beach, Florida
- Diamondback Firearms – Cocoa Beach, Florida
- Surgeon Rifles – Phoenix, Arizona
- Armalite – Phoenix, Arizona
- Patriot Ordnance Firearms – Phoenix, Arizona
- Sturm, Ruger, & Co. - Prescott, Arizona
- Seekins Precision – Lewiston, Idaho
- Black Creek Precision – Jacksonville, Florida

## Received Training at the Following Silencer Manufacturing Facilities:

- Hughes Precision - Indian River, Michigan
- Advanced Armament Corporation – Huntsville, Alabama
- Sig Sauer – Exeter, NH
- Knights Armament – Titusville, Florida
- GSL Technology, Inc. – Jackson, Michigan

## Received Training at the following Ammunition Manufacturing Facilities

- Pretoria Metal Pressings (PMP) - Pretoria, South Africa
- Remington - Lonoke, Arkansas
- Fiocchi – Ozark, Missouri
- Starline Brass - Sedalia, Missouri
- Sierra Bullets - Sedalia, Missouri
- Lake City - Independence, Missouri
- Sellier & Bellot - Vlasim, Czech Republic
- Kent Cartridge - Kearneysville, West Virginia
- Southern Ballistics Research – Brunswick, Georgia
- Winchester Ammunition (Olin) – Oxford, Mississippi
- Federal Ammunition – Anoka, Minnesota
- CCI & Speer Ammunition– Lewiston, Idaho

## Toured the Following Military and/or Firearm Museums:

- Springfield Armory - Springfield, Massachusetts
- National Firearms Museum – Fairfax, Virginia
- Museum of Military History – Budapest, Hungary
- Museum of Military History – Vienna, Austria
- West Point Museum – West Point, New York
- Military Heritage Museum – Punta Gorda, Florida

## Teaching Experience:

- ATF Interstate Nexus (Firearms & Ammunition) Training Program
- ATF National Academy - Firearms Technology Block (GCA & NFA)
- ATF Advanced Firearms Training for IOI's and Special Agents
- ATF Task Force Officer Academy
- Grand Valley State University's Police Academy, Adjunct Firearms Instructor
- Grand Rapids Community College Police Academy, Adjunct Firearms Instructor
- International Law Enforcement Academy - Budapest, Hungary
- International Law Enforcement Academy - Gaborone, Botswana
- Canadian Provincial Weapon Verifiers Course – Ontario, Canada

- Firearms Identification Training for Federal Defender's Office & Panel Attorneys
- Firearms Identification Training for Law Enforcement