# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No. MJM-21-0298 |
| | : | |
| **OSMAN SESAY,** | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO WITHDRAW AS COUNSEL AND TO STAY SENTENCING

Andrew R. Szekely and Dara Jackson-Garrett, Assistant Federal Public Defenders, counsel for Osman Sesay, hereby move for leave to withdraw as counsel in this case and for the Court to stay sentencing pending the appointment of new counsel. In support thereof counsel states as follows.

1. On May 6, 2025, a jury returned guilty verdicts as to all counts in the Third Superseding Indictment. The Court scheduled sentencing for July 29, 2025, and signed a Regular Sentencing Order directing the preparation of a Presentence Investigation Report. *See* Sentencing Order, ECF No. 195.

2. Prior to trial, the Court convened two attorney inquiry hearings. The last of these hearings to address the status of counsel was held on April 28. 2025 – just before jury selection began. At both hearings, Mr. Sesay's requests for the appointment of new counsel were denied.

3. Following trial Mr. Sesay renewed his request that counsel withdraw from his case and new counsel be appointed. Counsel respectfully requests that new counsel be appointed to assist Mr. Sesay with sentencing and appeal.

4. In light of Mr. Sesay's request, he further asks that Court to stay the Sentencing Order so that new counsel may assist Mr. Sesay in the presentence report interview process and with sentencing.

5. On behalf of the government, Assistant United States Attorney Patrick Kibbe consents to Mr. Sesay's request to stay sentencing pending the appointment of new counsel.

6. The undersigned has notified Alyssa Thorn, CJA Supervising Attorney, of the filing of this motion and the need to appoint CJA counsel in this case if the Court were to grant the motion.

Wherefore, the undersigned requests that this Court grant this Motion to Withdraw as counsel and to stay sentencing pending the appointment of new counsel.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland

\_\_\_/s/_____
Andrew R. Szekely
Dara Jackson-Garrett
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax:  (410) 962-0872
Email: andrew_szekely@fd.org
            dara_jackson-garrett@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, a copy of the foregoing was served via CM/ECF to parties in this matter and a letter informing Mr. Sesay of the filing of this motion was sent to Mr. Sesay at the Chesapeake Detention Facility.

_____/s/_____
Andrew Szekely