```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3    UNITED STATES OF AMERICA,  )
                                 )
 4              vs.              )   CRIMINAL CASE NO.
                                 )   1:21-cr-00298-MJM
 5    OSMAN MALIK SESAY,         )
                   Defendant.    )
 6    _____   )

 7                         FRIDAY, MAY 2, 2025
                              Courtroom 5C
 8                         Baltimore, Maryland

 9                      TRANSCRIPT OF PROCEEDINGS
              JURY TRIAL - TESTIMONY OF BRIAN LUETTKE
10            BEFORE THE HONORABLE MATTHEW J. MADDOX

11


12    For the Government:

13    Patrick D. Kibbe, Esquire
      Brooke Oki, Esquire
14     US Attorney's Office
       36 South Charles Street, 4th Floor
15     Baltimore, MD 21201

16    For the Defendant:

17    Andrew R. Szekely, Esquire
      Dara Jackson-Garrett, Esquire
18     Office of the Federal Public Defender
       100 South Charles Street, Suite 900
19     Baltimore, MD 21201

20    Also Present:

21    Eric Montgomery, FBI Special Agent

22    _____
           (Computer-aided Transcription of Stenotype Notes)
23
           Reported by: Amanda L. Longmore, RPR, CRR, FCRR
24              Federal Official Court Reporter
                101 W. Lombard Street, 4th Floor
25               Baltimore, Maryland  21201
                         410-962-4474
```

I  N  D  E  X
TESTIMONY OF BRIAN LUETTKE
UNITED STATES v. OSMAN MALIK SESAY
MAY 2, 2025

<u>PAGE</u>

<u>WITNESSES FOR THE DEFENSE:</u>

BRIAN LUETTKE
  Sworn
  Direct Exam. (Qualifications) by MS. JACKSON-GARRETT    3
  Cross-Examination (Qualifications) by MR. KIBBE    13

  Direct Examination by MS. JACKSON-GARRETT    30
  Cross-Examination by MR. KIBBE    53
  Redirect Examination by MS. JACKSON-GARRETT    68
  Witness Excused    69

 1          (Beginning of Requested Excerpt 2:28 p.m.)
 2              THE WITNESS:  And if you could raise your right hand.
 3          (Brian Luettke was duly sworn.)
 4              THE CLERK:  And can you please state your full name.
 5              THE WITNESS:  Brian Craig Luettke, L-u-e-t-t-k-e.
 6              THE CLERK:  Thank you.
 7              THE COURT:  Thank you.  All right.
 8          Ms. Jackson-Garrett, your witness.
 9              MS. JACKSON-GARRETT:  Thank you, Your Honor.
10                  DIRECT EXAMINATION (On Qualifications)
11     BY MS. JACKSON-GARRETT:
12     Q.    Good afternoon.
13     A.    Good afternoon.
14     Q.    Mr. Luettke, can you tell us what you do for work?
15     A.    I'm a consultant for the Luettke Firearms Consulting,
16     Incorporated.
17     Q.    And what do you do in your consulting business?
18     A.    There's three aspects to this corporation.  The first one
19     is as a firearms and ammunition consultant for individuals who
20     have questions about firearms and ammunition, functions of
21     firearms, use of different types of firearms, firearms
22     identification, and it's mainly defense attorneys.  I also have
23     a client that is a trigger company and I consult for them.
24          The second aspect is I train law enforcement and defense
25     attorneys on firearms identification.  I hold a class roughly

1    eight hours in length where I go through and present different

2    types of firearms for safety and so they can identify them.

3         And the third aspect of the company is Luettke Firearms

4    Consulting is licensed by the Bureau of Alcohol, Tobacco, and

5    Firearms as a -- it's also referred to as an FFL -- as a

6    firearms dealer/manufacturer, and there's also a special

7    license that the corporation has to deal in special types of

8    firearms such as machine gun silencers, things like that.

9    Q.    Mr. Luettke, could you sit back just a little bit from

10   the mic?  I think it's picking up a little bit of noise.

11   A.    Okay.

12   Q.    How long have you been a consultant?

13   A.    For just over four years.

14   Q.    And can you tell us what's your educational background?

15   A.    I have a bachelor of arts degree from the University of

16   Michigan with a major in criminal justice and a master's degree

17   from the George Washington University in security and safety

18   leadership.

19   Q.    And how many times have you testified before today?

20   A.    As an expert witness, 35 times.  I don't recall all the

21   times I testified as a fact witness, but as an expert it's 35.

22   Q.    And what did you do before becoming a consultant?

23   A.    I was a Special Agent with the Bureau of Alcohol, Tobacco,

24   and Firearms, ATF, for 22 years.

25   Q.    And could you -- I think you just explained it, but what

1    does ATF stand for?

2    A.    Well, the first two letters are the Alcohol and Tobacco,

3    which ATF does not do too much enforcement on on those items.

4    The primary mission is regulating the firearms and explosives

5    industry and ATF Special Agents also investigate arson.

6    Q.    And can you walk us through what positions you held while

7    you were at the ATF?

8    A.    Yes.  So I was hired in 1998 as a Special Agent and I was

9    assigned to the Grand Rapids Michigan field office, which is on

10   the west side of Michigan.  It's part of the Detroit field

11   division.  For 16 years I was a Special Agent doing

12   investigations.

13        In 2014, I was promoted to Supervisory Special Agent and

14   held the title of resident agent in charge of the field office,

15   and I did that position for two years.

16        In 2018, ATF created a position for Supervisory Special

17   Agent as a program manager.  I was selected to do that job, and

18   that was a move down to West Virginia.  And as the program

19   manager, I managed the interstate nexus training program which

20   is -- it's an advanced firearms research and identification and

21   it prepares Special Agents and Firearm Enforcement Officers to

22   testify.

23        After a year, ATF decided to create -- make that position

24   a branch and I was selected as the chief of that branch where I

25   had employees underneath me.

Direct Exam. (Qualifications) - Luettke

1       As a supervisor of the training branch, I had armorers

2   which are people trained on -- to fix guns, if they don't work,

3   for ATF.  One of my other responsibilities in that position was

4   I was in charge of ATF's firearms reference collection which

5   contains well over 10,000 firearms, all different shapes and

6   sizes.  And also in that position I was one of two primary

7   trainers for the interstate nexus program.

8   Q.   And as part of the nexus classifications, did your duties

9   including the classification of firearms?

10  A.   Yes.

11  Q.   And could you tell us a little bit about that?

12  A.   Yeah.  So under federal law, an item needs to be

13  determined, classified whether or not it is a firearm.  There's

14  two sets of laws that ATF mainly deals with.  One is the Gun

15  Control Act of 1968, and that generally has most of your common

16  everyday normal firearms, pistol, rifles, shotguns, revolvers.

17  And one of the classifications for those is whether or not it

18  meets the federal definition of a firearm.

19       Antique firearms made in the year of 1898 and before are

20  not considered firearms under federal law, or if they use an

21  antique firing mechanism like a matchlock or if you're watching

22  a Civil War movie, those types of firearms are not firearms

23  under federal law.

24       Also, Special Agents make firearms classifications on

25  certain NFA, National Firearms Act, firearms which was started

1    back in 1934, such as short-barreled rifles which some people

2    called sawed-off shotguns or short-barreled rifles or

3    short-barreled shotguns.  The only two that Special Agents are

4    not supposed to do are for silencers or machine guns.

5    Q.    And can you tell us what you did as the Chief of Advanced

6    Firearms and Interstate Nexus Branch at the ATF?

7    A.    Well, besides supervising the armorers and maintaining the

8    reference collection, I traveled quite a bit.  I taught

9    different classes, I still taught the basic interstate nexus

10    class which is a week-long training course that Special Agents

11    and FEOs, Firearms Enforcement Officers, must pass in order for

12    ATF to put them forward as an expert witness.

13        And then we had the advanced firearms or ammunition

14    training, and that's where we would take a select group of

15    Special Agents or Firearms Enforcement Officers to various

16    firearms manufacturers and watch firearms being made from raw

17    materials to the end product.  You'd learn about the company,

18    also the ammunition, factory was basically the same where you'd

19    watch lead being turned into bullets.  There's a big process,

20    but that's pretty much...

21    Q.    And can you tell us a bit about your experience as an ATF

22    firearms shooting instructor?

23    A.    Yes.  I was an ATF firearms instructor for 19 years.  I

24    attended the Federal Law Enforcement Training Center which is

25    where ATF's academy is down in southern Georgia.  I was an

1    instructor in the field of -- for pistols, revolvers, shotguns

2    at ATF, and I had other training, firearms instructor training,

3    too.

4    Q.    And what did you do before you worked at the ATF?

5    A.    So my first full-time law enforcement job was with U.S.

6    Customs in Detroit.  I was hired in 1991 after college.  I did

7    that position for approximately three years.  And then in 1994

8    I wanted to be a police officer so I was hired by a suburban

9    department outside Detroit called Nobi, N-o-b-i, and I was a

10    police officer for four years from '94 to '98 until I was hired

11    by ATF in '98.

12    Q.    And have you ever served in the military?

13    A.    Yes.  I entered military service at the age of 17 after

14    high school in 1984.  Went through basic training and infantry

15    training at Fort Benning, Georgia, and subsequently went to

16    airborne school where I learned how to jump out of airplanes,

17    and I was assigned as a paratrooper to the 82nd Airborne

18    Division afterwards, was promoted to the rank of Sergeant and

19    received an honorable discharge in '87 and then started going

20    to college.

21    Q.    I think you might have touched on this a bit, but have you

22    received any other training in firearms identification and, if

23    so, where?

24    A.    Well, firearms identification, it started in the military.

25    We would learn about US-made firearms and as well as at that

1    time period Russian-made and Chinese-made firearms.  So I
2    started learning about firearms identification then.  And then
3    working for U.S. Customs, firearms are -- some firearms are
4    imported into the United States so I learned about firearms
5    markings that -- required markings and generally what kind of
6    firearms were being imported and what to look for.

7        But really my -- the in-depth knowledge of firearms
8    identification training started at the ATF academy in '98 where
9    the first week of I think it was roughly the first week of the
10   academy is devoted to multiple types of firearms from the
11   antique firearms I mentioned to show Special Agents what is not
12   a firearm and then moving up to pistols, rifles, revolvers to
13   machine guns, silencers, destructive devices such as a grenade
14   launcher and also machine gun conversion devices.

15   Q.   And have you taught firearms identification to others and,
16   if so, can you tell us a little more about that?

17   A.   Yes.  I taught on a regular basis down at the academy for
18   ATF.  There's not a lot of Special Agents that do that but I
19   was selected to be one and I did that as permitted by time.

20       So I taught firearms identification, the same training I
21   just mentioned.  I taught seven times at the International Law
22   Enforcement Academy in Budapest, Hungry, where I taught
23   firearms identification to police officers from former eastern
24   block countries such as Romania, Russia, Kazakhstan, Hungry and
25   such.  Four times I taught firearms identification at the

1   International Law Enforcement Academy in Gaborone, Botswana,

2   which is located in southern Africa.  And these two academies,

3   these international are run by the U.S. State Department.  So

4   police officers from many countries throughout the continent of

5   Africa, Kenya, Namibia, South Africa, Botswana, et cetera.

6   Q.   And what training have you received about firearms that

7   maybe you haven't mentioned yet?

8   A.   Well, as a firearms instructor, I went through a lot of

9   shooting classes, other instructor-type classes, many, many

10  training classes.

11  Q.   And what kinds of firearm instructor courses have you

12  taken?

13  A.   Besides the one at the Federal Law Enforcement Training

14  Center I mentioned, which is a required course in order to be a

15  firearms instructor, I was also a firearms instructor for my

16  police department Nobi, went through a pistol and shotgun

17  instructor course.  I was -- I also attended a couple of

18  machine gun instructor courses on the M16-style and the MP5

19  submachine gun.  I attended Glock instructor, Glock pistol

20  instructor courses.

21  Q.   And I guess along those lines, have you received any

22  training from any gun manufacturers?

23  A.   Yes.

24  Q.   And can you tell us some of those?

25  A.   Yes.  So I've visited and received training from over 40

1    firearms manufacturers, most of them located in the United

2    States such as the big names such as Colt Firearms located in

3    Connecticut, Smith & Wesson in Massachusetts, Sig Saur and

4    Ruger in New Hampshire.  I visited and received training from

5    XCaliber in South Africa, the Glock factory in Austria, CZ in

6    the Czech Republic, Feg in Hungry, Heckler & Koch and Walther

7    in Germany, and Colt Firearms in Canada as well.

8    Q.    And what, if any, training have you received specifically

9    on machine guns?

10   A.    Well, it dates back over 40 years ago with the military,

11   and really my first formal training on -- besides learning how

12   to shoot machine guns and identify them, in either 1985 or '86

13   I was selected to be one of two unit armorers for my company at

14   the 82nd Airborne, and what an armorer -- what my job was, it

15   was a two-week course where we learned how to diagnose problems

16   associated with the M16 machine gun, the M249 machine gun, the

17   M60 machine gun, pistols, shotgun, and so it was a collateral

18   job and if a firearm wasn't working correctly you'd identify

19   the problem and replace parts or order a new firearm if

20   necessary.  I've been to I believe nine total armorers classes,

21   including ones on machine guns, Glock pistols, Smith & Wesson,

22   Remington, rifle and shotgun.

23   Q.    And what, if any, training have you received specifically

24   on machine gun conversion devices?

25   A.    Well, that training comes from ATF.  ATF at the academy,

1    it's important for Special Agents to learn and know how to

2    identify machine gun conversion devices, or all machine guns

3    really, but machine gun conversion devices because they're the

4    ones doing criminal investigations in the field, and if they

5    examine a firearm and believe it is a machine gun conversion

6    device, their job is to send it to West Virginia for a Firearms

7    Enforcement Officer to look at and examine and properly

8    classify.

9         And then as an instructor, teaching this topic numerous

10   times, I'd stay current on those devices, and as one of three

11   branch chiefs at the Firearms and Ammunition Technology

12   Division in West Virginia, I was in management meetings, I

13   would converse with Special Agents, send out e-mails, so stay

14   current, and also, as I stated, I was in charge of ATF's

15   reference collection with over 10,000 and there are many

16   conversion devices in that collection.

17   Q.   And do you own any machine gun conversion devices?

18   A.   Yes, I do.

19   Q.   Under what capacity do you own?

20   A.   I own machine guns personally.  And as a licensee, I have

21   three conversion devices that I use in training for law

22   enforcement, and I also have made some machine guns for the

23   training class as well as samples for law enforcement.

24        MS. JACKSON-GARRETT:  Your Honor, we would move

25   Mr. Luettke in as a firearms identification expert at this

Cross Exam. (Qualifications) - Luettke

1    time.

2                    THE COURT:  All right.  Any objection as to

3    qualifications?

4                    MR. KIBBE:  Opportunity to voir dire, Your Honor?

5                    THE COURT:  Yes.

6                    CROSS EXAMINATION (On Qualifications)

7    BY MR. KIBBE:

8    Q.    Good afternoon, sir.

9    A.    Good afternoon.

10   Q.    You have a long history of working with firearms, correct?

11   A.    Yes.

12   Q.    I'm pulling up a copy of your CV.

13                   THE COURT:  Could you pull that microphone a little

14   closer to you, Mr. Kibbe?  Thank you.

15                   MR. KIBBE:  For the Court's reference, this is

16   Defendant's Exhibit for Identification Number 1.

17   BY MR. KIBBE:

18   Q.    Mr. Luettke, I want to talk through the roles that you

19   just discussed with counsel.  So as a Special Agent with ATF

20   from 1998 to 2014, 16 years, what were you responsible for?

21   A.    I conducted investigations.  I was also a firearms

22   instructor.  I was also a member on a special response team

23   which was issued machine guns.  I was a self-defense

24   instructor.  I also started teaching abroad and down at the

25   academy at that time.

1    Q.    Did you do interstate nexus determinations in that role?

2    A.    Yes.

3    Q.    And you have significant experience with interstate nexus

4    determinations, correct?

5    A.    I think I started in 2002.

6    Q.    And can you explain what interstate nexus determinations

7    are?

8    A.    Yes.  So when a firearm, a Gun Control Act firearm,

9    pistol, rifle, shotgun is -- is in the hands of law enforcement

10   or ATF, the job is to make a classification that it is a

11   firearm, figure out which category of firearms it belongs

12   under, and the whole goal of interstate nexus is the Special

13   Agent, ATF needs to show that during the course of the life of

14   that firearm that has moved across state line.

15        So, for example, if a firearm was made here in Maryland,

16   ATF would be responsible to show that in order for it to affect

17   commerce it would have had to have gone to another state and

18   then came back, so...

19   Q.    And as part of that, you need to be able to identify what

20   kind of firearm it is, right?

21   A.    Yes.

22   Q.    So you identify the manufacturer?

23   A.    Yes.  There's marking requirements, you have to identify

24   who made the firearm, or at least the name that is listed on

25   the firearm because sometimes the name listed on the firearm is

1    the manufacturer sometimes really didn't make it.  ATF issues

2    marking variances which they allow another company to make it

3    for the company whose name is on the firearm.  Also required is

4    city and state of the manufacturer, the caliber, the model

5    designated, as well as a serial number.

6    Q.    As part of that determination, did you do a technical

7    classification of if a firearm is a machine gun?

8    A.    I'm sorry, I didn't understand the first word you said.

9    Q.    When you're making those interstate nexus determinations,

10   did you do the technical classification of any firearms as a

11   machine gun?

12   A.    I did make two machine gun determinations as a Special

13   Agent.

14   Q.    What were those?

15   A.    So the first one involved an MP5 submachine gun that had

16   been stolen from the Battle Creek Michigan Police Department.

17   When it was recovered and the trial was going, at the AUSA's

18   direction, they said can you testify and I said, well, the

19   proper is to send it down and they said, it's pretty obvious

20   it's a machine gun, it's registered to the police department,

21   it's got the serial number, if you shot two rounds through it

22   automatically is it a machine gun, and as I stated earlier, I

23   do own my own MP5 submachine gun so I'm very familiar with

24   them.

25            And the second time was involved a militia case with the

1    FBI, and myself and the FEO both test fired them and we both

2    testified as to operability and classification they're machine

3    guns.

4    Q.    So those two instances that you did, and you also

5    mentioned that -- I think you said the proper thing to do is to

6    send it to an FEO; is that correct?

7    A.    We send it to West Virginia to firearms and -- it was

8    called Firearms Technology Branch back then.

9    Q.    And what's an FEO?

10   A.    A Firearms Enforcement Officer.

11   Q.    Can you explain why the proper thing to do is to send it

12   to an FEO?

13   A.    Because that's what's listed in the order.

14   Q.    And are you familiar with the training that FEOs receive?

15           MS. JACKSON-GARRETT:   Objection.  May I approach?

16           THE COURT:  Yes.

17       (The following discussion occurred at sidebar:)

18           MS. JACKSON-GARRETT:   Yes.  Right now it's my

19   understanding the Government is -- voir dire is about his

20   qualifications, and I think we're getting a bit into cross

21   about what he should and should not be doing versus if he's

22   qualified as a firearms examiner as an expert, which goes to

23   his --

24           THE COURT:   Well, I'm not sure he's gone into cross.

25   Maybe it's questionable as to relevance to qualifications,

1    however.

2              MR. KIBBE:  Your Honor, the point here is Mr. Luettke

3    is an absolutely qualified interstate nexus examiner.  That's

4    what his job has been for 22 years.  He just testified that he

5    did two exceptions to doing a machine gun report.  His role was

6    never to do machine gun classifications.  I'd like to ask him

7    about that.

8              MS. JACKSON-GARRETT:  We've admitted him as a

9    firearms identification expert.  We didn't say a machine gun.

10             MR. KIBBE:  The question in this case is not whether

11   it's a firearm; it's whether it's a machine gun.

12             THE COURT:  I'll allow it.  Thank you.

13          (End of sidebar discussion.)

14             THE COURT:  The objection's overruled.

15   BY MR. KIBBE:

16   Q.    Mr. Luettke, you can continue, and the question was, are

17   you familiar with the training that FEOs receive to do machine

18   gun classifications?

19   A.    A little bit.

20   Q.    And you previously testified that you were a branch chief

21   for FAT, correct?

22   A.    For Firearms and Ammunition Technology?

23   Q.    Yes.

24   A.    Yes.  I was a branch chief.

25   Q.    And so are you aware that FEOs received over a year of

1    training in machine gun classifications?

2    A.    I didn't know the exact length.

3    Q.    So as a Special Agent, you testified about those two cases

4    where you said that wasn't the proper thing but you did testify

5    as an expert, correct, in machine gun classifications?

