# The Law Office Of Thomas W. Rafter

## ATTORNEYS AT LAW

233 East Redwood St., Suite 1000 C
Baltimore, MD 21202
www.tomrafterlaw.com

Thomas W. Rafter
tom@tomrafterlaw.com

Telephone: (410) 299-8224
Facsimile: (410) 244-0030

September 15, 2025

The Honorable Matthew J. Maddox
United States District Court Judge
101 West Lombard Street
Baltimore, MD 21202

Re:     United States of America v. Osman Sesay
         Criminal No.: MJM-21-298

Dear Judge Maddox:

I write to briefly provide the Court a better understanding of the sentencing factors relevant to Mr. Sesay for his sentencing which is scheduled for October 3, 2025. On February 6, 2025, a third superseding indictment was filed in this matter charging Mr. Sesay as follows: Count 1 charged Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(D); Count 2 charged Maintaining a Drug Involved Premise, in violation of 21 U.S.C. § 856(a)(1), 21 U.S.C. § 856(b); Count 3 charged Possession of Firearms in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i); Count 4 charged Felon in Possession of Firearms, in violation of 18 U.S.C. § 922(g)(1); Count 5 charged Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(D); Count 6 charged Possession of Firearms in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), 18 U.S.C. § 924(c)((1)(B)(ii); Count 7 charged Possession of a Firearm and Ammunition by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a).

Beginning on April 25, 2025, a jury trial commenced in this matter. On May 6, 2025, the jury returned guilty verdicts on all seven counts of the third superseding indictment.

For the numerous reasons outlined below, Mr. Sesay believes that a variant sentence of thirty five years and one day, followed by a lengthy period of supervised release is a sufficient sentence that is not greater than necessary to satisfy the mandates of 18 U.S.C. § 3553.

## I.    Guideline Issues and Analysis/ Objections to the Presentence Report.

There are several minor factual corrections to the Presentence Report (PSR). The PSR states that Mr. Sesay remained a resident of Maryland until a few months prior to his incarceration in 2021 PSR ¶ 76. Mr. Sesay stated that he remained a resident of *Pennsylvania* until a few months prior to his incarceration in *2020.* The PSR also indicates that Mr. Sesay does not maintain frequent contact with his siblings. PSR ¶ 80. Mr. Sesay states that *he does* maintain frequent contact with his siblings.

The guideline calculation in the PSR accurately reflects a criminal history score of 2 points placing him in category II. The PSR further reflects a total base offense level of 24. The PSR accurately states that for the conviction on Count Three, a sentence of five years consecutive to all other counts is required by statute. PSR ¶49. Further, the PSR correctly notes that for the conviction on Count Six, a sentence of thirty years consecutive to all other counts is also required by statute. PSR¶50. The guideline range for the remaining counts is 57 to71 months and the total guideline range is 477 to 491 months. PSR ¶120.

## II.    Section 3553 Sentencing Factors

While the sentence Mr. Sesay faces is very significant, there are a multitude of positive characteristics that define Mr. Sesay well beyond his conduct in this case.

Mr. Sesay is 33 years of age. He was born and raised in Washington D.C. His father worked as a taxi driver and his mother was a home health aide. While the neighborhood in which Mr. Sesay was raised had a great deal of violence, his life inside his home was relatively stable. Unfortunately, despite a relatively stable home life, Mr. Sesay dropped out of school after the 10th grade.

Despite the lack of a high school degree, Mr. Sesay has managed to start and operate several successful businesses. Since 2019, Mr. Sesay has operated his own barber shop, Goat Cuts, located in Temple Hills, MD. While during the COVID pandemic he had to close the shop, he took it upon himself to instead go to his clients to continue to provide his services. In spite of his incarceration, the business continues to operate to this day. PSR ¶104. In 2020 Mr. Sesay also started Sudz Mobile Detailing to service and clean cars. PSR ¶105.

It is also of note that even during his incarceration prior to his trial in this matter, Mr. Sesay sought to improve himself via the resources available to him. Mr. Sesay not only completed the RDAP program but he also obtained his GED. PSR ¶¶ 96, 98.

In addition to running successful businesses, Mr. Sesay is the father of one child with his partner of almost seven years, Ms. Azunay Watkins. PSR ¶83. In a letter provided to prior counsel in 2023, Ms. Watkins relates that not only is Mr. Sesay a wonderful father to their child but has also taken a very positive role in raising her son from another relationship[1] Ex. 1. Ms. Watkins letter also discusses the impact that a lengthy prison sentence will have on herself as well as Mr. Sesay's son. Id.

---

[1] Exhibits 1-5 were provided to previous counsel when this case was still assigned to the Honorable George L. Russell.

While undersigned counsel has only briefly been involved with Mr. Sesay, attached to this letter are additional testimonials from individuals who know Mr. Sesay quite well. Ex. 2-5. These letters describe Mr. Sesay as a man who is involved with helping many individuals in his community. Further, these letters describe how Mr. Sesay selflessly volunteered his time to help the homeless as well as serving as a mentor to young men in his community. Id.

Mr. Sesay will be in his mid sixties at the expiration of the mandatory 35 year sentence he will be required to serve in this case.  His son will be nearing his fortieth birthday. Mr. Sesay has a minimal criminal history score.  For the above reasons, a sentence of thirty five years and one day is a sufficient sentence that is not greater than necessary to effectuate the purposes of § 3553.

Respectfully submitted,

_____/s/_____
Thomas W. Rafter, Esquire
Law Office of Thomas W. Rafter
8 East Mulberry Street
Baltimore, MD 21202
(410) 299-8224
tom@tomrafterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 16, 2025, a copy of the foregoing was served on all parties via ECF.