IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. MJM-21-298 |
| OSMAN SESAY, | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## CONSENT MOTION FOR EXTENDED TIME TO FILE RESPONSE AND REPLY

COMES NOW the United States of America, by and through its undersigned attorney, and with the consent of the Defendant, hereby moves to extend the deadlines for the Government's response to the Defendant's Motion for a New Trial (ECF No. 222) and any reply from the Defendant. In support thereof, the Government states as follows:

1. On December 1, 2025, the Defendant filed a Motion for a New Trial (ECF No. 222).

2. On December 5, 2025, the Government filed a Motion for an Order Regarding Select Attorney-Client Communication (ECF No. 223). The Government's motion requests that the Court order that the attorney-client privilege is waived as to the issues raised in the motion for a new trial. As noted in the motion, the Court's order will allow Government counsel to respond to the Defendant's motion after conferring with Defendant's trial counsel, obtaining any necessary affidavits, and developing a full and compete record.

3. On December 9, 2025, the Government filed a Consent Motion for Sealed Transcripts (ECF No. 224). The consent motion requests that the Court authorize the Clerk's Office and Court Reporter to prepare transcripts of the

recorded attorney inquiry hearings held on April 28, 2025 (ECF No. 179), May 28, 2025 (ECF No. 201), and October 15, 2025 (ECF No. 216).

4. On December 15, 2025, the Court granted the Government's Consent Motion for Sealed Transcripts (ECF No. 224) and, on December 22, 2025, the Court granted the Government's Motion for an Order Regarding Select Attorney-Client Communication (ECF No. 223).

5. Per ECF No. 228, the Government's Response to Defendant's Motion for a New Trial is due Monday, December 29, 2025 and the Defendant's Reply due January 12, 2026.

6. After the Court entered the orders on December 15 and 22, 2025, Government counsel contacted Defendant's trial counsel to confer. However, due to the holiday season, both trial counsel are on leave through January 5, 2026.

7. Therefore, the Government requests that the Court extend the deadlines for its response and the Defendant's reply to:

   a. **Government's Response to Defendant's Motion for New Trial to be due January 12, 2026;**

   b. **Defendant's Reply to Government's Response to be due January 19, 2026.**

Wherefore, the Government moves, with the Defendant's consent, for an order entering the briefing schedule outlined herein.

Respectfully submitted,

Kelly O. Hayes,
United States Attorney

/s/
Brooke Oki
Assistant United States Attorney