6    A.    Well, the second one was definitely proper because the

7    firearms malfunctioned for the FEO because, unlike myself, I'm

8    a firearms instructor and the machine guns malfunctioned for

9    him due to his improper stance.  And the first -- and the other

10   time was at the direction of the AUSA, U.S. Attorney's Office.

11   Q.    Understood.  And then in other cases you had as a Special

12   Agent, you sent it to an FEO to be tested, correct?

13   A.    Actually, I picked the machine guns that this -- the

14   machine guns up, I had found those assisting the FBI, which I

15   found machine gun conversion devices in them and the FBI wanted

16   to do testing, so I actually picked them up at Quantico,

17   Virginia from the FBI and drove them out to West Virginia for

18   Firearms and Ammunition Technology to examine them.

19   Q.    And so an FEO at Firearms Ammunition Technology examined

20   those, correct?

21   A.    The last couple words I didn't hear you, sir.

22   Q.    An FEO examined those; is that what your testimony was?

23   A.    He and I both examined them together, yes, so I could

24   testify as well.

25   Q.    How many times as a Special Agent did you have cases that

1    involved machine gun conversion devices?

2    A.    I don't know the specific number, but I will tell you

3    because of that militia case and I found machine gun conversion

4    devices, these are into AR-15 style rifles, because of what I

5    discovered it led to a huge investigation, this individual who

6    was selling these was getting away with it for multiple years

7    by using a loophole in an ATF rule which has since been changed

8    due to my investigation.  We did nationwide seizures of these

9    devices because they are machine gun conversion devices that

10   are called drop-in auto sears for AR-15s, so that was -- that

11   involved thousands.

12   Q.    So that case in particular involved thousands of machine

13   gun conversion devices?

14   A.    Correct.

15   Q.    Of an auto sear type, correct?

16   A.    Yes.  It's not that big as your finger indicated, but it's

17   smaller.

18   Q.    And it's a different type of machine gun conversion device

19   than a Glock switch, correct?

20   A.    Correct.

21   Q.    And in that case, the thousand auto sears, who did the

22   machine gun classifications?

23   A.    FEO Mike Powell.

24   Q.    Okay.  So one of the FEOs did?

25   A.    Yeah.

1    Q.    And then you became resident agent in charge; is that
2    correct?
3    A.    Correct.
4    Q.    And you were supervising Special Agents?
5    A.    That is correct.
6    Q.    And in that role can you explain whether -- were you still
7    case handling or were you just supervising?
8    A.    Not so much case handling, still doing some nexus as well
9    as testifying.
10    Q.    So you were still doing --
11    A.    And training, still going abroad and things like that,
12    yes.
13    Q.    So you're still doing the nexus determinations, correct?
14    A.    Not as many, but yes.
15    Q.    And when you're supervising other agents, did those agents
16    have cases that involved machine gun conversion devices?
17    A.    I don't recall.
18    Q.    Do you recall doing any machine gun classifications as a
19    resident agent in charge?
20    A.    No, I did not.
21    Q.    Then you became the interstate nexus training program
22    Supervisory Special Agent, correct?
23    A.    That is correct.
24    Q.    And what did you do in that role again?  Could you remind
25    us?

Cross Exam. (Qualifications) - Luettke

1   A.    That was the training program where Special Agents and

2   FEOs would come for a week of training to examine firearms and

3   conduct research, as well as the training at the gun factories.

4   Q.    And that helps support the interstate nexus program,

5   correct?

6   A.    Yes.

7   Q.    And did you do any machine gun classifications in that

8   role?

9   A.    No.

10  Q.    Then you became the chief of the advanced firearms and

11  interstate nexus branch, correct?

12  A.    That is correct.

13  Q.    Did you do interstate nexus determinations in that role?

14  A.    Yes.

15  Q.    Did you do any machine gun classifications?

16  A.    No.

17  Q.    You talked about some -- and was that to complete your

18  experience at ATF or did I miss anything?

19  A.    I think you -- it's been covered.

20  Q.    And you previously testified about different trainings

21  that you have had, correct?

22  A.    You said trainings?

23  Q.    Yes, sir.

24  A.    Yes.

25  Q.    And you said two in particular involved machine guns,

1    right?  There was an M16 style and an MP5 machine gun course,

2    correct?

3    A.    As well as the military armorer class, too.

4    Q.    And in any of those courses did you do any machine gun

5    classification reports for Glock switches?

6    A.    No.

7    Q.    And you previously testified that you have received

8    training from numerous firearm manufacturing facilities, right?

9    A.    Yes.

10    Q.    Did you receive any machine gun classification training as

11    part of those trainings?

12    A.    Well, I received training from Glock because they brought

13    in their Glock 18, which is their machine gun -- machine gun

14    pistol, and we got to examine it and shoot it.

15    Q.    But Glock doesn't make any machine gun conversion devices,

16    do they?

17    A.    No, not that I'm aware of.

18    Q.    So they didn't give you training on machine gun conversion

19    devices, right?

20    A.    Well, that device on the Glock slide, the factory Glock 18

21    is theoretically a conversion device.  It's making a firearm a

22    Glock pistol as a machine gun.

23    Q.    And did you receive training on how to classify that

24    firearm?

25    A.    I pulled the trigger and more than one shot expelled, so

1    it made it a machine gun.

2    Q.    And you mentioned you also had experience when you were in

3    the military, correct, with certain types of machine guns?

4    A.    That is correct.

5    Q.    And what types of machine guns were those?

6    A.    M16 --

7    Q.    What --

8    A.    -- A1.

9    Q.    I'm sorry, sir.  Go ahead.

10    A.    The M249 machine gun, the M60 machine gun.  Those are the

11    firearms, machine guns assigned to my unit.

12    Q.    And were those all rifles?

13    A.    We'll say yes.  The M60 -- so the rifle definition is a

14    firearm that's designed to be fired from the shoulder.  Holding

15    up an M60 machine gun that shoots a larger caliber bullet, it's

16    a belt-fed machine gun and it's got a bipod so it's pretty

17    heavy, pretty much designed to shoot it from a prone position

18    or resting on something.

19    Q.    So that doesn't include a machine gun conversion device,

20    correct?

21    A.    That's correct.

22    Q.    You previously said you testified as an expert 35 times,

23    correct?

24    A.    Yes.

25    Q.    How many times have you testified as an interstate nexus

1    expert?

2    A.    Probably 20 or 30 times.  I mean 29 or 30, in that

3    ballpark.  I don't know the exact number.

4    Q.    And how many interstate nexus reports have you completed

5    in your career?

6    A.    Hundreds.

7    Q.    How many machine gun classification reports have you

8    completed?

9    A.    I'll say two as a consultant.

10   Q.    And is that as a consultant for the defense after you left

11   ATF and completed the trainings that you talked about?

12   A.    Yes, after I left.  The first time I testified involved an

13   alleged machine gun that didn't function.  There was a bench

14   trial and the judge ruled not guilty.  And then these devices

15   here.

16   Q.    And in that case where the judge ruled not guilty, the

17   judge also found that the machine gun was, in fact, a machine

18   gun, right?

19   A.    I don't recall that.

20         MS. JACKSON-GARRETT:  May we approach?

21         THE COURT:  Yes.

22      (The following discussion occurred at sidebar:)

23         MS. JACKSON-GARRETT:  I would ask where the

24   Government is going with this line of questioning.  We're still

25   in the voir dire portion and we're getting now into the

1    findings of another court.

2        I also -- I understand even the Court's order that you

3    found he is qualified to testify as an expert.  So I'm not --

4    I'm trying to understand where the Government is going and what

5    the appropriateness of these questions are at this stage.

6            MR. KIBBE:  Two things, Your Honor.  One is that he

7    brought up on his own, I didn't ask him about this other

8    decision, and he has stated incorrectly that he -- well, he

9    corrected not guilty, but then he does not recall that the

10   judge found it was a machine gun when he has said -- testified

11   that it wasn't.  So I wasn't going to bring that up but he did

12   so now I'm going to point out to him that the judge found that

13   the machine gun in that case was not a machine gun.

14           THE COURT:  Okay.  But he's not aware of it, then --

15           MS. JACKSON-GARRETT:  I'm sorry, Your Honor.

16           THE COURT:  I was just going to say, I mean, he's not

17   aware of it, I'm not sure, does that go to his qualifications?

18   That's the subject -- that's the topic we have.

19           MR. KIBBE:  He brought up on his own that he

20   testified in another case that something was a machine gun to

21   support his qualifications.  The judge found in that case it

22   was not a machine gun.

23           THE COURT:  Okay.

24           MS. JACKSON-GARRETT:  That goes to his

25   qualifications, his assessment versus what the judge found.

1    Now we're getting into a judge's -- another case unrelated a
2    judge's finding as to the issue, and this is about whether he's
3    qualified as an expert or not.
4             THE COURT:  Right.
5             MS. JACKSON-GARRETT:  So we're litigating a case
6    that's not at issue or bringing up an outside defendant, an
7    outside judge, a case.  I worry that that, one, distracts the
8    jury, it also risks prejudicing our client by bringing up a
9    case, a different case number, a different defendant name.
10            THE COURT:  Well --
11            MR. KIBBE:  This was -- sorry, go ahead, Your Honor.
12            THE COURT:  Go ahead.
13            MR. KIBBE:  This was a case that they included in
14   their expert disclosures and that he just brought up on his own
15   without me asking about it.
16        As to qualifications, I do intend to move shortly
17   objecting to his qualification as an expert on machine gun
18   classifications.  And when we filed our previous motion
19   objecting to the report, we reserved the right to voir dire
20   just as any -- any witness, particularly because the disclosure
21   in this case was made the day before motions in limine and
22   Daubert challenges were due.  And so we asked for a one-week
23   extension to file an objection to the report, but now we need
24   an opportunity to actually voir dire his qualifications.  And
25   as he's just testified, he's not made any machine gun

1    classifications, except two as an exception that he says he

2    made during a 22-year career.

3           THE COURT:  Well, they're offering him as a firearm

4    identification expert.  Is that how -- I heard that is what you

5    were seeking there.

6           MS. JACKSON-GARRETT:  Yes.  And Ms. Eisenbise was

7    also admitted as a firearms identification expert, so we're

8    admitting him under the same circumstances.

9           THE COURT:  So I mean, what is the line of

10   questioning going to be in connection with this judicial ruling

11   that he didn't know about?

12          MR. KIBBE:  I can say, if Your Honor is going to

13   qualify him as an expert --

14          THE COURT:  Yeah.

15          MR. KIBBE:  -- I can save that cross.

16          THE COURT:  Okay.

17          MR. KIBBE:  But on the question of what's -- there's

18   not -- under 702 there's a threshold question of whether an

19   expert will be helpful to a jury determination.  And so the

20   question in this case that is going to be helpful or not is to

21   testify on machine gun classifications and not whether

22   something's a firearm or not.  Firearm identification includes

23   this was made by Glock, it was made by Zastava, as we saw in

24   the interstate nexus report.

25          It's a different question.  It's a machine gun

1    classification.  And our position, Mr. Luettke is not qualified

2    and he does not have the experience and training to make that

3    classification.

4         MS. JACKSON-GARRETT:  And Your Honor, we litigated

5    this at the pretrial conference, and Your Honor has already

6    ruled that he has the proper qualifications.  So I understand

7    the Government's position, but Your Honor also has already made

8    that finding.  So this just seems to be relitigating an issue

9    that the Court has had a final ruling on.

10        THE COURT:  Well, he reserved the opportunity to voir

11   dire.  My inclination would be to find that he is qualified to

12   testify as an expert.  I think that a lot of what you're

13   bringing up is fodder for cross-examination perhaps and, you

14   know, may be subject matter rebuttal testimony by your witness,

15   but that's on a separate issue than the one that brought us up

16   here, which is where you're going with this particular court

17   ruling.  I don't see it relevant for purposes of voir dire.

18   He's basically saying he doesn't know about this court ruling.

19   I don't see it getting very far at all, even for

20   cross-examination, so just putting that out there.  But I'm

21   going to -- to the extent that an objection is being made here,

22   I'm going to sustain the objection.  How much more do you have

23   after on voir dire?

24        MR. KIBBE:  Are you sustaining the objection to this

25   line of questioning?

1          THE COURT:  This line of questioning, yes.

2          MR. KIBBE:  Okay.  I'll be done shortly.

3          THE COURT:  Okay.  Thank you.

4      (End of sidebar discussion.)

5   BY MR. KIBBE:

6   Q.   Just a few more questions, Mr. Luettke.  You were

7   previously explaining the significant number of interstate

8   nexus determinations that you did, correct?

9   A.   Hundreds, yes.

10  Q.   And did those include machine gun classifications?

11  A.   No.

12  Q.   And on -- when you were speaking with counsel, you said

13  that Special Agents don't do silencers and machine guns; is

14  that correct?

15  A.   Correct.

16          MR. KIBBE:  Your Honor, the Government objects to the

17  qualification of Mr. Luettke as an expert in classifying

18  machine guns.

19          THE COURT:  Okay.  Could I have counsel approach

20  again, please?

21      (The following discussion occurred at sidebar:)

22          THE COURT:  I'm going to overrule the objection but I

23  just wanted to explain why.  The defense is offering

24  Mr. Luettke as a firearms identification expert.  It does

25  appear that what's been elicited through this recent testimony,

1    there's some limitations with respect to experience identifying

2    specifically machine guns, but he also testified that he has

3    extensive experience with machine guns.  He held high-level

4    positions at the ATF.  And for those reasons and various

5    reasons that we went into, his prior training and experience,

6    I'm going to overrule the objection as to his qualification and

7    how qualified he is as an expert.  But the Government's

8    objection is noted.

9         I just wanted to put that on the record outside the jury's

10   hearing.  I'm going to overrule the objection to qualify him.

11   All right?

12             MR. KIBBE:  Thank you, Your Honor.

13             THE COURT:  Thank you.

14        (End of sidebar discussion.)

15             THE COURT:  The Government's objection is overruled.

16   Mr. Luettke will be qualified to testify as an expert on

17   firearm identification.

18             MS. JACKSON-GARRETT:  Court's brief indulgence.

19                     DIRECT EXAMINATION

20   BY MS. JACKSON-GARRETT:

21   Q.   Mr. Luettke, can you tell us how you go about identifying

22   a firearm?

23   A.   Well, the first process of identifying any firearm is the

24   general appearance as it lays in front of you.  When I'm

25   examining a firearm, I like to look at both sides, top, bottom,

1    sometimes I take off the grips of a normal firearm to see if

2    there's any other markings.  But I like to look at all angles

3    and parts of the firearm if I can.

4    Q.    And how would you go about identifying a semiautomatic

5    gun, for example?

6    A.    So the semiautomatic -- well, the first thing you do

7    before you inspect any firearm is make sure it's unloaded, so

8    we would clear it, as it's called, remove the magazine, work

9    the action to make sure there's no ammunition in the chamber.

10         Once it's rendered safe, I usually start on the left side

11   of the firearm and start identifying all the markings I see.

12   Markings, the manufacturer serial number, et cetera.  Look on

13   the barrel, flip it over, look on the right side, look

14   underneath on the bottom of the gun, look on the back strap

15   where you would grip it.

16   Q.    And is that process similar for identifying a machine gun?

17   A.    Very similar.

18   Q.    And how about a machine gun conversion device?

19   A.    Yes.  You look at the item and you can start, you know,

20   they have the general appearance of different things.  Like

21   when I was explaining the first process, you classify it as a

22   pistol or is it a revolver, rifle, shotgun.  Same thing with a

23   device.  You look at it and if it has the overall appearance of

24   a device, then you investigate it further.

25   Q.    And prior to your testifying today, did you have an

Direct Examination - Luettke

1    opportunity to review the evidence in this case?

2    A.    Yes, I did.

3    Q.    And what did you review?

4    A.    I reviewed a Maryland State Police test firing report and

5    a report written by FEO Eisenbise.

6    Q.    And did you have an opportunity to review any physical

7    evidence?

8    A.    Yes, I did, on December 6th of 2024.

9    Q.    And on December 26th -- I'm sorry, December 6th, 2024, did

10   you take any photos or physically look at the evidence?

11   A.    Yes.  There was a couple of semiautomatic pistols I looked

12   at, and then there were two Glock pistols.  One was a Model 23,

13   and one was a Model 26.  And then inside the evidence box were

14   items that had the same appearance as a Glock switch.

15   Q.    And did you have an opportunity to take any photos of

16   those devices?

17   A.    Yes.  When I -- when I examined them and I'd already read

18   FEO Eisenbise's report and the lengths she went to to -- for

19   her examination and superglue and there was pictures contained

20   in it, I brought some digital calipers to measure the devices

21   in question on this particular case because I wanted to get

22   measurements.

23         As I previously stated, the consulting company has a

24   legally registered Glock switch, if you will, that I use for

25   training to show law enforcement what they look like.  And

1    originally, I used the dimensions that I had previously taken

2    photographs of the overall length of it, the size of the leg,

3    and I took similar photographs of the two devices in question

4    on this -- on this case.

5    Q.    Mr. Perrin, can you bring up defense Exhibit 35.

6          Mr. Luettke, do you recognize this picture?

7    A.    Yes, I do.

8    Q.    Can you tell us what it is?

9    A.    That is a purported Glock switch made of plastic.  It has

10   a screw sticking off on the left side of the picture, and it's

11   in pretty rough condition.

12   Q.    Mr. Perrin, can you switch to Defense Exhibit 36.

13         Is this the same device?

14   A.    Yes.

15   Q.    Did you take this picture?

16   A.    Yes.

17   Q.    Can you switch -- Mr. Perrin, can you pull up Defense

18   Exhibit 37.

19         Do you recognize this picture as well?

20   A.    I do.

21   Q.    And why do you recognize it?

22   A.    Well, in this -- this is the device associated with the

23   Glock 23 pistol.  In the middle of it it has a crack and also

24   where the leg, the long piece, skinny piece joins up with the

25   body of the device you can see superglue, dried superglue.

1    Q.    Mr. Perrin, can you bring up Defense Exhibit 38.

2          Is this the same device?

3    A.    Yes.

4    Q.    And did you take this picture?

5    A.    I did take the picture.

6    Q.    And do you have anything that you would say about this

7    picture that you haven't already said?

8    A.    Well, the condition of it is -- it's very rough.  It's in

9    very rough condition.  The picture speaks for itself.

10   Q.    Mr. Perrin, can you bring up Defense 39.

11         This is just a different angle of the same device?

12   A.    Yes.

13   Q.    Mr. Perrin, can you bring up Defense 51.

14         And Mr. Luettke, do you recognize this picture as well?

15   A.    Yes.  You can see the dried superglue at the top and the

16   crack on the base near the bottom.

17   Q.    And Mr. Perrin, can you bring up Defense 78.

18         Mr. Luettke, do you recognize this?

19   A.    Yes.  That is the one that's registered to the company.

20   You can see that it's made of different material.  This is made

21   of steel.  This one has a toggle switch for selection of

22   semiautomatic fire or full automatic machine gun fire.  And, as

23   described in the patent, it has this device.  The other

24   previous photographs shows a screw on the side and not a toggle

25   for select fire.

1    Q.    And Mr. Perrin, can you bring up Defense 77, please.

2          And can you just tell us what this is?

3    A.    That's just the left side of the Glock switch that's

4    registered to the corporation.

5    Q.    Now, did there come a time during your review of the

6    evidence that you were able to take measurements of it?

7    A.    Yes.

8    Q.    Mr. Perrin, can you bring up Defense Exhibit 43.

9          Can you tell us about this photo?

10   A.    Yes.  Those are the digital calipers I was mentioning.

11   When I originally measured it I used the inch measuring because

12   that was consistent of what I had conducted on the registered

13   one to the company, and this shows the measurement from the

14   overall length of the device.

15   Q.    And Mr. Perrin, can you bring up Defense 47, please.

16         Do you recognize this picture?

17   A.    Yes.  That shows the thinness of the leg on this device.

18   Q.    Mr. Perrin, can you bring up Defense 60.

19         And do you recognize this photo?

20   A.    Yes.  That's -- so when I was doing the examination, when

21   I encountered it, as I stated, the device was in the box in a

22   Ziploc bag I believe, and so I wanted to get the measurements

23   and see how it fit into the Glock 23 pistol.  And you can see

24   the fit is not very good.  It doesn't fit appropriately.

25   Q.    And Mr. Perrin, can you bring up Defense Exhibit 64.

Direct Examination - Luettke

 1          Do you recognize this picture?

 2    A.    Yes.  That's a clear demonstration of the crack in it.

 3    Q.    Mr. Perrin, can you bring up Defense Exhibit 68.

 4          And do you recognize this photo?

 5    A.    Yes, another picture of the crack in the device.

 6    Q.    Mr. Perrin, can you bring up Defense Exhibit 66.

 7          Can you tell us about this photo?

 8    A.    Yes.  When the device was on the Glock pistol, when I

 9    examined it, I noticed that it was out of battery, and what

10    that means is the slide would not go all the way forward which

11    guns -- the -- this is the left side of the Glock pistol and

12    where the barrel and the slide, they should be forward so the

13    slide is flush with the Polymer frame right below it and this

14    is not.

15    Q.    And Mr. Perrin, can you bring up Defense 69.

16          And this is just a different angle of the same device

17    we've been looking at?

18    A.    Correct.

19    Q.    Now, I want to -- you also had an opportunity as you said

20    earlier to look at the Glock 26.  I'm going to show you some of

21    your photos.  Mr. Perrin, can you bring up Defense Exhibit 7.

22          Mr. Luettke, do you recognize this picture?

23    A.    Yes.

24    Q.    Can you tell us about it?

25    A.    So that's a plastic type device.  This one has more of a

Direct Examination - Luettke

```
 1   bolt and not a screw like the last one and it has a nut for it.
 2   Q.   Mr. Perrin, can you bring up Defense Exhibit 9.
 3        Can you tell us about this photo?
 4   A.   Yes.  Same device, just a different angle.
 5   Q.   Mr. Perrin, can you bring up Defense Exhibit 11.
 6        Can you tell us about this photo?
 7   A.   Yes.  Now you can see some of the superglue on this and
 8   it -- yes, so there's superglue on there.
 9   Q.   Mr. Perrin, can you bring up Defense 13.
10        Can you tell us about this photo?
11   A.   Yes.  In this photo, it appears to be some shaving
12   material of the black plastic 3D-printed, whatever the material
13   is, it's plastic of some sort which was shaved off at some time
14   during its life.
15   Q.   Mr. Perrin, can you bring up Defense 17.
16        Do you recognize this photo?
17   A.   Yes.  That's a zoom of what I was just describing.
18   Q.   Mr. Perrin, can you bring up Defense 15.
19        Can you tell us about this photo?
20   A.   It's the overall length of that device.
21   Q.   And can you bring up Defense 19.
22        Can you tell us about this photo?
23   A.   Yes.  A zoom of what we've seen and on the right-hand side
24   you can start to see some of the superglue, the heavy use of
25   superglue on it.
```

Direct Examination - Luettke

1    Q.    And finally, Defense 21, can you tell us about this photo?

2    A.    Yes.  That's a zoom showing the condition and the

3    superglue that was placed on this device.

4    Q.    Thank you, Mr. Perrin.

5          Can you tell us what the difference is between a machine

6    gun and a semiautomatic gun?

7    A.    Yes.  For a machine gun, most people recognize it because

8    it shoots multiple -- multiple bullets.  It's easy to describe

9    a machine gun as opposed to a semiautomatic, which I'll

10   describe in a second, but a machine gun is when you pull the

11   trigger, a person pulls the trigger to the rear and more than

12   one shot, so two or more are shot consecutively and the person

13   who is holding the trigger to the rear, the trigger doesn't do

14   anything else.  It's a single function of the trigger by

15   pulling it to the rear is one function.  So it's a single

16   function so more rounds are shot, two or more.

17         And then semiautomatic?

18   Q.    Yes.

19   A.    And then conversely in a semiautomatic, when a person

20   pulls the trigger to the rear, one shot is expelled.  The

21   person releases the trigger so the trigger resets to a forward

22   position.  They pull the trigger again and again just one shot.

23   So different machine guns generally fire much faster than

24   semiautomatic firearms.

25   Q.    And can you explain to us what a machine conversion device

Direct Examination - Luettke

1    does within the firearm?

2    A.    So machine gun conversion devices are designed to change a

3    semiautomatic pistol, modify it into a machine gun.  That's

4    generally it.  There's some exceptions.  I testified earlier

5    when I was asked about drop-in auto sears, they go into AR-15s

6    like the case investigation I was mentioning, and on those, the

7    firearms, a person has to change out a bunch of parts into the

8    firearm which sometimes causes automatic fire, machine gun fire

9    just by changing out those parts, but the drop-in auto sear

10   makes it shoot more consistently.  But generally speaking, the

11   conversion device changes or modifies, allows a semiautomatic

12   to function as a machine gun.

13   Q.    Now, a little bit earlier you said you -- when identifying

14   a machine conversion device you look at it.  Can you tell us

15   the process by which you might identify a machine gun

16   conversion device on a firearm?

17   A.    Specific to this case or general?

18   Q.    You can start with general.

19   A.    So I've had extensive training in firearms identification.

20   I've taught firearms identification.  I taught a class Tuesday

21   to law enforcement in Michigan where they got to see conversion

22   devices.  So I point out the different characteristics, I show

23   these devices, I place them in firearms so they can see what

24   they look like.  I tell them if you encounter one of these,

25   this is what you should do to see if that firearm is --

1    contains a conversion device.

2        And really for me, it's by appearance.  It's a clue.  I

3    look at something and when you see -- I've seen them, examined

4    many, many firearms, and when I look at a firearm and I see

5    something that doesn't look right or since I'm familiar with

6    many conversion devices I'd be able to, you know, recognize I

7    think most of them.

8    Q.    And how can you identify a machine gun?  Is it just visual

9    or are there other ways?

10   A.    A machine gun?

11   Q.    Yes.

12   A.    Well, some machine guns you can look at them and say

13   that's more than likely a machine gun, it's a clue, you develop

14   into a further investigation.

15       But ultimately, test fires are so important for a machine

16   gun.  I know it's not written in the law that a machine gun, a

17   suspected machine gun or a conversion has to fire as expelling

18   those rounds, but it's awful important and that's why there's a

19   lot of emphasis placed on it.

20       It's -- when a firearm shoots more than one shot per a

21   single function of the trigger, it's going to be a machine gun.

22   It's functioning as designed, it's expelling multiple rounds by

23   a single function of the trigger.

24   Q.    Now, do firearms have to have specific requirements for

25   their dimensions?

1    A.    Yes.  Firearms do have specific requirements for their

2    dimensions.

3    Q.    And what happens, for example, if a gun is not made with

4    the right specifications or dimensions?

5    A.    So I testified earlier that I've been to over 40 firearms

6    manufacturers, and during that process when you're going

7    through the factory, they're explaining the steps that they

8    take in manufacturing.  And some companies take their designs

9    very seriously and they're constantly checking to make sure

10   they're within tolerances.  Some very high-level, high-skilled

11   employees are working there.  And in the machines, a lot of

12   them are -- they're called CNC machines, and the machines are

13   designed to stop working if during the process it's determined

14   that a part or a piece is not within factory specifications.

15   And sometimes the -- some of the factories, they just do random

16   checks on.  They'll stop the machine, pull a few pieces out,

17   measure them to make sure they're within -- within the proper

18   specifications.

19   Q.    And why does that matter?

20   A.    Well, gun companies want their products to work and they

21   want them to work reliably and safely.

22   Q.    And you said that you've had experience seeing this

23   process happen, and have you seen when, if a gun is not to the

24   right specifications, what do the gun manufacturers do?

25   A.    First they'll take those parts and figure out why it's not

1    within and then they scrap the material.  I have seen buckets
2    full of parts that were out of spec that they'll melt that down
3    and recycle and -- but they have to diagnose the problem, that
4    the machine or maybe a part in the machine is worn out and
5    that's what's causing the malfunction or the part to be out of
6    spec, but the gun companies I've visited and the ones that
7    definitely show this, they take this very serious.
8    Q.    And do the same principles apply to machine gun conversion
9    devices?
10   A.    As far as the -- being in the proper specifications, yes.
11   Q.    Now, we've talked a lot about different types of guns.  I
12   want to talk about machine guns specifically.
13         One part of the definition of a machine gun is "designed"
14   and "intended."  How are "designed" and "intended" different
15   from one another?
16   A.    Well, "designed" and "intended" -- so I'll start with
17   "intended."
18         "Intended" means you meant to do something.
19              MR. KIBBE:  Objection, Your Honor.
20              THE COURT:  Overruled.
21              THE WITNESS:  You're meaning to do something by
22   intending.  For example, if I told my wife I was intending on
23   doing the dishes but I didn't, I still meant to do it but I
24   didn't do it.  So you intended to do it in the process.
25         And then "designed" means conceived in detail.

1          MR. KIBBE:  I'm going to renew the objection, Your

2    Honor.  If we may approach?

3          THE COURT:  Yes, you may approach.

4       (The following discussion occurred at sidebar:)

5          MR. KIBBE:  The objection, Your Honor, is that he's

6    giving definitions of the law which are not in the law.  He's

7    giving jury instructions which do not exist.  There's a

8    difference between him testifying that he thinks this meets the

9    definition of a machine gun or not, that's his expert opinion,

10   but he's offering new language that's not in the statute and

11   telling the jury this is what these words mean.

12         THE COURT:  Right.  I mean -- let me just hear from

13   the defense before I rule.

14         MR. SZEKELY:  Your Honor, could I just address this

15   one brief matter?

16         THE COURT:  You may.

17         MR. SZEKELY:  Thank you.  And I can cite the case.  I

18   can pull it up.  There's a Ninth Circuit case that says

19   "designed" and "intended" are two different words and they

20   have -- therefore they have to mean two different things.  It's

21   in the conjunctive.  So I think it's fair game to ask him how

22   those two things might be different.

23         MS. JACKSON-GARRETT:  I'm going to ask him how his

24   opinion on what the devices were from his opinion

25   specifications why -- what they were supposed to be doing.

Direct Examination - Luettke

1          THE COURT:   Right.   And in addition to those reasons

2     I believe Ms. Eisenbise also testified about the meanings of

3     words within the statutory definition of machine gun.   I mean,

4     I think this is part of their job.   It may be that

5     Ms. Eisenbise has more experience doing it, I guess.   I think

6     that that's what you've elicited from him, but he's -- I think

7     he's able to testify to what these words mean for purposes of

8     firearms identification and classification.

9          MR. KIBBE:   Thank you, Your Honor.

10          THE COURT:   So the objection's overruled.

11     (End of sidebar discussion.)

12          THE COURT:   The objection's overruled.

13     BY MS. JACKSON-GARRETT:

14     Q.   Mr. Luettke, you can continue.

15     A.   Can you ask --

16     Q.   Would you like me to remind you?

17     A.   Yes, please.

18     Q.   Yes.   You were just speaking about, you had explained the

19     difference between intended and you were just going to say

20     "designed"?

21     A.   Yes, designed, conceived in detail, there's details in

22     that design.

23     Q.   And how might that apply to the gun, I guess the guns that

24     you examined in this case?

25     A.   Well, what I looked at, when I looked at the evidence, the

1    overall appearance of those devices, say, they very much

2    resemble what a Glock switch looks like.  I'm familiar with

3    them.  But what's noticeable difference is the size, the shape,

4    the condition.  So even though they may have been intended,

5    whoever manufactured and did the design of it missed.  They did

6    not do a very good job.  The pictures of these in the condition

7    and how it was difficult for them to be test fired in the

8    condition received shows that they were out of specifications.

9    Q.    And one part, another part of the definition of machine

10   gun is readily restored.  Can you tell us what readily restored

11   means?

12   A.    Sure.  So "restored," something -- as it applies to

13   machine guns, in order for a machine gun to be readily

14   restored, it had to have been a machine gun prior because

15   you're not restoring something if it's not a machine gun as

16   applied to that term.

17        For example, every once in a while ATF agents will get

18   phone calls from a family member of a veteran or something like

19   that and say that the veteran's deceased and they're cleaning

20   out maybe grandfather's stuff and they find a firearm that he

21   brought back from World War II or acquired somehow.  And it's

22   not uncommon for those people to want to cut them in half.  ATF

23   has rules on properly destroying a suspected machine gun

24   receiver.  You're supposed to cut it with a blow torch on an

25   angle in three spots displacing the metal a quarter of an inch.

1    But some people will, if they want to think -- they think
2    they're destroying the machine gun by taking the parts out of
3    the receiver and the receiver be the main body of the firearm
4    that holds a lot of the components, and if they cut it with
5    a -- like a band saw just a straight line, Firearms Enforcement
6    Officers or with the assistance of the armorers at Firearms
7    Technology will say that's not properly destroyed because it
8    could be readily restored and then welded back together just
9    that one single cut and now they've restored it back into a
10   machine gun.
11   Q.   And I want to just ask a little bit about -- a little bit
12   more about machine conversion devices.
13        If a device is made with the wrong specifications as you
14   mentioned earlier, what, if anything, does that mean for its
15   ability to function?
16   A.   Well, anything that's made out of proper specifications
17   generally doesn't function and these devices in this case are
18   no different.  They are out of specifications.  I took
19   measurements, as I testified earlier, I since converted some of
20   the numbers associated with the patent.  The patent from 1998
21   is listed in millimeters, so I -- I did the conversion using
22   the calipers because they measure in both inches and
23   millimeters, and the thickness of the -- of the leg, the long,
24   thin piece in the patent is 4.65 millimeters, and the one on
25   the Glock 23 is 1.34, and the -- and the leg on the device on

1    the Model 26 is 1.20 millimeters.  So very significantly

2    different in thickness than the 4.65 laid out in the patent.

3            And the overall length, I don't recall the exact numbers

4    of that conversion, but I can tell you I looked at those

5    numbers and they are between -- they're greater than eight

6    millimeters in length from the patent device, and to put that

7    into context, most -- a very popular handgun round of

8    ammunition is a nine millimeter and nine millimeter means the

9    diameter of the bullet.  So the overall length of these devices

10   are almost as large as -- a for comparison of what the diameter

11   of a nine millimeter bullet is.

12   Q.    And did there come a time where you were able to review

13   specifically the Glock 23?

14   A.    Did I review the Glock 23?

15   Q.    Yes.

16   A.    Yes.

17   Q.    And what were your -- you've spoken a little bit about it

18   already, but what were your observations about the gun?

19   A.    Well, the Glock 23 was originally manufactured as a

20   semiautomatic pistol, and there is a device that was associated

21   with it.

22   Q.    And did it, you know, did it shoot as like a machine gun

23   or as a semiautomatic?

24   A.    Well, the first time it was test fired by the Maryland

25   State Police, it test fired as a semiautomatic pistol with the

1    device attached.

2         And then subsequently it was sent to Firearms Technology

3    where FEO Eisenbise took the device.  She did not test fire it

4    at first, according to her report.  She took the device and

5    used a clamp with superglue to try to get it into the correct

6    dimensions so it would work.

7         After she let the superglue dry, she test fired it with

8    two rounds in the magazine, and it fired two rounds like as a

9    machine gun.  She attempted to fire three rounds and it fired

10   one round, which indicates semiautomatic.

11   Q.   And why did it shoot like a semiautomatic?

12   A.   Because that's the dimensions of the device in place that

13   allowed it to shoot.  It did not allow it to shoot as a machine

14   gun on the second attempt with the three rounds.

15   Q.   Now, you spoke a little bit about this device, but can you

16   describe the condition of that device you just spoke of?

17   A.   Yes.  I have examined many Glock conversion devices on

18   other consulting clients and these are the worst ones that I

19   have examined.  They're very rough shape.  The plastic is

20   rough.  It didn't fit properly into -- this is on the Glock 23.

21   As the picture indicated, it did not fit properly into the

22   slide, which is the top part of the firearm.

23   Q.   Mr. Perrin, can you bring up Defense Exhibit 37.

24        Can you circle kind of ways that this device, the primary

25   areas that you just described, just so the jury can have a

1    visual?

2    A.    Well, when this device was placed in the firearm, there's

3    a picture of it with the slide, but that part fits into the

4    back of the slide of the Glock pistol and it was not flush as

5    it should have been as a normal back plate or a normal body

6    part for a conversion device.

7            THE COURT:   Just for the record, the witness has

8    circled the middle portion of this exhibit, Exhibit 37.

9            MS. JACKSON-GARRETT:   And Mr. Clerk, if you could

10   clear it, please.   Thank you.

11       Mr. Perrin, can you bring up Defense Exhibit 51.

12   BY MS. JACKSON-GARRETT:

13   Q.    Is there anything additional that you would point out for

14   the jury on this photo?

15   A.    Should I circle these?

16   Q.    Yes.   Please do.

17   A.    Well, just to be clear, this top area is full of the

18   superglue.   This area that I'm circling now is the crack, and

19   you can see how this portion of the body of the device is

20   crooked.   And I'm going to go back up to the top and you can

21   look at this area and this area, and it -- the plastic that was

22   used in making this isn't very good.   It almost looks like it's

23   being -- it's shredding or something like that.   It's not

24   smooth or like some of the other areas on this device.

25   Q.    Mr. Clerk, could you clear it?   Thank you.

Direct Examination - Luettke

1       And Mr. Perrin, you can take it down as well.  Thank you.

2       Now, for this particular device you said earlier that you

3 took some measurements.  Did you have an opportunity to compare

4 those measurements to what was in the patent?

5 A.    Yes.

6 Q.    And can you tell us a little bit about that?

7 A.    The overall length with the -- where it's about the eight

8 millimeters greater in length or the thickness of the legs?

9 Q.    You could do both.

10 A.    Okay.  So the thickness of the legs in the patent is 4.65

11 millimeters, and on the Glock 23 the thickness is 1.34

12 millimeters, so considerably different.  So it's over three

13 millimeters different.

14       And on the Glock 26 the dimensions, the overall length is

15 approximately the same size as the 8 millimeters.  It's greater

16 than 8 millimeters but less than 9 millimeters.  And the

17 thickness of the leg is 1.20 millimeters compared so what's in

18 the patent of the 4.65 millimeters.  So again, considerably

19 much thinner.

20 Q.    Mr. Perrin, can you bring up Defense Exhibit 17.

21       This is the device on the back of the Glock 26.  Would you

22 circle similarly to how you did for the device that was on the

23 back of the Glock 23?

24 A.    Yes.  So here in this area it looks like the plastic is

25 being -- or was shaved off when it was attempting to be fired.

1    That's what it looks like to me with these shavings in that

2    area.  Also, here at the bottom is the superglue to hold

3    different parts that was applied to hold different parts in

4    different positions.  I believe I was not able to put this

5    device onto the Glock 26 when I examined it.  Again, I'm

6    dealing with evidence and I'm not going to force something that

7    could break.  It would be my fault.  So I try to put it on and

8    I don't believe I was able to get that one on.

9    Q.    And Mr. Perrin, can you bring up Defense 19.

10        And is there anything additional that you would point out

11   to the jury in this photo?

12   A.    It's a different angle.  It has the bolt.  You can see

13   part of the bolt there, the shaving material, and the

14   superglue.

15   Q.    And Mr. Perrin, you can take the photo down.

16        And why do the dimensions matter for these devices?  You

17   said you measured them in millimeters and you pointed out the

18   difference between that and what was in the patent.  Can you

19   tell us why that matters?

20   A.    Right.  As I testified, I've been to a lot of gun

21   factories.  Dimensions for anything, from automobiles,

22   airplanes, dimensions matter for things to work and firearms

23   are no exception, and these devices did not work when first

24   test fired by law enforcement.

25   Q.    And you mentioned a little bit about the material that

1    they're made of.  Can you tell us, is that the correct kind of

2    material for this kind of device?

3    A.    I don't know if there's an -- officially a right type of

4    material for these devices.  The ones that I've examined don't

5    have this same condition, this same appearance of the

6    roughness, the crudeness of them, but I don't know the

7    different qualities of plastic that is used.

8    Q.    And so for the Glock 26, you also had an opportunity to

9    review that.  Did it shoot semiautomatically or as a machine

10   gun?

11   A.    According to the report I read from FEO Eisenbise, it only

12   shot semiautomatic.

13   Q.    And can you tell us why you say that?

14   A.    Why it only shot semiautomatic?  It's because the

15   dimensions of the device only allowed it to shoot semiautomatic

16   and not as a machine gun.

17        MS. JACKSON-GARRETT:  Can I have the Court's brief

18   indulgence?

19        (Pause in Proceedings.)

20   BY MS. JACKSON-GARRETT:

21   Q.    Mr. Luettke, can you tell us how much a Glock 23 -- you

22   said you're familiar with that brand.  How much would you say a

23   Glock 23 typically retails for?

24   A.    Brand new Glock 23s, I'm a federal firearms licensee so I

25   get catalogs, it's in the $500 range.  Different generations

1    where Glock makes improvements, 5 to 550 unless they've added

2    things for optics.  But a base model Glock is in the $500

3    range.

4              MS. JACKSON-GARRETT:  Thank you.  No further

5    questions for this witness.

6              THE COURT:  Thank you.

7         At this point, ladies and gentlemen, we'll take an

8    afternoon break.  The time is currently 3:46.  I will ask you

9    to return, let's say, at 4 p.m.

10        (The Jury Exited the Courtroom at 3:46 p.m.)

11             THE COURT:  All right.  We'll return at 4 p.m.

12        (A recess was taken from 3:47 p.m. to 4:03 p.m.)

13             THE COURT:  I think we're ready for the jury.  You

14   all may be seated until the jury comes in.

15        (The Jury Entered the Courtroom at 4:04 p.m.)

16             THE COURT:  Cross-examination, Mr. Kibbe.

17             MR. KIBBE:  Thank you, Your Honor.

18                         CROSS EXAMINATION

19   BY MR. KIBBE:

20   Q.   Good afternoon again, sir.

21   A.   Good afternoon.

22   Q.   We spoke earlier about interstate nexus reports, right?

23   A.   Yes.

24   Q.   And you've got significant experience doing interstate

25   nexus reports?

1    A.    That is correct.

2    Q.    And part of that is --

3          THE COURT:   I'm sorry, Mr. Kibbe, could you pull that

4    microphone again toward you?  Thank you.

5    BY MR. KIBBE:

6    Q.    As part of that, that includes firearm identification,

7    correct?

8    A.    Yes.

9    Q.    And firearm identification means identifying the make,

10   manufacturer of a firearm, correct?

11   A.    Yes, and what style of firearm it is, yes.

12   Q.    What style of firearm it is.  Where it was made?

13   A.    Yes.

14   Q.    But you did not do machine gun classifications about that,

15   correct?

16   A.    Not as part of interstate nexus because it's not required.

17   Machine guns do not require an interstate nexus determination

18   since it's a tax issue.

19   Q.    And as a Special Agent, you testified before that twice

20   you did classifications, correct?

21   A.    Yes.

22   Q.    But otherwise the process was to send it to FEOs, right?

23   A.    Correct.

24   Q.    And that's because they're trained and have expertise in

25   that area?

1    A.    Well, they are, but they're not infallible either.

2    Q.    And they undergo significant training in that to do

3    machine gun classification reports, correct?

4    A.    They do have a lot of training.

5    Q.    And as a Special Agent you relied on their

6    classifications?

7    A.    We did, yes.

8    Q.    And as a resident agent in charge, you relied on their

9    classifications?

10   A.    Correct.

11   Q.    I'm showing you what has been admitted --

12           MR. KIBBE:   Court's indulgence.   Some technical

13   difficulties.

14   BY MR. KIBBE:

15   Q.    I'm showing you what's been admitted in this case as

16   Exhibit 963.   And can you read at the top that it's a

17   stipulation about firearms and ammunition?

18   A.    You said you want me to read it?

19   Q.    No, do you see at the top it says "Stipulation Firearms

20   and Ammunition"?

21   A.    Yes.

22   Q.    And then it says that the parties stipulate and agree that

23   the firearms traveled in interstate or foreign commerce; is

24   that correct?

25   A.    Yes.

Cross Examination - Luettke

1    Q.    And then it has descriptions of firearms, correct?

2    A.    Firearms and ammunition.

3    Q.    And ammunition.  And it has the place of manufacture?

4    A.    Correct.

5    Q.    And this is a stipulation about interstate nexus, right?

6    A.    Yes.

7    Q.    And a stipulation about the identity of firearms?

8    A.    That is correct.

9    Q.    And this is what you did as a Special Agent, correct?

10   A.    For the most part, yes.

11   Q.    And this is what you did as -- and forgive me, please

12   remind me of the title when you were doing trainings and

13   supervising the nexus program, correct?

14   A.    Oh, the chief of the Advanced Firearms Interstate Nexus

15   Branch?

16   Q.    Yes.

17   A.    Yes.

18   Q.    And so as chief of Interstate Nexus Branch, you were

19   training agents on this sort of thing, right?

20   A.    Yes, but as I also testified that --

21   Q.    You can just answer my question, sir.

22   A.    Yes.

23   Q.    And so as part of that, you were not training agents on

24   machine gun classifications, right?

25   A.    Machine gun identification, teaching at the Federal Law

Cross Examination - Luettke

1   Enforcement Training Center.

2   Q.   So you were teaching machine gun classifications?

3   A.   Machine gun identification.

4   Q.   And what --

5   A.   It is a form of machine gun determination because one of

6   the aspects of the training involves being able to recognize

7   what a machine gun is and what it is not.  So the training at

8   the academy is heavily involved in that because it's up to the

9   Special Agents in the field conducting investigations to find

10  evidence, and they can't find evidence if they don't know what

11  they're looking for such as a machine gun or a machine

12  gun conversion device.  So yes, they are trained in that.

13  Q.   So it's important to recognize it in the field, right?

14  A.   Yes, very much so.

15  Q.   And then the process then that then, if something's

16  recognized as a machine gun, it's sent to an FEO for a

17  determination, correct?

18  A.   That is correct.

19  Q.   What's the definition of a machine gun?

20  A.   A machine gun is any weapon which shoots, is designed to

21  shoot, or may be readily restored to shoot more than one shot

22  without manual reloading by a single function of the trigger.

23  It also includes the frame or receiver of the -- that firearm I

24  just described.  It also includes a conversion device or a

25  part -- a part that is designed and intended solely and

Cross Examination - Luettke

1    exclusively for converting a firearm into a machine gun.  Also

2    includes the designed and intended or a combination of parts.

3    Q.    Does that definition include specific specifications for a

4    machine gun?

5    A.    Designed to expel a projectile by the action -- or

6    designed to shoot automatically?  That's kind of specific.

7    Q.    Does it contain measurements?

8    A.    Oh, no, it does not contain measurements.

9    Q.    Does it reference a patent?

10   A.    No.

11   Q.    Does it have any particular material that it must be made

12   out of?

13   A.    No, it does not.

14   Q.    Does it hold up as the one true example of a machine gun

15   conversion device that everything should be compared against?

16   A.    I'm not sure I understand your question.

17   Q.    Does it include one example of a machine gun conversion

18   device that everything must be compared against to determine

19   whether it is a machine gun conversion device?

20   A.    No.  There's multiple machine gun conversion devices.

21   Q.    So let's talk about "designed" and "intended."

22         You testified that the measurements of the switches you

23   investigated in this case were not exactly the same as those in

24   the patent, right?

25   A.    That is correct.  They were significantly different.

Cross Examination - Luettke

1   Q.   And you have some machine gun conversion devices yourself?

2   A.   Yes, one Glock switch and two for an AR-15.

3   Q.   How do those measurements compare to the patent?

4   A.   I haven't seen a patent.  I haven't attached one to my

5   report on those other ones, except for the Glock switch that

6   FEO Eisenbise attached to her report.

7   Q.   I'm sorry.  Your testimony is you haven't seen the patent?

8   A.   A patent for the drop-in auto sear.

9   Q.   Have you seen a patent for a Glock switch?

10  A.   Oh, yes.

11  Q.   Do you have any Glock switches?

12  A.   Yes.

13  Q.   How do the measurements of your Glock switches compare to

14  those measurements in the patent?

15  A.   Very close.

16  Q.   Explain.

17  A.   Well, I took measurements of the device that I have

18  registered and it's -- the numbers aren't exactly the same but

19  they're within an acceptable level because the Glock switch

20  that I have functions.

21  Q.   Does "designed" and "intended" include the word "function"

22  in the definition?

23  A.   No.

24  Q.   And so you don't know today, or correct me if I'm wrong,

25  the difference between the measurements of your device and the

Cross Examination - Luettke

1    patent, do you?

2    A.    I -- no, I -- not off the top of my head I can't recite

3    it, if that's your question.

4    Q.    So you don't know how different those numbers are from the

5    numbers that were measured for the devices in this case?

6    A.    I believe those photographs are in my report that show the

7    measurements that I took of my device and compared them to,

8    because mine was a known sample of a device that functions and

9    I thought that was a good idea to show how out of spec the ones

10   in evidence are.

11   Q.    We'll get to that.  I'm talking now about your testimony

12   about comparing it to the patent measurements.  So you compared

13   today the patent measurements to the devices that you examined,

14   correct?

15   A.    Correct.

16           MS. JACKSON-GARRETT:  Objection.  May we approach?

17           THE COURT:  Overruled.  Oh, you need to explain?

18   Come on up.

19       (The following discussion occurred at sidebar:)

20           THE COURT:  I'm sorry.  That was an asked and

21   answered objection?

22           MS. JACKSON-GARRETT:  No, I guess Mr. Luettke is

23   answering the question and then I guess it is asked and

24   answered.  He's asking it again.  I think his answers stands.

25   Even if the Government doesn't like it, he has answered the

Cross Examination - Luettke

1    question.  So either he should rephrase or it's asked and

2    answered.  And it's happened a couple of times so I just --

3              THE COURT:  Okay.  It's noted.  I'm going to

4    overruled it for now but the issue is noted.

5              MR. KIBBE:  Sure.

6              THE COURT:  Thank you.

7         (End of sidebar discussion.)

8              THE COURT:  The objection's overruled.

9    BY MR. KIBBE:

10   Q.   I'll ask my question again, sir:

11        Do you know the difference between the measurements of

12   your Glock switches that you have compared to the patent

13   measurements?

14   A.   No, I don't off the top of my head, no.

15   Q.   And you said you reviewed the Glock switch patent?

16   A.   Yes.

17   Q.   And so you know that the patent itself includes that it

18   doesn't need to be specific measurements, right?

19   A.   I would agree that it doesn't have to be exactly the same

20   because there's tolerances built into most firearms, so there's

21   probably a little bit of a tolerance, so size difference but

22   not 8 to 9 millimeters.

23   Q.   And it specifically includes in this report that the

24   design may be modified, right?  Excuse me, specifically

25   includes in the patent the design may be modified, right?

Cross Examination - Luettke

1    A.    I read the report but I did not memorize every word.  It
2    possibly says that.
3    Q.    And I misspoke.  I'm not referring to the report.  I'm
4    referring to the patent that you said you reviewed.
5    A.    Yes.
6    Q.    And so the patent says that this design can be modified,
7    right?
8    A.    Again, it may say that.  Like I said, I read the patent,
9    it's very lengthy, but I don't remember every word contained
10   within the patent.
11   Q.    So it's your testimony today that the measurements of
12   these switches were different than the patent but you don't
13   recall reading in the patent that the design may be modified?
14   A.    Correct.  I took the measurements when I examined the
15   evidence and then I -- and that was in inches, and then I
16   since -- since the patent's in millimeters, that's why I
17   converted it to the millimeters to see the size.
18   Q.    In your previous experience at ATF, were you ever taught
19   to compare the measurements of a switch to the measurements in
20   the patent?
21   A.    Not at ATF.
22   Q.    Did you learn it somewhere else?
23   A.    I applied common sense in this case because I was trying
24   to figure out why the evidence firearms were not functioning,
25   and when I compared the size difference to a known functioning

1    and then later to the -- what's laid out in the patent, it's

2    significantly different.

3    Q.    And when you say "significantly different," you said

4    earlier 8 millimeters, right?

5    A.    Overall length is between 8 and 9 millimeters.  Slightly

6    closer to 9 millimeters but I said 8 millimeters because

7    there's room.

8    Q.    And you're including in that measurement the tip of the

9    leg to the end of the back plate, right?

10   A.    I measured the overall length.  I'm measuring the tip of

11   the leg to the back of the device because I think it would be

12   impossible for me to measure the leg of the evidence because of

13   the copious amounts of superglue that was applied and I could

14   not determine exactly where the end of the leg was or the

15   end -- or at least one end, to clarify.

16   Q.    And actually, I think we're talking about the same thing.

17   Maybe I used the wrong term.  You measured the end of the leg

18   to the end of the device, right?

19   A.    Yes.

20   Q.    And that end of the device on these Glock switches, it

21   sticks out at the end of the gun, right?

22   A.    Correct.

23   Q.    And so that difference in length at the end, that doesn't

24   affect the -- how the leg works, does it?

25   A.    The length of the back plate, the main body, not if it --

1    I don't think that affects the leg functioning.

2    Q.    So you just said that you don't think that it affects the

3    leg functioning, yet your testimony is that the overall length

4    made this not a machine gun?

5    A.    What I was demonstrating was that the leg was out of

6    specification.  It was too long.  But more specific to the

7    evidence in this case, the thinness of it did not allow it to

8    affect the trigger bar in the Glock, which it needs to in order

9    to function as a machine gun.

10   Q.    And you know as part of the definition that a machine gun

11   conversion device on its own is classified as a machine gun,

12   correct?

13   A.    Yes.

14   Q.    Doesn't have to be attached to a firearm at all?

15   A.    That's correct.

16   Q.    Because it's a part that's designed and intended to

17   convert a firearm into a machine gun, correct?

18   A.    Yes.  If it's within the correct dimensions, yes.

19   Q.    So a test fire is not required to make a determination of

20   whether a machine gun conversion device is a machine gun?

21   A.    Correct, test fires are not required.

22   Q.    You mentioned on direct that in Ms. Eisenbise's review,

23   after she applied superglue, the Glock 23 fired two shots

24   automatically, correct?

25   A.    Yes, I did.

Cross Examination - Luettke

1    Q.    So it did function as a machine gun at that point,
2    correct?
3    A.    Yes, after she modified it, yes.
4    Q.    And you also testified on direct that I believe you
5    suggested that a firearm be welded to be restored?
6    A.    That doesn't apply to this situation, but readily restored
7    on other machine guns, yes, one made out of metal or some sort
8    of material like that but not on plastic.
9    Q.    So to readily restore a metal machine gun conversion
10   device you could weld it?
11   A.    Right.  The difference is -- what I was referring to was
12   it has to be a bonafied machine gun to begin with, and then if
13   it gets broke, then to restore it back to its original
14   configuration it had to have been a machine gun, and I had not
15   seen in the reports that this functioned as a machine gun prior
16   to FEO Eisenbise superglue.
17   Q.    In your view, you could weld a metal machine gun
18   conversion device to readily restore it; is that correct?
19   A.    Well, that's not the reference I gave.
20   Q.    Yes or no, please.
21              MS. JACKSON-GARRETT:  Objection.
22              THE COURT:  Overruled.
23              THE WITNESS:  Could you repeat the question, please?
24   BY MR. KIBBE:
25   Q.    I'm trying to understand your testimony, sir.  It's my

1    understanding that you said you could weld a metal machine gun

2    conversion device to readily restore it; is that correct?

3    A.    Yes.  I have a steel drop-in auto sear that's made out of

4    steel and if it broke, somebody would be able to weld it or

5    something similar to whatever welding they do.  But yes,

6    it's -- I've heard of those being restored that way.

7    Q.    So if you had a metal machine gun conversion device that

8    broke, you could weld it to restore it?

9    A.    Correct, because it's a bonafied conversion device,

10   machine gun.

11   Q.    And you know that machine gun conversion devices can be

12   made out of plastic, right?

13   A.    Yes.

14   Q.    And they can be 3D printed?

15   A.    Yes.

16   Q.    And that there is a large amount of illegally produced

17   illegal machine gun conversion devices, right?

18   A.    Yes.

19   Q.    And so when you say a "bonafied machine gun conversion

20   device," that could include a plastic or 3D-printed one,

21   correct?

22   A.    Yes.  If it's in the correct specifications, yes, I'd

23   agree with that.

24   Q.    And you can tell from a report that a firearm has been

25   shot automatically that it's a machine gun; is that correct?

1    A.    I don't understand the question.

2    Q.    Can you tell from a report, and if you read in that report

3    that a machine gun has fired automatically, can you make a

4    determination of whether that is a machine gun?

5    A.    Yes.  If it fired more than one shot by a single function

6    of the trigger, it's a machine gun.

7    Q.    You're familiar that ATF technical reports are reviewed

8    and approved by other experts, correct?

9    A.    I believe there's one other person that proofreads it,

10   sends back corrections, yes.

11   Q.    And that other person, is that another FEO?

12   A.    Yes.

13   Q.    And did anybody review your report?

14   A.    No.

15   Q.    You would agree that these types of Glock switches are

16   everywhere, right?

17   A.    Well, they're common.  I don't know what you mean by

18   "everywhere."  I don't want to assume I know what you mean by

19   "everywhere."

20   Q.    Well, you said that in an interview with Channel 8 news in

21   Grand Rapids, right?

22   A.    Everywhere, a lot of common places, yes.

23   Q.    And they're being imported from China?

24   A.    Yes.

25   Q.    Plastic?

1    A.    More then likely, yes.

2    Q.    3D printed?

3    A.    Yes.

4    Q.    And you would agree that law-abiding citizens are not

5    buying Glock switches, right?

6    A.    Yes, because they're regulated and they would have to have

7    a special license and be a dealer and an SOT to have one, yes.

8    Q.    Sir, are you being paid for your testimony today?

9    A.    I am.  Well, I am not being paid for my testimony.  I'm

10   being paid for my time here today.

11   Q.    Thank you, sir?

12   A.    Yes.

13   Q.    And what's your hourly rate for your time?

14   A.    $300 an hour.

15   Q.    How much have you been paid so far in this case, or what's

16   the bill, if you haven't been paid yet?

17   A.    So far, since I was first consulted, $9,000.

18              MR. KIBBE:  No further questions, Your Honor.

19              THE COURT:  Thank you.  Any redirect?

20              MS. JACKSON-GARRETT:  Yes, Your Honor.  Very briefly.

21                        REDIRECT EXAMINATION

22   BY MS. JACKSON-GARRETT:

23   Q.    Mr. Luettke, is a machine gun conversion device a firearm?

24   A.    It's a firearm under the National Firearms Act because

25   it's contained within the definition of a machine gun.  So,

Redirect Examination - Luettke

1    yes, under the National Firearms Act it's a firearm.

2    Q.    And can you tell us the definition of a firearm?

3    A.    The GCA definition?

4    Q.    Yes.

5    A.    The Gun Control, the regular?

6    Q.    Yes.

7    A.    Any weapon, including a starter gun, which is designed to

8    or may be readily converted to expel a projectile by the action

9    of an explosive.  This definition includes the frame or

10   receiver.  It also includes silencers and it also includes

11   destructive devices.

12   Q.    And does that definition apply to machine gun conversion

13   devices?

14   A.    No, it does not.

15   Q.    And you were asked some questions about welding.  How is

16   welding different than gluing?

17   A.    Well, the example of the welding was that it was a

18   bonafied machine gun conversion device to begin with.  The

19   supergluing was a broken device out of spec that I don't know

20   if it was ever in spec.

21          MS. JACKSON-GARRETT:  Can I have the Court's brief

22   indulgence?  One second.

23          (Pause in Proceedings.)

24          MS. JACKSON-GARRETT:  No further questions.

25          (End of testimony of Brian Luettke 4:26 p.m.)

1       CERTIFICATE OF OFFICIAL REPORTER

2    I, Amanda L. Longmore, Registered Professional Reporter
and Federal Certified Realtime Reporter, in and for the United
3 States District Court for the District of Maryland, do hereby
certify, pursuant to 28 U.S.C. § 753, that the foregoing is a
4 true and correct transcript of the stenographically-reported
proceedings held in the above-entitled matter and that the
5 transcript page format is in conformance with the regulations
of the Judicial Conference of the United States.

6

          Dated this 13th day of June 2025
7          -S-

8          ————————————————————————
          AMANDA L. LONGMORE, RPR, CRR, FCRR
          FEDERAL OFFICIAL COURT REPORTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$300** [1] - 68:14
**$500** [2] - 52:25;
53:2
**$9,000** [1] - 68:17
**'86** [1] - 11:12
**'87** [1] - 8:19
**'94** [1] - 8:10
**'98** [3] - 8:10; 9:8
**1** [1] - 13:16
**1.20** [2] - 47:1;
50:17
**1.34** [2] - 46:25;
50:11
**10,000** [2] - 6:5;
12:15
**11** [1] - 37:5
**13** [1] - 37:9
**15** [1] - 37:18
**16** [2] - 5:11;
13:20
**17** [3] - 8:13;
37:15; 50:20
**18** [2] - 22:13, 20
**1898** [1] - 6:19
**19** [3] - 7:23;
37:21; 51:9
**1934** [1] - 7:1
**1968** [1] - 6:15
**1984** [1] - 8:14
**1985** [1] - 11:12
**1991** [1] - 8:6
**1994** [1] - 8:7
**1998** [3] - 5:8;
13:20; 46:20
**20** [1] - 24:2
**2002** [1] - 14:5
**2014** [2] - 5:13;
13:20
**2018** [1] - 5:16
**2024** [2] - 32:8
**21** [1] - 38:1
**22** [2] - 4:24; 17:4
**22-year** [1] - 27:2
**23** [13] - 32:12;
33:23; 35:23;
46:25; 47:13,
19; 48:20;
50:11, 23;
52:21, 23; 64:23
**23s** [1] - 52:24
**26** [7] - 32:13;
36:20; 47:1;
50:14, 21; 51:5;
52:8
**26th** [1] - 32:9
**29** [1] - 24:2
**2:28** [1] - 3:1
**30** [2] - 24:2
**35** [4] - 4:20;

23:22; 33:5
**36** [1] - 33:12
**37** [3] - 33:18;
48:23; 49:8
**38** [1] - 34:1
**39** [1] - 34:10
**3:46** [2] - 53:8, 10
**3:47** [1] - 53:12
**3D** [4] - 37:12;
66:14, 20; 68:2
**3D-printed** [2] -
37:12; 66:20
**4** [2] - 53:9, 11
**4.65** [4] - 46:24;
47:2; 50:10, 18
**40** [3] - 10:25;
11:10; 41:5
**43** [1] - 35:8
**47** [1] - 35:15
**4:03** [1] - 53:12
**4:04** [1] - 53:15
**4:26** [1] - 69:25
**5** [1] - 53:1
**51** [2] - 34:13;
49:11
**550** [1] - 53:1
**60** [1] - 35:18
**64** [1] - 35:25
**66** [1] - 36:6
**68** [1] - 36:3
**69** [1] - 36:15
**6th** [2] - 32:8
**7** [1] - 36:21
**702** [1] - 27:18
**77** [1] - 35:1
**78** [1] - 34:17
**8** [7] - 50:15;
61:22; 63:4-6;
67:20
**82nd** [2] - 8:17;
11:14
**9** [5] - 37:2; 50:16;
61:22; 63:5
**963** [1] - 55:16
**A1** [1] - 23:8
**abiding** [1] - 68:4
**ability** [1] - 46:15
**able** [9] - 14:19;
35:6; 40:6; 44:7;
47:12; 51:4, 8;
57:6; 66:4
**abroad** [2] -
13:24; 20:11
**absolutely** [1] -
17:3
**academies** [1] -
10:2
**academy** [7] -
7:25; 9:8, 10,

17; 11:25;
13:25; 57:8
**Academy** [2] -
9:22; 10:1
**acceptable** [1] -
59:19
**according** [2] -
48:4; 52:11
**acquired** [1] -
45:21
**Act** [5] - 6:15, 25;
14:8; 68:24;
69:1
**action** [3] - 31:9;
58:5; 69:8
**added** [1] - 41:5
**addition** [1] - 44:1
**additional** [2] -
49:13; 51:10
**address** [1] -
43:14
**admitted** [4] -
17:8; 27:7;
55:11, 15
**admitting** [1] -
27:8
**advanced** [5] -
5:20; 7:5, 13;
21:10; 56:14
**affect** [3] - 14:16;
63:24; 64:8
**affects** [2] - 64:1
**Africa** [4] - 10:2,
5; 11:5
**afternoon** [7] -
3:12; 13:8; 53:8,
20
**afterwards** [1] -
8:18
**age** [1] - 8:13
**agent** [4] - 5:14;
20:1, 19; 55:8
**Agent** [15] - 4:23;
5:8, 11, 13, 17;
13:19; 14:13;
15:13; 18:3, 12,
25; 20:22;
54:19; 55:5;
56:9
**agents** [5] -
20:15; 45:17;
56:19, 23
**Agents** [14] - 5:5,
21; 6:24; 7:3,
10, 15; 9:11, 18;
12:1, 13; 20:4;
21:1; 29:13;
57:9
**ago** [1] - 11:10
**agree** [5] - 55:22;

61:19; 66:23;
67:15; 68:4
**ahead** [3] - 23:9;
26:11
**airborne** [1] - 8:16
**Airborne** [2] -
8:17; 11:14
**airplanes** [2] -
8:16; 51:22
**Alcohol** [2] - 4:4,
23
**alcohol** [1] - 5:2
**alleged** [1] - 24:13
**allow** [4] - 15:2;
17:12; 48:13;
64:7
**allowed** [2] -
48:13; 52:15
**allows** [1] - 39:11
**almost** [2] -
47:10; 49:22
**Ammunition** [1] -
12:11
**ammunition** [13] -
3:19; 7:13, 18;
17:22; 18:18;
31:9; 47:8;
55:17, 20; 56:2
**amount** [1] -
66:16
**amounts** [1] -
63:13
**angle** [5] - 34:11;
36:16; 37:4;
45:25; 51:12
**angles** [1] - 31:2
**answer** [1] - 56:21
**answered** [4] -
60:21, 24-25;
61:2
**answering** [1] -
60:23
**answers** [1] -
60:24
**antique** [3] - 6:19,
21; 9:11
**appear** [1] - 29:25
**appearance** [7] -
30:24; 31:20,
23; 32:14; 40:2;
45:1; 52:5
**applied** [5] -
45:16; 51:3;
62:23; 63:13;
64:23
**applies** [1] - 45:12
**apply** [4] - 42:8;
44:23; 65:6;
69:12
**approach** [6] -

16:15; 24:20;
29:19; 43:2;
60:16
**appropriately** [1]
- 35:24
**appropriateness**
[1] - 25:5
**approved** [1] -
67:8
**AR-15** [2] - 19:4;
59:2
**AR-15s** [2] -
19:10; 39:5
**area** [7] - 49:17,
21; 50:24; 51:2;
54:25
**areas** [2] - 48:25;
49:24
**armorer** [2] -
11:14; 22:3
**armorers** [5] -
6:1; 7:7; 11:13,
20; 46:6
**arson** [1] - 5:5
**arts** [1] - 4:15
**aspect** [2] - 3:24;
4:3
**aspects** [2] - 3:18;
57:6
**assessment** [1] -
25:25
**assigned** [3] -
5:9; 8:17; 23:11
**assistance** [1] -
46:6
**assisting** [1] -
18:14
**associated** [4] -
11:16; 33:22;
46:20; 47:20
**assume** [1] -
67:18
**ATF** [34] - 4:24;
5:1, 3, 5, 7, 16,
23; 6:3, 14; 7:6,
12, 21, 23; 8:2,
4, 11; 9:8, 18;
11:25; 13:19;
14:10, 13, 16;
15:1; 19:7;
21:18; 24:11;
30:4; 45:17, 22;
62:18, 21; 67:7
**ATF's** [3] - 6:4;
7:25; 12:14
**attached** [4] -
48:1; 59:4, 6;
64:14
**attempt** [1] -
48:14

**attempted** [1] -
48:9
**attempting** [1] -
50:25
**attended** [3] -
7:24; 10:17, 19
**Attorney's** [1] -
18:10
**attorneys** [2] -
3:22, 25
**AUSA** [1] - 18:10
**AUSA's** [1] -
15:17
**Austria** [1] - 11:5
**auto** [7] - 19:10,
15, 21; 39:5, 9;
59:8; 66:3
**automatic** [2] -
34:22; 39:8
**automatically** [5]
- 15:22; 58:6;
64:24; 66:25;
67:3
**automobiles** [1] -
51:21
**aware** [4] - 17:25;
22:17; 25:14, 17
**awful** [1] - 40:18
**bachelor** [1] -
4:15
**background** [1] -
4:14
**bag** [1] - 35:22
**ballpark** [1] - 24:3
**band** [1] - 46:5
**bar** [1] - 64:8
**barrel** [2] - 31:13;
36:12
**barrelled** [3] - 7:1
**base** [2] - 34:16;
53:2
**basic** [2] - 7:9;
8:14
**basis** [1] - 9:17
**battery** [1] - 36:9
**Battle** [1] - 15:16
**became** [3] - 20:1,
21; 21:10
**becoming** [1] -
4:22
**begin** [2] - 65:12;
69:18
**Beginning** [1] -
3:1
**belongs** [1] -
14:11
**below** [1] - 36:13
**belt** [1] - 23:16
**belt-fed** [1] -
23:16

bench [1] - 24:13
Benning [1] - 8:15
between [8] -
38:5; 43:8;
44:19; 47:5;
51:18; 59:25;
61:11; 63:5
big [3] - 7:19;
11:2; 19:16
bill - 68:16
bipod [1] - 23:16
bit [16] - 4:9; 6:11;
7:8, 21; 8:21;
16:20; 17:19;
39:13; 46:11;
47:17; 48:15;
50:6; 51:25;
61:21
black [1] - 37:12
block [1] - 9:24
blow [1] - 45:24
body [5] - 33:25;
46:3; 49:5, 19;
63:25
bolt [3] - 37:1;
51:12
bonafied [4] -
65:12; 66:9, 19;
69:18
Botswana [2] -
10:1, 5
bottom [4] -
30:25; 31:14;
34:16; 51:2
box [2] - 32:13;
35:21
branch [11] - 5:24;
6:1; 7:6; 12:11;
16:8; 17:20, 24;
21:11; 56:15, 18
brand [2] - 52:22,
24
break [2] - 51:7;
53:8
Brian [3] - 3:3, 5;
69:25
brief [4] - 30:18;
43:15; 52:17;
69:21
briefly [1] - 68:20
bring [25] - 25:11;
33:5; 34:1, 10,
13, 17; 35:1, 8,
15, 18, 25; 36:3,
6, 15, 21; 37:2,
5, 9, 15, 18, 21;
48:23; 49:11;
50:20; 51:9
bringing [3] -
26:6, 8; 28:13

broke [3] - 65:13;
66:4, 8
broken [1] - 69:19
brought [7] -
22:12; 25:7, 19;
26:14; 28:15;
32:20; 45:21
buckets [1] - 42:1
Budapest [1] -
9:22
built [1] - 61:20
bullet [3] - 23:15;
47:9, 11
bullets [2] - 7:19;
38:8
bunch [1] - 39:7
Bureau [2] - 4:4,
23
business [1] -
3:17
buying [1] - 68:5
BY [15] - 3:11;
13:7, 17; 17:15;
29:5; 30:20;
44:13; 49:12;
52:20; 53:19;
54:5; 55:14;
61:9; 65:24;
68:22
caliber [2] - 15:4;
23:15
calipers [3] -
32:20; 35:10;
46:22
Canada [1] - 11:7
capacity [1] -
12:19
career [2] - 24:5;
27:2
case [34] - 15:25;
17:10; 19:3, 12,
21; 20:7; 24:16;
25:13, 20-21;
26:1, 5, 7, 9, 13,
21; 27:20; 32:1,
21; 33:4; 39:6,
17; 43:17;
44:24; 46:17;
55:15; 58:23;
60:5; 62:23;
64:7; 68:15
cases [4] - 18:3,
11, 25; 20:16
catalogs [1] -
52:25
category [1] -
14:11
causes [1] - 39:8
causing [1] - 42:5
center [1] - 10:14

Center [2] - 7:24;
57:1
certain [2] - 6:25;
23:3
cetera [2] - 10:5;
31:12
challenges [1] -
26:22
chamber [1] -
31:9
change [2] - 39:2,
7
changed [1] -
19:7
changes [1] -
39:11
changing [1] -
39:9
Channel [1] -
67:20
characteristics
[1] - 39:22
charge [6] - 5:4;
6:4; 12:14; 20:1,
19; 55:8
checking [1] -
41:9
checks [1] - 41:16
chief [6] - 5:24;
17:20, 24;
21:10; 56:14, 18
Chief [1] - 7:5
chiefs [1] - 12:11
China [1] - 67:23
Chinese [1] - 9:1
Chinese-made [1]
- 9:1
circle [1] - 48:24;
49:15; 50:22
circled [1] - 49:8
circling [1] -
49:18
Circuit [1] - 43:18
circumstances
[1] - 27:8
cite [1] - 43:17
citizens [1] - 68:4
city [1] - 15:4
Civil [1] - 6:22
clamp [1] - 48:5
clarify [1] - 63:15
class [5] - 3:25;
7:10; 12:23;
22:3; 39:20
classes [5] - 7:9;
10:9; 11:20
classification [12]
- 6:9; 14:10;
15:7, 10; 16:2;
22:5, 10; 24:7;

28:1, 3; 44:8;
55:3
classifications
[21] - 6:8, 17, 24;
17:6, 18; 18:1,
5; 19:22; 20:18;
21:7, 15; 26:18;
27:1, 21; 29:10;
54:14, 20; 55:6,
9; 56:24; 57:2
classified [2] -
6:13; 64:11
classify [3] - 12:8;
22:23; 31:21
classifying [1] -
29:17
cleaning [1] -
45:19
clear [5] - 31:8;
36:2; 49:10, 17,
25
clerk [2] - 49:9, 25
CLERK [2] - 3:4, 6
client [3] - 3:23;
26:8
clients [1] - 48:18
close [1] - 59:15
closer [2] - 13:14;
63:6
clue [2] - 40:2, 13
CNC [1] - 41:12
collateral [1] -
11:17
collection [4] -
6:4; 7:8; 12:15
college [2] - 8:6,
20
Colt [2] - 11:2, 7
combination [1] -
58:2
commerce [2] -
14:17; 55:23
common [4] -
6:15; 62:23;
67:17, 22
companies [3] -
41:8, 20; 42:6
company [9] -
3:23; 4:3; 7:17;
11:13; 15:2;
32:23; 34:19;
35:13
compare [4] -
50:3; 59:3, 13;
62:19
compared [7] -
50:17; 58:15,
18; 60:7, 12;
61:12; 62:25
comparing [1] -

60:12
comparison [1] -
47:10
complete [1] -
21:17
completed [3] -
24:4, 8, 11
components [1] -
46:4
conceived [2] -
42:25; 44:21
condition [9] -
33:11; 34:8;
38:2; 45:4, 6, 8;
48:16; 52:5
conduct [1] - 21:3
conducted [2] -
13:21; 35:12
conducting [1] -
57:9
conference [1] -
28:5
configuration [1]
- 65:14
conjunctive [1] -
43:21
Connecticut [1] -
11:3
connection [1] -
27:10
consecutively [1]
- 38:12
considerably [2] -
50:12, 18
considered [1] -
6:20
consistent [1] -
35:12
consistently [1] -
39:10
constantly [1] -
41:9
consult [1] - 3:23
consultant [6] -
3:15, 19; 4:12,
22; 24:9
consulted [1] -
68:17
Consulting [1] -
4:4
consulting [4] -
3:15, 17; 32:23;
48:18
contain [2] - 58:7
contained [3] -
32:19; 62:9;
68:25
contains [2] - 6:5;
40:1
context [1] - 47:7

continent [1] -
10:4
continue [2] -
17:16; 44:14
Control [2] - 6:15;
14:8
control [1] - 69:5
converse [1] -
12:13
conversely [1] -
38:19
conversion [55] -
9:14; 11:24;
12:2, 5, 16-17,
21; 18:15; 19:1,
3, 9, 13, 18;
20:16; 22:15,
18, 21; 23:19;
31:18; 38:25;
39:2, 11, 14, 16,
21; 40:1, 6, 17;
42:8; 46:12, 21;
47:4; 48:17;
49:6; 57:12, 24;
58:15, 17,
19-20; 59:1;
64:11, 20; 65:9,
18; 66:2, 7, 9,
11, 17, 19;
68:23; 69:12, 18
convert [1] -
64:17
converted [3] -
46:19; 62:17;
69:8
converting [1] -
58:1
copious [1] -
63:13
copy [1] - 13:12
corporation [3] -
3:18; 4:7; 35:4
correct [69] -
13:10; 14:4;
16:6; 17:21;
18:5, 12, 20;
19:14, 19-20;
20:2, 5, 13,
22-23; 21:5,
11-12, 21; 22:2;
23:3, 20-21, 23;
29:8, 14-15;
36:18; 48:5;
52:1; 54:1, 7,
10, 15, 20, 23;
55:3, 10, 24;
56:1, 4, 8-9, 13;
57:17; 58:25;
59:24; 60:14;
62:14; 63:22;

64:12, 15, 17-18, 21, 24; 65:2, 18; 66:2, 9, 21-22, 25; 67:8
**corrected** [1] - 25:9
**corrections** [1] - 67:10
**correctly** [1] - 11:18
**counsel** [3] - 13:19; 29:12, 19
**countries** [2] - 9:24; 10:4
**couple** [4] - 10:17; 18:21; 32:11; 61:2
**course** [6] - 7:10; 10:14, 17; 11:15; 14:13; 22:1
**courses** [4] - 10:11, 18, 20; 22:4
**COURT** [46] - 3:7; 13:2, 5, 13; 16:16, 24; 17:12, 14; 24:21; 25:14, 16, 23; 26:4, 10, 12; 27:3, 9, 14, 28:10; 29:1, 3, 19, 22; 30:13, 15; 42:20; 43:3, 12, 16; 44:1, 10, 12; 49:7; 53:6, 11, 13, 16; 54:3; 60:17, 20; 61:3, 6, 8; 65:22; 68:19
**court** [3] - 25:1; 28:16, 18
**Court** [1] - 28:9
**court's** [1] - 30:18
**Court's** [5] - 13:15; 25:2; 52:17; 55:12; 69:21
**Courtroom** [2] - 53:10, 15
**covered** [1] - 21:19
**crack** [5] - 33:23; 34:16; 36:2, 5; 49:18
**Craig** [1] - 3:5
**create** [1] - 5:23
**created** [1] - 5:16
**Creek** [1] - 15:16

**criminal** [2] - 4:16; 12:4
**crooked** [1] - 49:20
**cross** [6] - 16:20, 24; 27:15; 28:13, 20; 53:16
**CROSS** [2] - 13:6; 53:18
**cross-examination** [3] - 28:13, 20; 53:16
**crudeness** [1] - 52:6
**current** [2] - 12:10, 14
**Customs** [2] - 8:6; 9:3
**cut** [4] - 45:22, 24; 46:4, 9
**CV** [1] - 13:12
**CZ** [1] - 11:5
**Czech** [1] - 11:6
**dates** [1] - 11:10
**Daubert** [1] - 26:22
**deal** [1] - 4:7
**dealer** [1] - 68:7
**dealer/ manufacturer** [1] - 4:6
**dealing** [1] - 51:6
**deals** [1] - 6:14
**deceased** [1] - 45:19
**December** [3] - 32:8
**decided** [1] - 5:23
**decision** [1] - 25:8
**defendant** [2] - 26:6, 9
**Defendant's** [1] - 13:16
**Defense** [26] - 33:12, 17; 34:1, 10, 13, 17; 35:1, 8, 15, 18, 25; 36:3, 6, 15, 21; 37:2, 5, 9, 15, 18, 21; 38:1; 48:23; 49:11; 50:20; 51:9
**defense** [7] - 3:22, 24; 13:23; 24:10; 29:23; 33:5; 43:13
**definitely** [2] - 18:6; 42:7

**definition** [15] - 6:18; 23:13; 42:13; 43:9; 44:3; 45:9; 57:19; 58:3; 59:22; 64:10; 68:25; 69:2, 9, 12
**definitions** [1] - 43:6
**degree** [2] - 4:15
**demonstrating** [1] - 64:5
**demonstration** [1] - 36:2
**Department** [2] - 10:3; 15:16
**department** [3] - 8:9; 10:16; 15:20
**depth** [1] - 9:7
**describe** [3] - 38:8, 10; 48:16
**described** [3] - 34:23; 48:25; 57:24
**describing** [1] - 37:17
**descriptions** [1] - 56:1
**design** [6] - 44:22; 45:5; 61:24; 62:6, 13
**designated** [1] - 15:5
**designed** [21] - 23:14, 17; 39:2; 40:22; 41:13; 42:13, 16, 25; 43:19; 44:20; 57:20, 25; 58:2, 5-6, 21; 59:21; 64:16; 69:7
**designs** [1] - 41:8
**destroyed** [1] - 46:7
**destroying** [2] - 45:23; 46:2
**destructive** [2] - 9:13; 69:11
**detail** [2] - 42:25; 44:21
**details** [1] - 44:21
**determination** [7] - 15:6; 27:19; 54:17; 57:5, 17; 64:19; 67:4
**determinations** [8] - 14:1, 4, 6; 15:9, 12; 20:13;

21:13; 29:8
**determine** [2] - 58:18; 63:14
**determined** [2] - 6:13; 41:13
**Detroit** [3] - 5:10; 8:6, 9
**develop** [1] - 40:13
**device** [73] - 12:6; 19:18; 22:20; 23:19; 31:18, 23-24; 33:13, 22, 25; 34:2, 11, 23; 35:14, 17, 21; 36:5, 8, 16, 25; 37:4, 20; 38:3, 25; 39:11, 14, 16; 40:1; 46:13, 25; 47:6, 20; 48:1, 3-4, 12, 15-16, 24; 49:2, 6, 19, 24; 50:2, 21-22; 51:5; 52:2, 15; 57:12, 24; 58:15, 18-19; 59:17, 25; 60:7; 63:11, 18, 20; 64:11, 20; 65:10, 18; 66:2, 7, 9, 20; 68:23; 69:18
**devices** [44] - 9:13; 11:24; 12:2, 10, 16-17, 21; 18:15; 19:1, 4, 9, 13; 20:16; 22:15, 19; 24:14; 32:16, 20; 33:3; 39:2, 22-23; 40:6; 42:9; 43:24; 45:1; 46:12, 17; 47:9; 48:17; 51:16, 23; 52:4; 58:20; 59:1; 60:5, 13; 66:11, 17; 69:11, 13
**devoted** [1] - 9:10
**diagnose** [2] - 11:15; 42:3
**diameter** [2] - 47:9
**difference** [11] - 38:5; 43:8; 44:19; 45:3; 51:18; 59:25; 61:11, 21; 62:25; 63:23;

65:11
**different** [37] - 3:21; 4:1; 6:5; 7:9; 19:18; 21:20; 26:9; 27:25; 31:20; 34:11, 20; 36:16; 37:4; 38:23; 39:22; 42:11, 14; 43:19, 22; 46:18; 47:2; 50:12; 51:3, 12; 52:7, 25; 58:25; 60:4; 62:12; 63:2; 69:16
**difficult** [1] - 45:7
**difficulties** [1] - 55:13
**digital** [2] - 32:20; 35:10
**dimensions** [12] - 33:1; 40:25; 41:2, 4; 48:6, 12; 50:14; 51:16, 21-22; 52:15; 64:18
**dire** [8] - 13:4; 16:19; 24:25; 26:19, 24; 28:11, 17, 23
**DIRECT** [2] - 3:10; 30:19
**direct** [2] - 64:22; 65:4
**direction** [2] - 15:18; 18:10
**discharge** [1] - 8:19
**disclosure** [1] - 26:20
**disclosures** [1] - 26:14
**discovered** [1] - 19:5
**discussed** [1] - 13:19
**discussion** [10] - 16:17; 17:13; 24:22; 29:4, 21; 30:14; 43:4; 44:11; 60:19; 61:7
**dishes** [1] - 42:23
**displacing** [1] - 45:25
**distracts** [1] - 26:7
**division** [1] - 5:11
**Division** [2] -

8:18; 12:12
**done** [1] - 29:2
**down** [8] - 5:18; 7:25; 9:17; 13:24; 15:19; 42:2; 50:1; 51:15
**dried** [2] - 33:25; 34:15
**drop** [5] - 19:10; 39:5, 9; 59:8; 66:3
**drop-in** [5] - 19:10; 39:5, 9; 59:8; 66:3
**drove** [1] - 18:17
**dry** [1] - 48:7
**due** [3] - 18:9; 19:8; 26:22
**duly** [1] - 3:3
**during** [6] - 14:13; 27:2; 35:5; 37:14; 41:6, 13
**duties** [1] - 6:8
**e-mails** [1] - 12:13
**eastern** [1] - 9:23
**easy** [1] - 38:8
**educational** [1] - 4:14
**eight** [3] - 4:1; 47:5; 50:7
**Eisenbise** [8] - 27:6; 32:5; 44:2, 5; 48:3; 52:11; 59:6; 65:16
**Eisenbise's** [2] - 32:18; 64:22
**either** [3] - 11:12; 55:1; 61:1
**elicited** [2] - 29:25; 44:6
**emphasis** [1] - 40:19
**employees** [2] - 5:25; 41:11
**encounter** [1] - 39:24
**encountered** [1] - 35:21
**end** [11] - 7:17; 63:9, 14-15, 17-18, 20-21, 23; 69:25
**End** [5] - 17:13; 29:4; 30:14; 44:11; 61:7
**enforcement** [11] - 3:24; 5:3, 21; 8:5; 10:13; 12:22; 14:9;

32:25; 39:21;
51:24
**Enforcement** [9] -
7:11, 15, 24;
9:22; 10:1; 12:7;
16:10; 46:5;
57:1
**Entered** [1] -
53:15
**entered** [1] - 8:13
**et** [2] - 10:5; 31:12
**everyday** [1] -
6:16
**everywhere** [4] -
67:16, 18-19, 22
**evidence** [14] -
32:1, 7, 10, 13;
35:6; 44:25;
51:6; 57:10;
60:10; 62:15,
24; 63:12; 64:7
**exact** [3] - 18:2;
24:3; 47:3
**exactly** [4] -
58:23; 59:18;
61:19; 63:14
**examination** [5] -
28:13, 20;
32:19; 35:20;
53:16
**EXAMINATION**
[5] - 3:10; 13:6;
30:19; 53:18;
68:21
**examine** [5] -
12:5, 7; 18:18;
21:2; 22:14
**examined** [13] -
18:19, 22-23;
32:17; 36:9;
40:3; 44:24;
48:17, 19; 51:5;
52:4; 60:13;
62:14
**examiner** [2] -
16:22; 17:3
**examining** [1] -
30:25
**example** [8] -
14:15; 31:5;
41:3; 42:22;
45:17; 58:14,
17; 69:17
**except** [2] - 27:1;
59:5
**exception** [2] -
27:1; 51:23
**exceptions** [2] -
17:5; 39:4
**Excerpt** [1] - 3:1

**exclusively** [1] -
58:1
**excuse** [1] - 61:24
**exhibit** [1] - 49:8
**Exhibit** [17] -
13:16; 33:5, 12,
18; 34:1; 35:8,
25; 36:3, 6, 21;
37:2, 5; 48:23;
49:8, 11; 50:20;
55:16
**exist** [1] - 43:7
**Exited** [1] - 53:10
**expel** [2] - 58:5;
69:8
**expelled** [2] -
22:25; 38:20
**expelling** [2] -
40:17, 22
**experience** [12] -
7:21; 14:3;
21:18; 23:2;
28:2; 30:1, 3, 5;
41:22; 44:5;
53:24; 62:18
**expert** [23] - 4:20;
7:12; 12:25;
16:22; 17:9;
18:5; 23:22;
24:1; 25:3; 26:3,
14, 17; 27:4, 7,
13, 19; 28:12;
29:17, 24; 30:7,
16; 43:9
**expertise** [1] -
54:24
**experts** [1] - 67:8
**explain** [7] - 14:6;
16:11; 20:6;
29:23; 38:25;
59:16; 60:17
**explained** [2] -
4:25; 44:18
**explaining** [3] -
29:7; 31:21;
41:7
**explosive** [1] -
69:9
**explosives** [1] -
5:4
**extension** [1] -
26:23
**extensive** [2] -
30:3; 39:19
**extent** [1] - 28:21
**facilities** [1] - 22:8
**fact** [2] - 4:21;
24:17
**factories** [3] -
21:3; 41:15;

51:21
**factory** [5] - 7:18;
11:5; 22:20;
41:7, 14
**fair** [1] - 43:21
**familiar** [7] -
15:23; 16:14;
17:17; 40:5;
45:2; 52:22;
67:7
**family** [1] - 45:18
**far** [4] - 28:19;
42:10; 68:15, 17
**faster** [1] - 38:23
**FAT** [1] - 17:21
**fault** [1] - 51:7
**FBI** [4] - 16:1;
18:14, 17
**fed** [1] - 23:16
**Federal** [2] - 7:24;
56:25
**federal** [6] - 6:12,
18, 20, 23;
10:13; 52:24
**Feg** [1] - 11:6
**FEO** [17] - 16:1, 6,
9, 12; 18:7, 12,
19, 22; 19:23;
32:5, 18; 48:3;
52:11; 57:16;
59:6; 65:16;
67:11
**FEOs** [7] - 7:11;
16:14; 17:17,
25; 19:24; 21:2;
54:22
**few** [2] - 29:6;
41:16
**FFL** [1] - 4:5
**field** [7] - 5:9, 14;
8:1; 12:4; 57:9,
13
**figure** [3] - 14:11;
41:25; 62:24
**file** [1] - 26:23
**filed** [1] - 26:18
**final** [1] - 28:9
**finally** [1] - 38:1
**findings** [1] - 25:1
**finger** [1] - 19:16
**fire** [10] - 34:22,
25; 38:23; 39:8;
40:17; 48:3, 9;
64:19
**firearm** [60] -
5:21; 6:13, 18;
9:12; 10:11;
11:18; 12:5;
14:8, 11, 14-15,
20, 24-25; 15:3,

7; 17:11; 22:8,
21, 24; 23:14;
27:3, 22; 30:17,
22-23, 25; 31:1,
3, 7, 11; 39:1, 8,
16, 25; 40:4, 20;
45:20; 46:3;
48:22; 49:2;
54:6, 9-12;
57:23; 58:1;
64:14, 17; 65:5;
66:24; 68:23;
69:1
**Firearms** [13] -
4:3, 5, 24; 6:25;
7:11, 15; 11:2;
12:6, 11; 16:10;
46:5; 68:24;
69:1
**firearms** [93] -
3:15, 19-21, 25;
4:2, 6, 8; 5:4,
20; 6:4, 9, 16,
19-20, 22,
24-25; 7:6, 13,
16, 22-23; 8:2,
22, 24-25;
9:1-4, 6-7,
10-11, 15, 20,
23, 25; 10:6, 8,
15; 11:1, 7;
12:25; 13:10,
21; 14:11;
15:10; 16:7, 22;
17:9, 22; 18:7,
18-19; 21:2, 10;
23:11; 27:7;
29:24; 38:24;
39:7, 19-20, 23;
40:4, 24; 41:1,
5; 44:8; 46:6;
48:2; 51:22;
52:24; 55:17,
19, 23; 56:1, 7,
14; 61:20; 62:24
**fired** [13] - 16:1;
23:14; 45:7;
47:24; 48:7-9;
50:25; 51:24;
64:23; 67:3, 5
**fires** [2] - 40:15;
64:21
**firing** [2] - 6:21;
32:4
**first** [18] - 3:18;
5:2; 8:5; 9:9;
11:11; 15:8, 15;
18:9; 24:12;
30:23; 31:6, 21;
41:25; 47:24;

48:4; 51:23;
68:17
**fit** [5] - 35:23;
48:20
**fits** [1] - 49:3
**fix** [1] - 6:2
**flip** [1] - 31:13
**flush** [2] - 36:13;
49:4
**fodder** [1] - 28:13
**following** [5] -
16:17; 24:22;
29:21; 43:4;
60:19
**force** [1] - 51:6
**foreign** [1] - 55:23
**forgive** [1] - 56:11
**form** [1] - 57:5
**formal** [1] - 11:11
**former** [1] - 9:23
**Fort** [1] - 8:15
**forward** [4] - 7:12;
36:10, 12; 38:21
**four** [3] - 4:13;
8:10; 9:25
**frame** [3] - 36:13;
57:23; 69:9
**front** [1] - 30:24
**full** [5] - 3:4; 8:5;
34:22; 42:2;
49:17
**full-time** [1] - 8:5
**function** [14] -
24:13; 38:14-16;
39:12; 40:21,
23; 46:15, 17;
57:22; 59:21;
64:9; 65:1; 67:5
**functioned** [1] -
65:15
**functioning** [5] -
40:22; 62:24;
64:1, 3
**functions** [3] -
3:20; 59:20;
60:8
**Gaborone** [1] -
10:1
**game** [1] - 43:21
**Garrett** [1] - 3:8
**GARRETT** [29] -
3:9, 11; 12:24;
16:15, 18; 17:8;
24:20, 23;
25:15, 24; 26:5;
27:6; 28:4;
30:18, 20;
43:23; 44:13;
49:9, 12; 52:17,
20; 53:4; 60:16,

22; 65:21;
68:20, 22;
69:21, 24
**GCA** [1] - 69:3
**general** [4] -
30:24; 31:20;
39:17
**generally** [6] -
6:15; 9:5; 38:23;
39:4, 10; 46:17
**generations** [1] -
52:25
**gentlemen** [1] -
53:7
**George** [1] - 4:17
**Georgia** [2] -
7:25; 8:15
**Germany** [1] -
11:7
**Glock** [55] -
10:19; 11:5, 21;
19:19; 22:5,
12-13, 15, 20,
22; 27:23;
32:12, 14, 24;
33:9, 23; 35:3,
23; 36:8, 11, 20;
45:2; 46:25;
47:13, 19;
48:17, 20; 49:4;
50:11, 14, 21,
23; 51:5; 52:8,
21, 23-24; 53:1;
59:2, 5, 9, 11,
13, 19; 61:12,
15; 63:20; 64:8,
23; 67:15; 68:5
**gluing** [1] - 69:16
**goal** [1] - 14:12
**Government** [5] -
16:19; 24:24;
25:4; 29:16;
60:25
**Government's** [3]
- 28:7; 30:7, 15
**Grand** [2] - 5:9;
67:21
**grandfather's** [1]
- 45:20
**greater** [3] - 47:5;
50:8, 15
**grenade** [1] - 9:13
**grip** [1] - 31:15
**grips** [1] - 31:1
**group** [1] - 7:14
**guess** [5] - 10:21;
44:5, 23; 60:22
**guilty** [3] - 24:14,
16; 25:9
**Gun** [2] - 6:14;

14:8
**gun** [163] - 4:8;
9:14; 10:18, 22;
11:16, 24; 12:2,
5, 17; 15:7,
11-12, 15, 20,
22-23; 17:5, 9,
11, 18; 18:1, 5,
15; 19:1, 3, 9,
13, 18, 22;
20:16, 18; 21:3,
7, 15; 22:1, 4,
10, 13, 15, 18,
22; 23:1, 10,
15-16, 19; 24:7,
13, 17-18;
25:10, 13, 20,
22; 26:17, 25;
27:21, 25;
29:10; 31:5, 14,
16, 18; 34:22;
38:6; 9-10;
39:2, 8, 12, 15;
40:8, 10, 13,
16-17, 21; 41:3,
20, 23-24; 42:6,
8, 13; 43:9;
44:3, 23; 45:10,
13-15, 23; 46:2,
10; 47:18, 22;
48:9, 14; 51:20;
52:10, 16;
54:14; 55:3;
56:24; 57:2, 5,
7, 11-12, 16,
19-20; 58:1, 4,
14, 17, 19-20;
59:1; 63:21;
64:4, 9-11, 17,
20; 65:1, 9, 12,
14-15, 17; 66:1,
7, 10-11, 17,
19, 25; 67:3, 6;
68:23, 25; 69:5,
7, 12, 18
**guns** [31] - 6:2;
7:4; 9:13; 11:9,
12, 21; 12:2, 20,
22; 13:23; 16:3;
18:8, 13-14;
21:25; 23:3, 5,
11; 29:13, 18;
30:2; 36:11;
38:23; 40:12;
42:11; 44:23;
45:13; 54:17;
65:7
**half** [1] - 45:22
**Hampshire** [1] -
11:4

**hand** [2] - 3:2;
37:23
**handgun** [1] -
47:7
**handling** [2] -
20:7
**hands** [1] - 14:9
**head** [2] - 60:2;
61:14
**hear** [2] - 18:21;
43:12
**heard** [2] - 27:4;
66:6
**hearing** [1] -
30:10
**heavily** [1] - 57:8
**heavy** [2] - 23:17;
37:24
**heckler** [1] - 11:6
**held** [3] - 5:6, 14;
30:3
**helpful** [2] - 27:19
**helps** [1] - 21:4
**high** [4] - 8:14;
30:3; 41:10
**high-level** [2] -
30:3; 41:10
**high-skilled** [1] -
41:10
**hired** [4] - 5:8;
8:6, 8, 10
**history** [1] - 13:10
**hold** [4] - 3:25;
51:2; 58:14
**holding** [2] -
23:14; 38:13
**holds** [1] - 46:4
**Honor** [21] - 3:9;
12:24; 13:4;
17:2; 25:6, 15;
26:11; 27:12;
28:4, 7; 29:16;
30:12; 42:19;
43:2, 5, 14;
44:9; 53:17;
68:18, 20
**honorable** [1] -
8:19
**hour** [1] - 68:14
**hourly** [1] - 68:13
**hours** [1] - 4:1
**huge** [1] - 19:5
**hundreds** [2] -
24:6; 29:9
**Hungry** [3] - 9:22,
24; 11:6
**idea** [1] - 60:9
**identification** [26]
- 3:22, 25; 5:20;
8:22, 24; 9:2, 8,

15, 20, 23, 25;
12:25; 13:16;
17:9; 27:4, 7,
22; 29:24;
30:17; 39:19;
44:8; 54:6, 9;
56:25; 57:3
**identify** [9] - 4:2;
11:12, 18; 12:2;
14:19, 22-23;
39:15; 40:8
**identifying** [8] -
30:1, 21, 23;
31:4, 11, 16;
39:13; 54:9
**identity** [1] - 56:7
**II** [1] - 45:21
**illegal** [1] - 66:17
**illegally** [1] -
66:16
**important** [4] -
12:1; 40:15, 18;
57:13
**imported** [3] - 9:4,
6; 67:23
**impossible** [1] -
63:12
**improper** [1] -
18:9
**improvements** [1]
- 53:1
**in-depth** [1] - 9:7
**inch** [2] - 35:11;
45:25
**inches** [2] - 46:22;
62:15
**inclination** [1] -
28:11
**include** [6] -
23:19; 29:10;
58:3, 17; 59:21;
66:20
**included** [1] -
26:13
**includes** [11] -
27:22; 54:6;
57:23; 58:2;
61:17, 23, 25;
69:9
**including** [4] -
6:9; 11:21; 63:8;
69:7
**incorporated** [1] -
3:16
**incorrectly** [1] -
25:8
**indicated** [2] -
19:16; 48:21
**indicates** [1] -
48:10

**individual** [1] -
19:5
**individuals** [1] -
3:19
**indulgence** [4] -
30:18; 52:18;
55:12; 69:22
**industry** [1] - 5:5
**infallible** [1] -
55:1
**infantry** [1] - 8:14
**inside** [1] - 32:13
**inspect** [1] - 31:7
**instances** [1] -
16:4
**instructions** [1] -
43:7
**instructor** [17] -
7:22; 8:1; 10:8,
11, 15, 17-20;
12:9; 13:22, 24;
18:8
**instructor-type**
[1] - 10:9
**intend** [1] - 26:16
**intended** [14] -
42:14, 16-18,
24; 43:19;
44:19; 45:4;
57:25; 58:2, 21;
59:21; 64:16
**intending** [2] -
42:22
**International** [2] -
9:21; 10:1
**international** [1] -
10:3
**interstate** [26] -
5:19; 6:7; 7:6, 9;
14:1, 3, 6, 12;
15:9; 17:3;
20:21; 21:4, 11,
13; 23:25; 24:4;
27:24; 29:7;
53:22, 24;
54:16; 55:23;
56:5, 14, 18
**interview** [1] -
67:20
**investigate** [2] -
5:5; 31:24
**investigated** [1] -
58:23
**investigation** [4] -
19:5, 8; 39:6;
40:14
**investigations** [4]
- 5:12; 12:4;
13:21; 57:9
**involved** [9] -

15:15, 25; 19:1,
11-12; 20:16;
21:25; 24:12;
57:8
**involves** [1] - 57:6
**issue** [6] - 26:2, 6;
28:8, 15; 54:18;
61:4
**issued** [1] - 13:23
**issues** [1] - 15:1
**item** [2] - 6:12;
31:19
**items** [2] - 5:3;
32:14
**itself** [2] - 34:9;
61:17
**Jackson** [1] - 3:8
**JACKSON** [29] -
3:9, 11; 12:24;
16:15, 18; 17:8;
24:20, 23;
25:15, 24; 26:5;
27:6; 28:4;
30:18, 20;
43:23; 44:13;
49:9, 12; 52:17,
20; 53:4; 60:16,
22; 65:21;
68:20, 22;
69:21, 24
**Jackson-Garrett**
[1] - 3:8
**JACKSON-
GARRETT** [29] -
3:9, 11; 12:24;
16:15, 18; 17:8;
24:20, 23;
25:15, 24; 26:5;
27:6; 28:4;
30:18, 20;
43:23; 44:13;
49:9, 12; 52:17,
20; 53:4; 60:16,
22; 65:21;
68:20, 22;
69:21, 24
**job** [9] - 5:17; 8:5;
11:14, 18; 12:6;
14:10; 17:4;
44:4; 45:6
**joins** [1] - 33:24
**judge** [8] - 24:14,
16-17; 25:10,
12, 21, 25; 26:7
**judge's** [2] - 26:1
**judicial** [1] - 27:10
**jump** [1] - 8:16
**jury** [9] - 26:8;
27:19; 43:7, 11;
48:25; 49:14;

51:11; 53:13
**Jury** [2] - 53:10,
15
**jury's** [1] - 30:9
**justice** [1] - 4:16
**Kazakhstan** [1] -
9:24
**Kenya** [1] - 10:5
**KIBBE** [32] - 13:4,
7, 15, 17; 17:2,
10, 15; 25:6, 19;
26:11, 13;
27:12, 15, 17;
28:24; 29:2, 5,
16; 30:12;
42:19; 43:1, 5;
44:9; 53:17, 19;
54:5; 55:12, 14;
61:5, 9; 65:24;
68:18
**Kibbe** [3] - 13:14;
53:16; 54:3
**kind** [6] - 9:5;
14:20; 48:24;
52:1; 58:6
**kinds** [1] - 10:11
**knowledge** [1] -
9:7
**known** [2] - 60:8;
62:25
**Koch** [1] - 11:6
**L-u-e-t-t-k-e** [1] -
3:5
**ladies** [1] - 53:7
**laid** [2] - 47:2;
63:1
**language** [1] -
43:10
**large** [2] - 47:10;
66:16
**larger** [1] - 23:15
**last** [2] - 18:21;
37:1
**launcher** [1] -
9:14
**law** [16] - 3:24;
6:12, 20, 23;
8:5; 10:13;
12:21, 23; 14:9;
32:25; 39:21;
40:16; 43:6;
51:24; 68:4
**Law** [4] - 7:24;
9:21; 10:1;
56:25
**law-abiding** [1] -
68:4
**laws** [1] - 6:14
**lays** [1] - 30:24
**lead** [1] - 7:19

**leadership** [1] - 4:18
**learn** [4] - 7:17; 8:25; 12:1; 62:22
**learned** [3] - 8:16; 9:4; 11:15
**learning** [2] - 9:2; 11:11
**least** [2] - 14:24; 63:15
**led** [1] - 19:5
**left** [6] - 24:10, 12; 31:10; 33:10; 35:3; 36:11
**leg** [15] - 33:2, 24; 35:17; 46:23, 25; 50:17; 63:9, 11-12, 14, 17, 24; 64:1, 3, 5
**legally** [1] - 32:24
**legs** [2] - 50:8, 10
**length** [16] - 4:1; 18:2; 33:2; 35:14; 37:20; 47:3, 6, 9; 50:7, 14; 63:5, 10, 23, 25; 64:3
**lengths** [1] - 32:18
**lengthy** [1] - 62:9
**less** [1] - 50:16
**letters** [1] - 5:2
**level** [3] - 30:3; 41:10; 59:19
**license** [2] - 4:7; 68:7
**licensed** [1] - 4:4
**licensee** [2] - 12:20; 52:24
**life** [2] - 14:13; 37:14
**likely** [2] - 40:13; 68:1
**limine** [1] - 26:21
**limitations** [1] - 30:1
**line** [6] - 14:14; 24:24; 27:9; 28:25; 29:1; 46:5
**lines** [1] - 10:21
**listed** [4] - 14:24; 16:13; 46:21
**litigated** [1] - 28:4
**litigating** [1] - 26:5
**located** [3] - 10:2; 11:1
**look** [20] - 9:6;

12:7; 30:25; 31:2, 12-14, 19, 23; 32:10, 25; 36:20; 39:14, 24; 40:3-5, 12; 49:21
**looked** [4] - 32:11; 44:25; 47:4
**looking** [2] - 36:17; 57:11
**looks** [4] - 45:2; 49:22; 50:24; 51:1
**loophole** [1] - 19:7
**Luettke** [25] - 3:3, 5, 14-15; 4:3, 9; 12:25; 13:18; 17:2, 16; 28:1; 29:6, 17, 24; 30:16, 21; 33:6; 34:14, 18; 36:22; 44:14; 52:21; 60:22; 68:23; 69:25
**M16** [3] - 11:16; 22:1; 23:6
**M16-style** [1] - 10:18
**M249** [2] - 11:16; 23:10
**M60** [4] - 11:17; 23:10, 13, 15
**machine** [177] - 4:8; 7:4; 9:13; 10:18; 11:9, 12, 16-17, 21, 24; 12:2, 5, 17, 20, 22; 13:23; 15:7, 11-12, 20, 22; 16:2; 17:5, 9, 11, 17; 18:1, 5, 8, 13-15; 19:1, 3, 9, 12, 18, 22; 20:16, 18; 21:7, 15, 25; 22:1, 4, 10, 13, 15, 18, 22; 23:1, 3, 5, 10-11, 15-16, 19; 24:7, 13, 17; 25:10, 13, 20, 22; 26:17, 25; 27:21, 25; 29:10, 13, 18; 30:2; 31:16, 18; 34:22; 38:5, 7, 9-10, 23, 25; 39:2, 8, 12, 14-15; 40:8, 10,

12-13, 15-17, 21; 41:16; 42:4, 8, 12-13; 43:9; 44:3; 45:9, 13-15, 23; 46:2, 10, 12; 47:22; 48:9, 13; 52:9, 16; 54:14, 17; 55:3; 56:24; 57:2, 5, 7, 11, 16, 19-20; 58:1, 4, 14, 17, 19-20; 59:1; 64:4, 9-11, 17, 20; 65:1, 7, 9, 12, 14-15, 17; 66:1, 7, 10-11, 17, 19, 25; 67:3, 6; 68:23, 25; 69:12, 18
**machines** [3] - 41:11
**magazine** [2] - 31:8; 48:8
**mails** [1] - 12:13
**main** [2] - 46:3; 63:25
**maintaining** [1] - 7:7
**major** [1] - 4:16
**malfunction** [1] - 42:5
**malfunctioned** [2] - 18:7
**managed** [1] - 5:19
**management** [1] - 12:12
**manager** [2] - 5:17, 19
**manual** [1] - 57:22
**manufacture** [1] - 56:3
**manufactured** [2] - 45:5; 47:19
**manufacturer** [5] - 14:22; 15:1, 4; 31:12; 54:10
**manufacturers** [5] - 7:16; 10:22; 11:1; 41:6, 24
**manufacturing** [2] - 22:8; 41:8
**marking** [2] - 14:23; 15:2
**markings** [5] - 9:5; 31:2, 11
**Maryland** [3] - 14:15; 32:4;

47:24
**Massachusetts** [1] - 11:3
**master's** [1] - 4:16
**matchlock** [1] - 6:21
**material** [10] - 34:20; 37:12; 42:1; 51:13, 25; 52:2, 4; 58:11; 65:8
**materials** [1] - 7:17
**matter** [5] - 28:14; 41:19; 43:15; 51:16, 22
**matters** [1] - 51:19
**mean** [11] - 24:2; 25:16; 27:9; 43:11, 20; 44:3, 7; 46:14; 67:17
**meaning** [1] - 42:21
**meanings** [1] - 44:2
**means** [6] - 36:10; 42:18, 25; 45:11; 47:8; 54:9
**meant** [2] - 42:18, 23
**measure** [4] - 32:20; 41:17; 46:22; 63:12
**measured** [5] - 35:11; 51:17; 60:5; 63:10, 17
**measurement** [2] - 35:13; 63:8
**measurements** [24] - 32:22; 35:6, 22; 46:19; 50:3; 58:7, 22; 59:3, 13-14, 17, 25; 60:7, 12-13; 61:11, 13, 18; 62:11, 14, 19
**measuring** [2] - 35:11; 63:10
**mechanism** [1] - 6:21
**meetings** [1] - 12:12
**meets** [2] - 6:18; 43:8
**melt** [1] - 42:2
**member** [2] - 13:22; 45:18

**memorize** [1] - 62:1
**mentioned** [9] - 9:11, 21; 10:7, 14; 16:5; 23:2; 46:14; 51:25; 64:22
**mentioning** [2] - 35:10; 39:6
**metal** [6] - 45:25; 65:7, 9, 17; 66:1, 7
**mic** [1] - 4:10
**Michigan** [5] - 4:16; 5:9; 15:16; 39:21
**microphone** [2] - 13:13; 54:4
**middle** [2] - 33:23; 49:8
**might** [4] - 8:21; 39:15; 43:22; 44:23
**Mike** [1] - 19:23
**military** [6] - 8:12, 24; 11:10; 22:3; 23:3
**militia** [3] - 15:25; 19:3
**millimeter** [3] - 47:8, 11
**millimeters** [22] - 46:21, 23-24; 47:1, 6; 50:8, 11-13, 15-18; 51:17; 61:22; 62:16; 63:4
**mine** [1] - 60:8
**miss** [1] - 21:18
**missed** [1] - 45:5
**mission** [1] - 5:4
**misspoke** [1] - 62:3
**model** [2] - 15:4; 53:2
**Model** [3] - 32:12; 47:1
**modified** [5] - 61:24; 62:6, 13; 65:3
**modifies** [1] - 39:11
**modify** [1] - 39:3
**most** [7] - 6:15; 11:1; 38:7; 40:7; 47:7; 56:10; 61:20
**motion** [1] - 26:18
**motions** [1] - 26:21

**move** [3] - 5:18; 12:24; 26:16
**moved** [1] - 14:14
**movie** [1] - 6:22
**moving** [1] - 9:12
**MP5** [4] - 10:18; 15:15, 23; 22:1
**MR** [34] - 13:4, 7, 15, 17; 17:2, 10, 15; 25:6, 19; 26:11, 13; 27:12, 15, 17; 28:24; 29:2, 5, 16; 30:12; 42:19; 43:1, 5, 14, 17; 44:9; 53:17, 19; 54:5; 55:12, 14; 61:5, 9; 65:24; 68:18
**MS** [29] - 3:9, 11; 12:24; 16:15, 18; 17:8; 24:20, 23; 25:15, 24; 26:5; 27:6; 28:4; 30:18, 20; 43:23; 44:13; 49:9, 12; 52:17, 20; 53:4; 60:16, 22; 65:21; 68:20, 22; 69:21, 24
**much..** [1] - 7:20
**multiple** [6] - 9:10; 19:6; 38:8; 40:22; 58:20
**must** [3] - 7:11; 58:11, 18
**name** [3] - 3:4; 14:24; 15:3; 26:9
**names** [1] - 11:2
**Namibia** [1] - 10:5
**National** [3] - 6:25; 68:24; 69:1
**nationwide** [1] - 19:8
**near** [1] - 34:16
**necessary** [1] - 11:20
**need** [4] - 14:19; 26:23; 60:17; 61:18
**needs** [3] - 6:12; 14:13; 64:8
**never** [1] - 17:6
**New** [1] - 11:4
**new** [3] - 11:19; 43:10; 52:24
**news** [1] - 67:20

**nexus** [29] - 5:19;
6:7; 7:6, 9; 14:1,
3, 6, 12; 15:9;
17:3; 20:8, 13,
21; 21:4, 11, 13;
23:25; 24:4;
27:24; 29:8;
53:22, 25;
54:16; 56:5,
13-14, 18
**NFA** [1] - 6:25
**nine** [4] - 11:20;
47:8, 11
**Ninth** [1] - 43:18
**Nobi** [2] - 8:9;
10:16
**NOBI** [1] - 8:9
**noise** [1] - 4:10
**normal** [4] - 6:16;
31:1; 49:5
**noted** [3] - 30:8;
61:3
**noticeable** [1] -
45:3
**noticed** [1] - 36:9
**Number** [1] -
13:16
**number** [7] - 15:5,
21; 19:2; 24:3;
26:9; 29:7;
31:12
**numbers** [6] -
46:20; 47:3, 5;
59:18; 60:4
**numerous** [2] -
12:9; 22:8
**nut** [1] - 37:1
**objecting** [2] -
26:17, 19
**objection** [17] -
13:2; 16:15;
26:23; 28:21,
24; 29:22; 30:6,
8, 10, 15; 42:19;
43:1, 5; 60:16,
21; 65:21
**objection's** [4] -
17:14; 44:10,
12; 61:8
**objects** [1] -
29:16
**observations** [1] -
47:18
**obvious** [1] -
15:19
**occurred** [5] -
16:17; 24:22;
29:21; 43:4;
60:19
**offering** [3] - 27:3;

29:23; 43:10
**Office** [1] - 18:10
**office** [2] - 5:9, 14
**officer** [2] - 8:8,
10
**Officer** [2] - 12:7;
16:10
**officers** [3] - 5:21;
9:23; 10:4
**Officers** [3] -
7:11, 15; 46:6
**officially** [1] -
52:3
**once** [2] - 31:10;
45:17
**one** [51] - 3:18;
6:3, 6, 14, 17;
9:19; 10:13;
11:13; 12:10;
15:15; 18:6;
19:24; 22:25;
25:6; 26:7, 22;
28:15; 32:12;
34:19, 21;
35:13; 36:25;
37:1; 38:12, 15,
20, 22; 39:24;
40:20; 42:13,
15; 43:15; 45:9;
46:9, 24; 48:10;
51:8; 57:5, 21;
58:14, 17; 59:2,
4; 63:15; 65:7;
66:20; 67:5, 9;
68:7; 69:22
**one-week** [1] -
26:22
**ones** [7] - 11:21;
12:4; 42:6;
48:18; 52:4;
59:5; 60:9
**operability** [1] -
16:2
**opinion** [3] - 43:9,
24
**opportunity** [9] -
13:4; 26:24;
28:10; 32:1, 6,
15; 36:19; 50:3;
52:8
**opposed** [1] -
38:9
**optics** [1] - 53:2
**order** [8] - 7:11;
10:14; 11:19;
14:16; 16:13;
25:2; 45:13;
64:8
**original** [1] -
65:13

**originally** [3] -
33:1; 35:11;
47:19
**otherwise** [1] -
54:22
**outside** [4] - 8:9;
26:6; 30:9
**overall** [12] -
31:23; 33:2;
35:14; 37:20;
45:1; 47:3, 9;
50:7, 14; 63:5,
10; 64:3
**overrule** [3] -
29:22; 30:6, 10
**overruled** [9] -
17:14; 30:15;
42:20; 44:10,
12; 60:17; 61:4,
8; 65:22
**own** [9] - 12:17,
19-20; 15:23;
25:7, 19; 26:14;
64:11
**p.m** [8] - 3:1;
53:9-12, 15;
69:25
**paid** [5] - 68:8-10,
15
**paratrooper** [1] -
8:17
**part** [25] - 5:10;
6:8; 14:19; 15:6;
22:11; 41:14;
42:4, 13; 44:4;
45:9; 48:22;
49:3, 6; 51:13;
54:2, 6, 16;
56:10, 23;
57:25; 64:10, 16
**particular** [6] -
19:12; 21:25;
28:16; 32:21;
50:2; 58:11
**particularly** [1] -
26:20
**parties** [1] - 55:22
**parts** [10] - 11:19;
31:3; 39:7, 9;
41:25; 42:2;
46:2; 51:3; 58:2
**pass** [1] - 7:11
**patent** [33] -
34:23; 46:20,
24; 47:2, 6;
50:4, 10, 18;
51:18; 58:9, 24;
59:3, 7-9, 14;
60:1, 12-13;
61:12, 15, 17,

25; 62:4, 6, 8,
10, 12-13, 20;
63:1
**patent's** [1] -
62:16
**Pause** [2] - 52:19;
69:23
**people** [5] - 6:2;
7:1; 38:7; 45:22;
46:1
**per** [1] - 40:20
**perhaps** [1] -
28:13
**period** [1] - 9:1
**permitted** [1] -
9:19
**Perrin** [28] - 33:5,
12, 17; 34:1, 10,
13, 17; 35:1, 8,
15, 18, 25; 36:3,
6, 15, 21; 37:2,
5, 9, 15, 18;
38:4; 48:23;
49:11; 50:1, 20;
51:9, 15
**person** [7] -
38:11, 19, 21;
39:7; 67:9, 11
**personally** [1] -
12:20
**phone** [1] - 45:18
**photo** [15] - 35:9,
19; 36:4, 7;
37:3, 6, 10-11,
16, 19, 22; 38:1;
49:14; 51:11, 15
**photographs** [4] -
33:2; 34:24;
60:6
**photos** [3] -
32:10, 15; 36:21
**physical** [1] - 32:6
**physically** [1] -
32:10
**picked** [2] - 18:13,
16
**picking** [1] - 4:10
**picture** [15] - 33:6,
10, 15, 19; 34:4,
7, 9, 14; 35:16;
36:1, 5, 22;
48:21; 49:3
**pictures** [2] -
32:19; 45:6
**piece** [4] - 33:24;
41:14; 46:24
**pieces** [1] - 41:16
**pistol** [15] - 6:16;
10:16, 19; 14:9;
22:14, 22;

31:22; 33:23;
35:23; 36:8, 11;
39:3; 47:20, 25;
49:4
**pistols** [6] - 8:1;
9:12; 11:17, 21;
32:11
**place** [3] - 39:23;
48:12; 56:3
**placed** [3] - 38:3;
40:19; 49:2
**places** [1] - 67:22
**plastic** [12] - 33:9;
36:25; 37:12;
48:19; 49:21;
50:24; 52:7;
65:8; 66:12, 20;
67:25
**plate** [3] - 49:5;
63:9, 25
**point** [7] - 17:2;
25:12; 39:22;
49:13; 51:10;
53:7; 65:1
**pointed** [1] -
51:17
**police** [6] - 8:8,
10; 9:23; 10:4,
16; 15:20
**Police** [3] - 15:16;
32:4; 47:25
**Polymer** [1] -
36:13
**popular** [1] - 47:7
**portion** [3] -
24:25; 49:8, 19
**position** [10] -
5:15, 23; 6:3, 6;
8:7; 23:17; 28:1,
7; 38:22
**positions** [3] -
5:6; 30:4; 51:4
**possibly** [1] -
62:2
**Powell** [1] - 19:23
**prejudicing** [1] -
26:8
**prepares** [1] -
5:21
**present** [1] - 4:1
**pretrial** [1] - 28:5
**pretty** [5] - 7:20;
15:19; 23:16;
33:11
**previous** [3] -
26:18; 34:24;
62:18
**previously** [7] -
17:20; 21:20;
22:7; 23:22;

29:7; 32:23;
33:1
**primary** [3] - 5:4;
6:6; 48:24
**principles** [1] -
42:8
**printed** [4] -
37:12; 66:14,
20; 68:2
**problem** [2] -
11:19; 42:3
**problems** [1] -
11:15
**Proceedings** [2] -
52:19; 69:23
**process** [11] -
7:19; 30:23;
31:16, 21;
39:15; 41:6, 13,
23; 42:24;
54:22; 57:15
**produced** [1] -
66:16
**product** [1] - 7:17
**products** [1] -
41:20
**program** [8] -
5:17-19; 6:7;
20:21; 21:1, 4;
56:13
**projectile** [2] -
58:5; 69:8
**promoted** [2] -
5:13; 8:18
**prone** [1] - 23:17
**proofreads** [1] -
67:9
**proper** [9] - 15:19;
16:5, 11; 18:4,
6; 28:6; 41:17;
42:10; 46:16
**properly** [5] -
12:7; 45:23;
46:7; 48:20
**pull** [7] - 13:13;
33:17; 38:10,
22; 41:16;
43:18; 54:3
**pulled** [1] - 22:25
**pulling** [2] -
13:12; 38:15
**pulls** [2] - 38:11,
20
**purported** [1] -
33:9
**purposes** [2] -
28:17; 44:7
**put** [5] - 7:12;
30:9; 47:6; 51:4,
7

putting [1] - 28:20
qualification [3] -
26:17; 29:17;
30:6
Qualifications [2]
- 3:10; 13:6
qualifications [9]
- 13:3; 16:20,
25; 25:17, 21,
25; 26:16, 24;
28:6
qualified [8] -
16:22; 17:3;
25:3; 26:3; 28:1,
11; 30:7, 16
qualify [2] -
27:13; 30:10
qualities [1] -
52:7
Quantico [1] -
18:16
quarter [1] - 45:25
questionable [1] -
16:25
questioning [4] -
24:24; 27:10;
28:25; 29:1
questions [7] -
3:20; 25:5; 29:6;
53:5; 68:18;
69:15, 24
quite [1] - 7:8
raise [1] - 3:2
random [1] -
41:15
range [2] - 52:25;
53:3
rank [1] - 8:18
Rapids [2] - 5:9;
67:21
rate [1] - 68:13
raw [1] - 7:16
read [7] - 32:17;
52:11; 55:16,
18; 62:1, 8; 67:2
readily [10] -
45:10, 13; 46:8;
57:21; 65:6, 9,
18; 66:2; 69:8
reading [1] -
62:13
ready [1] - 53:13
really [5] - 9:7;
11:11; 12:3;
15:1; 40:2
rear [4] - 38:11,
13, 15, 20
reasons [3] -
30:4; 44:1
rebuttal [1] -

28:14
receive [4] -
16:14; 17:17;
22:10, 23
received [12] -
8:19, 22; 10:6,
21, 25; 11:4, 8,
23; 17:25; 22:7,
12; 45:8
receiver [5] -
45:24; 46:3;
57:23; 69:10
recent [1] - 29:25
recess [1] - 53:12
recite [1] - 60:2
recognize [15] -
33:6, 19, 21;
34:14, 18;
35:16, 19; 36:1,
4, 22; 37:16;
38:7; 40:6; 57:6,
13
recognized [1] -
57:16
record [2] - 30:9;
49:7
recovered [1] -
15:17
recycle [1] - 42:3
redirect [1] -
68:19
REDIRECT [1] -
68:21
reference [6] -
6:4; 7:8; 12:15;
13:15; 58:9;
65:19
referred [1] - 4:5
referring [3] -
62:3; 65:11
registered [6] -
15:20; 32:24;
34:19; 35:4, 12;
59:18
regular [2] - 9:17;
69:5
regulated [1] -
68:6
regulating [1] -
5:4
releases [1] -
38:21
relevance [1] -
16:25
relevant [1] -
28:17
reliably [1] -
41:21
relied [2] - 55:5, 8
relitigating [1] -

28:8
reloading [1] -
57:22
remember [1] -
62:9
remind [3] -
20:24; 44:16;
56:12
Remington [1] -
11:22
remove [1] - 31:8
rendered [1] -
31:10
renew [1] - 43:1
repeat [1] - 65:23
rephrase [1] -
61:1
replace [1] -
11:19
report [19] - 17:5;
26:19, 23;
27:24; 32:4, 18;
48:4; 52:11;
59:5; 60:6;
61:23; 62:1, 3;
66:24; 67:2, 13
reports [8] - 22:5;
24:4, 7; 53:22,
25; 55:3; 65:15;
67:7
Republic [1] -
11:6
Requested [1] -
3:1
require [1] - 54:17
required [5] - 9:5;
10:14; 15:3;
54:16; 64:19, 21
requirements [3]
- 14:23; 40:24;
41:1
research [2] -
5:20; 21:3
resemble [1] -
45:2
reserved [2] -
26:19; 28:10
resets [1] - 38:21
resident [4] -
5:14; 20:1, 19;
55:8
respect [1] - 30:1
response [1] -
13:22
responsibilities
[1] - 6:3
responsible [2] -
13:20; 14:16
resting [1] - 23:18
restore [5] - 65:9,

13, 18; 66:2, 8
restored [10] -
45:10, 12, 14;
46:8; 57:21;
65:5; 66:6
restoring [1] -
45:15
retails [1] - 52:23
return [2] - 53:9,
11
review [9] - 32:1,
3, 6; 35:5;
47:12, 14; 52:9;
64:22; 67:13
reviewed [4] -
32:4; 61:15;
62:4; 67:7
revolver [1] -
31:22
revolvers [3] -
6:16; 8:1; 9:12
rifle [4] - 11:22;
14:9; 23:13;
31:22
rifles [6] - 6:16;
7:1; 9:12; 19:4;
23:12
right-hand [1] -
37:23
risks [1] - 26:8
role [6] - 14:1;
17:5; 20:6, 24;
21:8, 13
roles [1] - 13:18
Romania [1] -
9:24
room [1] - 63:7
rough [5] - 33:11;
34:8; 48:19
roughly [1] - 3:25;
9:9
roughness [1] -
52:6
round [2] - 47:7;
48:10
rounds [8] -
15:21; 38:16;
40:18, 22; 48:8,
14
Ruger [1] - 11:4
rule [2] - 19:7;
43:13
ruled [3] - 24:14,
16; 28:6
rules [1] - 45:23
ruling [4] - 27:10;
28:9, 17
run [1] - 10:3
Russia [1] - 9:24
Russian [1] - 9:1

Russian-made [1]
- 9:1
safe [1] - 31:10
safely [1] - 41:21
safety [2] - 4:2, 17
sample [1] - 60:8
samples [1] -
12:23
Saur [1] - 11:3
save [1] - 27:15
saw [2] - 27:23;
46:5
sawed [1] - 7:2
sawed-off [1] -
7:2
school [2] - 8:14,
16
scrap [1] - 42:1
screw [3] - 33:10;
34:24; 37:1
sear [4] - 19:15;
39:9; 59:8; 66:3
sears [3] - 19:10,
21; 39:5
seated [1] - 53:14
second [6] - 3:24;
15:25; 18:6;
38:10; 48:14;
69:22
security [1] - 4:17
see [20] - 28:17,
19; 31:1, 11;
33:25; 34:15,
20; 35:23; 37:7,
24; 39:21, 23,
25; 40:3; 49:19;
51:12; 55:19;
62:17
seeing [1] - 41:22
seeking [1] - 27:5
seizures [1] - 19:8
select [2] - 7:14;
34:25
selected [4] -
5:17, 24; 9:19;
11:13
selection [1] -
34:21
self [1] - 13:23
self-defense [1] -
13:23
selling [1] - 19:6
semiautomatic
[19] - 31:4, 6;
32:11; 34:22;
38:6, 9, 17, 19,
24; 39:3, 11;
47:20, 23, 25;
48:10; 52:12, 14
semiautomatical

ly [1] - 52:9
send [7] - 12:6,
13; 15:19; 16:6,
11; 54:22
sends [1] - 67:10
sense [1] - 62:23
sent [3] - 18:12;
48:2; 57:16
separate [1] -
28:15
Sergeant [1] -
8:18
serial [3] - 15:5,
21; 31:12
serious [1] - 42:7
seriously [1] -
41:9
served [1] - 8:12
service [1] - 8:13
sets [1] - 6:14
seven [1] - 9:21
shape [2] - 45:3;
48:19
shapes [1] - 6:5
shaved [2] -
37:13; 50:25
shaving [1] -
37:11; 51:13
shavings [1] -
51:1
shoot [3] - 11:12;
22:14; 23:17;
39:10; 47:22;
48:11, 13; 52:9,
15; 57:21; 58:6
shooting [2] -
7:22; 10:9
shoots [4] -
23:15; 38:8;
40:20; 57:20
short [3] - 7:1
short-barrelled
[3] - 7:1
shortly [2] -
26:16; 29:2
shot [13] - 15:21;
22:25; 38:12,
16, 20, 22;
40:20; 52:12,
14; 57:21;
66:25; 67:5
shotgun [5] -
10:16; 11:17,
22; 14:9; 31:22
shotguns [4] -
6:16; 7:2; 8:1
shots [1] - 64:23
shoulder [1] -
23:14
show [9] - 9:11;

14:13, 16;
32:25; 36:20;
39:22; 42:7;
60:6, 9
**showing** [3] -
38:2; 55:11, 15
**shows** [4] - 34:24;
35:13, 17; 45:8
**shredding** [1] -
49:23
**side** [8] - 5:10;
31:10, 13;
33:10; 34:24;
35:3; 36:11;
37:23
**sidebar** [10] -
16:17; 17:13;
24:22; 29:4, 21;
30:14; 43:4;
44:11; 60:19;
61:7
**sides** [1] - 30:25
**Sig** [1] - 11:3
**significant** [4] -
14:3; 29:7;
53:24; 55:2
**significantly** [4] -
47:1; 58:25;
63:2
**silencers** [5] -
4:8; 7:4; 9:13;
29:13; 69:10
**similar** [4] -
31:16; 33:3;
66:5
**similarly** [1] -
50:22
**single** [7] - 38:14;
40:21, 23; 46:9;
57:22; 67:5
**sit** [1] - 4:9
**situation** [1] -
65:6
**size** [6] - 33:2;
45:3; 50:15;
61:21; 62:17, 25
**sizes** [1] - 6:6
**skilled** [1] - 41:10
**skinny** [1] - 33:24
**slide** [7] - 22:20;
36:10, 12-13;
48:22; 49:3
**slightly** [1] - 63:5
**smaller** [1] -
19:17
**Smith** [2] - 11:3,
21
**smooth** [1] -
49:24
**so..** [1] - 14:18

**solely** [1] - 57:25
**something's** [2] -
27:22; 57:15
**sometimes** [5] -
14:25; 15:1;
31:1; 39:8;
41:15
**somewhere** [1] -
62:22
**sorry** [8] - 15:8;
23:9; 25:15;
26:11; 32:9;
54:3; 59:7;
60:20
**sort** [3] - 37:13;
56:19; 65:7
**SOT** [1] - 68:7
**South** [2] - 10:5;
11:5
**southern** [2] -
7:25; 10:2
**speaking** [3] -
29:12; 39:10;
44:18
**speaks** [1] - 34:9
**spec** [5] - 42:2, 6;
60:9; 69:19
**special** [4] - 4:6;
13:22; 68:7
**Special** [29] -
4:23; 5:5, 8, 11,
13, 16, 21; 6:24;
7:3, 10, 15;
9:11, 18; 12:1,
13; 13:19;
14:12; 15:12;
18:3, 11, 25;
20:4, 22; 21:1;
29:13; 54:19;
55:5; 56:9; 57:9
**specific** [8] - 19:2;
39:17; 40:24;
41:1; 58:3, 6;
61:18; 64:6
**specifically** [7] -
11:8, 23; 30:2;
42:12; 47:13;
61:23
**specification** [1] -
64:6
**specifications**
[12] - 41:4, 14,
18, 24; 42:10;
43:25; 45:8;
46:13, 16, 18;
58:3; 66:22
**spoken** [1] -
47:17
**spots** [1] - 45:25
**stage** [1] - 25:5

**stance** [1] - 18:9
**stand** [1] - 5:1
**stands** [1] - 60:24
**start** [6] - 31:10,
19; 37:24;
39:18; 42:16
**started** [7] - 6:25;
8:19, 24; 9:2, 8;
13:24; 14:5
**starter** [1] - 69:7
**state** [4] - 3:4;
14:14, 17; 15:4
**State** [3] - 10:3;
32:4; 47:25
**States** [2] - 9:4;
11:2
**statute** [1] - 43:10
**statutory** [1] -
44:3
**stay** [2] - 12:10,
13
**steel** [3] - 34:21;
66:3
**steps** [1] - 41:7
**sticking** [1] -
33:10
**sticks** [1] - 63:21
**still** [6] - 7:9; 20:6,
8, 10-11, 13;
24:24; 42:23
**stipulate** [1] -
55:22
**stipulation** [3] -
55:17; 56:5, 7
**Stipulation** [1] -
55:19
**stolen** [1] - 15:16
**stop** [2] - 41:13,
16
**straight** [1] - 46:5
**strap** [1] - 31:14
**stuff** [1] - 45:20
**style** [4] - 19:4;
22:1; 54:11
**subject** [2] -
25:18; 28:14
**submachine** [3] -
10:19; 15:15, 23
**subsequently** [2]
- 8:15; 48:2
**suburban** [1] - 8:8
**suggested** [1] -
65:5
**superglue** [17] -
32:19; 33:25;
34:15; 37:7,
24-25; 38:3;
48:5, 7; 49:18;
51:2, 14; 63:13;
64:23; 65:16

**supergluing** [1] -
69:19
**supervising** [5] -
7:7; 20:4, 7, 15;
56:13
**supervisor** [1] -
6:1
**Supervisory** [3] -
5:13, 16; 20:22
**support** [2] - 21:4;
25:21
**supposed** [3] -
7:4; 43:25;
45:24
**suspected** [2] -
40:17; 45:23
**sustain** [1] -
28:22
**sustaining** [1] -
28:24
**switch** [15] -
19:19; 32:14,
24; 33:9, 12, 17;
34:21; 35:3;
45:2; 59:2, 5, 9,
19; 61:15; 62:19
**switches** [9] -
22:5; 58:22;
59:11, 13;
61:12; 62:12;
63:20; 67:15;
68:5
**sworn** [1] - 3:3
**SZEKELY** [2] -
43:14, 17
**taught** [11] - 7:8;
9:15, 17, 20-22,
25; 39:20; 62:18
**tax** [1] - 54:18
**teaching** [4] -
12:9; 13:24;
56:25; 57:2
**team** [1] - 13:22
**technical** [4] -
15:6, 10; 55:12;
67:7
**Technology** [1] -
12:11
**technology** [6] -
16:8; 17:22;
18:18; 46:7;
48:2
**term** [2] - 45:16;
63:17
**test** [11] - 16:1;
32:4; 40:15;
45:7; 47:24;
48:3, 7; 51:24;
64:19, 21
**tested** [1] - 18:12

**testified** [24] -
4:19, 21; 16:2;
17:4, 20; 18:3;
21:20; 22:7;
23:22, 25;
24:12; 25:10,
20; 26:25; 30:2;
39:4; 41:5; 44:2;
46:19; 51:20;
54:19; 56:20;
58:22; 65:4
**testify** [9] - 5:22;
15:18; 18:4, 24;
25:3; 27:21;
28:12; 30:16;
44:7
**testifying** [3] -
20:9; 31:25;
43:8
**testimony** [11] -
18:22; 28:14;
29:25; 59:7;
60:11; 62:11;
64:3; 65:25;
68:8; 69:25
**testing** [1] - 18:16
**THE** [52] - 3:2,
4-7; 13:2, 5, 13;
16:16, 24;
17:12, 14;
24:21; 25:14,
16, 23; 26:4, 10,
12; 27:3, 9, 14,
16; 28:10; 29:1,
3, 19, 22; 30:13,
15; 42:20; 43:3,
12, 16; 44:1, 10,
12; 49:7; 53:6,
11, 13, 16; 54:3;
60:17, 20; 61:3,
6, 8; 65:22;
68:19
**theoretically** [1] -
22:21
**therefore** [1] -
43:20
**they've** [2] - 46:9;
53:1
**thickness** [6] -
46:23; 47:2;
50:8, 10-11, 17
**thin** [1] - 46:24
**thinks** [1] - 43:8
**thinner** [1] - 50:19
**thinness** [2] -
35:17; 64:7
**third** [1] - 4:3
**thousand** [1] -
19:21
**thousands** [2] -

19:11
**three** [8] - 3:18;
8:7; 12:10, 21;
45:25; 48:9, 14;
50:12
**threshold** [1] -
27:18
**throughout** [1] -
10:4
**tip** [2] - 63:8, 10
**title** [2] - 5:14;
56:12
**Tobacco** [2] - 4:4,
23
**tobacco** [1] - 5:2
**today** [7] - 4:19;
31:25; 59:24;
60:13; 62:11;
68:8, 10
**together** [2] -
18:23; 46:8
**toggle** [2] - 34:21,
24
**tolerance** [1] -
61:21
**tolerances** [2] -
41:10; 61:20
**took** [8] - 33:3;
46:18; 48:3;
50:3; 59:17;
60:7; 62:14
**top** [9] - 30:25;
34:15; 48:22;
49:17, 20;
55:16, 19; 60:2;
61:14
**topic** [2] - 12:9;
25:18
**torch** [1] - 45:24
**total** [1] - 11:20
**touched** [1] - 8:21
**toward** [1] - 54:4
**train** [1] - 3:24
**trained** [3] - 6:2;
54:24; 57:12
**trainers** [1] - 6:7
**Training** [2] -
7:24; 57:1
**training** [46] -
5:19; 6:1; 7:10,
14; 8:2, 14-15,
22; 9:8, 20;
10:6, 10, 13, 22,
25; 11:4, 8, 11,
23, 25; 12:21,
23; 16:14;
17:17; 18:1;
20:11, 21;
21:1-3; 22:8,
10, 12, 18, 23;

28:2; 30:5;
32:25; 39:19;
55:2, 4; 56:19,
23; 57:6
**trainings** [5] -
21:20, 22;
22:11; 24:11;
56:12
**traveled** [2] - 7:8;
55:23
**trial** [2] - 15:17;
24:14
**trigger** [16] - 3:23;
22:25; 38:11,
13-14, 20-22;
40:21, 23;
57:22; 64:8;
67:6
**true** [1] - 58:14
**try** [2] - 48:5; 51:7
**trying** [3] - 25:4;
62:23; 65:25
**Tuesday** [1] -
39:20
**turned** [1] - 7:19
**twice** [1] - 54:19
**two** [28] - 5:2, 15;
6:6, 14; 7:3;
10:2; 11:13, 15;
15:12, 21; 16:4;
17:5; 18:3;
21:25; 24:9;
25:6; 27:1;
32:12; 33:3;
38:12, 16;
43:19, 22; 48:8;
59:2; 64:23
**two-week** [1] -
11:15
**type** [5] - 10:9;
19:15, 18;
36:25; 52:3
**types** [9] - 3:21;
4:2, 7; 6:22;
9:10; 23:3, 5;
42:11; 67:15
**typically** [1] -
52:23
**U.S** [4] - 8:5; 9:3;
10:3; 18:10
**ultimately** [1] -
40:15
**uncommon** [1] -
45:22
**under** [9] - 6:12,
20, 23; 12:19;
14:12; 27:8, 18;
68:24; 69:1
**undergo** [1] - 55:2
**underneath** [2] -

5:25; 31:14
**understood** [1] -
18:11
**unit** [2] - 11:13;
23:11
**United** [2] - 9:4;
11:1
**University** [2] -
4:15, 17
**unless** [1] - 53:1
**unlike** [1] - 18:7
**unloaded** [1] -
31:7
**unrelated** [1] -
26:1
**up** [45] - 4:10;
9:12; 13:12;
18:14, 16;
23:15; 25:7, 11,
19; 26:6, 8, 14;
28:13, 15; 33:5,
17, 24; 34:1, 10,
13, 17; 35:1, 8,
15, 18, 25; 36:3,
6, 15, 21; 37:2,
5, 9, 15, 18, 21;
43:18; 48:23;
49:11, 20;
50:20; 51:9;
57:8; 58:14;
60:18
**US** [1] - 8:25
**US-made** [1] -
8:25
**variances** [1] -
15:2
**various** [2] - 7:15;
30:4
**versus** [2] - 16:21;
25:25
**veteran** [1] -
45:18
**veteran's** [1] -
45:19
**view** [1] - 65:17
**Virginia** [6] - 5:18;
12:6, 12; 16:7;
18:17
**visited** [3] - 10:25;
11:4; 42:6
**visual** [2] - 40:8;
49:1
**voir** [8] - 13:4;
16:19; 24:25;
26:19, 24;
28:10, 17, 23
**walk** [1] - 5:6
**Walther** [1] - 11:6
**War** [2] - 6:22;
45:21

**Washington** [1] -
4:17
**watch** [2] - 7:16,
19
**watching** [1] -
6:21
**ways** [2] - 40:9;
48:24
**weapon** [2] -
57:20; 69:7
**week** [6] - 7:10;
9:9; 11:15; 21:2;
26:22
**week-long** [1] -
7:10
**weld** [5] - 65:10,
17; 66:1, 4, 8
**welded** [2] - 46:8;
65:5
**welding** [4] -
66:5; 69:15
**Wesson** [2] -
11:3, 21
**west** [1] - 5:10
**West** [5] - 5:18;
12:6, 12; 16:7;
18:17
**whole** [1] - 14:12
**wife** [1] - 42:22
**WITNESS** [4] -
3:2, 5; 42:21;
65:23
**witness** [8] - 3:8;
4:20; 7:12;
26:20; 28:14;
49:7; 53:5
**word** [4] - 15:8;
59:21; 62:1, 9
**words** [5] - 18:21;
43:11, 19; 44:3,
7
**works** [1] - 63:24
**World** [1] - 45:21
**worn** [1] - 42:4
**worry** [1] - 26:7
**worst** [1] - 48:18
**written** [2] - 32:5;
40:16
**XCaliber** [1] -
11:5
**year** [3] - 5:23;
6:19; 17:25
**years** [11] - 4:13,
24; 5:11, 15;
7:23; 8:7, 10;
11:10; 13:20;
17:4; 19:6
**yourself** [1] - 59:1
**Zastava** [1] -
27:23

**Ziploc** [1] - 35:22
**zoom** [3] - 37:17,
23; 38:2